## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN WESTFAHL,<br>534 S. 4th St. 3<br>Philadelphia, PA 19147<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>Serve:<br>Darlene Fields<br>Office of the D.C. Attorney General<br>441 4th St., NW, 6th Floor<br>Washington, DC 20001<br><br>And<br><br>Tabatha Braxton, Abby Frankson, Stephanie Scott or Naomi Shelton<br>Office of the Mayor<br>John A. Wilson Building<br>1350 Pennsylvania Ave., NW, Room 419<br>Washington, DC 20004<br><br>OFC. DANIEL THAU (#4783) IN HIS INDIVIDUAL CAPACITY,<br>District of Columbia Metropolitan Police Department Seventh District<br>2455 Alabama Ave, SE<br>Washington, D.C.<br><br>OFC. DANIEL ROBINSON (#4364) IN HIS INDIVIDUAL CAPACITY,<br>District of Columbia Metropolitan Police Department Seventh District<br>2455 Alabama Ave, SE<br>Washington, D.C.<br><br>OFC. TODD CORY (#5105) IN HIS INDIVIDUAL CAPACITY,<br>District of Columbia Metropolitan Police Department Seventh District<br>2455 Alabama Ave, SE<br>Washington, D.C. | )<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
                                              )
SGT. CRAIG D. MACK (#S0449),                  )
District of Columbia Metropolitan Police      )
Department Seventh District                   )
2455 Alabama Ave, SE                          )
Washington, D.C.                              )
                                              )
        Defendants.                           )
                                              )
```

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants District of Columbia and Sgt. Craig D. Mack, by and through counsel, respectfully remove the case *Shawn Westfahl v. District of Columbia, et al.*, Case No. 2011 CA 008048 B, from the Superior Court of the District of Columbia to this Court. Plaintiff has raised federal questions in his Complaint that are appropriate for review by this Court. In support of this notice of removal, the Defendants state:

1. On October 7, 2011 Plaintiff Shawn Westfahl filed this action against the District of Columbia and individual officers of the D.C. Metropolitan Police Department in the Superior Court for the District of Columbia, Case No. 0008048-11. Plaintiff raises claims pursuant to 42 U.S.C. § 1983, and the First, Fourth, Fifth, and Fourteenth Amendments to the U.S. Constitution, along with common law claims of false arrest, false imprisonment, assault and battery, intentional infliction of emotional distress, negligence, abuse of process, and libel and slander. *See* Compl., generally.

2. This action is removable to this Court because of the existence of federal claims raised by Plaintiff in this Complaint. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b).

3.  Pursuant to 28 U.S.C. § 1446 (b), parties have "thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" to file the notice of removal. The District of Columbia was served with the Complaint on November 17, 2011. Defendant Mack was served with the Complaint on November 21, 2011. Therefore, the removal of this action is timely.

4.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, General Litigation Sec. IV

_____
MICHAEL J. LANZDORF
D.C. Bar No. 997821
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6th Floor North
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295
Facsimile: (202) 741-0573
Email: Michael.Lanzdorf@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2011 I caused a copy of the foregoing NOTICE OF REMOVAL to be served via first class mail, upon the following:

Jeffrey L. Light, Esq.
1712 Eye St., NW
Suite 915
Washington, D.C. 20006

Daniel E. Schultz, Esq.
1050 17th Street, NW
Suite 1250
Washington, D.C. 20006

_____
MICHAEL J. LANZDORF
Assistant Attorney General