# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWN WESTFAHL**, <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | Civil Action No. 11-cv-2210 (RLW) |

## ORDER OF PARTIAL DISMISSAL

In the present action, Plaintiff Shawn Westfahl asserts claims against the District of Columbia and several District of Columbia police officers over his arrest during a demonstration at the World Bank and International Monetary Fund on October 9, 2010. Defendant District of Columbia has moved to dismiss Plaintiff's Fourteenth Amendment claims and all Section 1983 claims. (*See* Doc. 4.) Plaintiff concedes that dismissal of the Fourteenth Amendment claim is appropriate; therefore said claim as asserted against the District of Columbia is hereby DISMISSED, with prejudice. Plaintiff's Section 1983 claims, as asserted against the District of Columbia, are hereby DISMISSED without prejudice because Plaintiff has failed to allege any facts sufficient to establish municipal liability. *See Smith v. District of Columbia,* 674 F. Supp.2d 209, 211-14 (D.D.C. 2009) (individual actors must have "acted pursuant to municipal policy or custom.")

**SO ORDERED.**
February 8, 2012.

_____
Robert L. Wilkins
United States District Judge