UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN WESTFAHL,<br><br>　　　　　　PLAINTIFF<br>　vs.<br><br>DISTRICT OF COLUMBIA, *ET AL.*<br><br>　　　　　　DEFENDANTS | Case No. 1:11-cv-2210 (RLW) |

## ORDER

Before the Court is Plaintiff's CONSENT MOTION TO MODIFY THE SCHEDULING ORDER. The Court finds that good cause has been shown to modify the Scheduling Order and accordingly it is: ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the parties shall complete fact discovery by February 27, 2013; and it is FURTHER ORDERED that the parties are advised that no further extensions of discovery will be granted absent extraordinary circumstances; and it is FURTHER ORDERED that the Pre-Motion Conference set for April 8, 2013 at 2:00 PM has been rescheduled to May 20, 2013 at 10:00 AM in Courtroom 27A.

SO ORDERED.

_____

Judge Robert L. Wilkins
District Judge

Dated: January 11, 2013

1