```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                    THE DISTRICT OF COLUMBIA

 3     - - - - - - - - - - - - - - - - X

 4     SHAWN WESTFAHL,                  :

 5                     Plaintiff,       :   Case No.

 6     -v-                              :   1:11-CV-2210 (RLW)

 7     DISTRICT OF COLUMBIA, et al.,    :

 8                     Defendants.      :

 9     - - - - - - - - - - - - - - - - X

10

11            Videotaped Deposition of DANIEL THAU

12                       Washington, DC

13                  Tuesday, February 12, 2013

14                         10:23 a.m.

15

16

17

18

19

20     Job No:   31166

21     Pages: 1 - 125

22     Reported by:   Katy M. Zamora, RMR, CRR
```

VIDEOTAPED DEPOSITION OF DANIEL THAU
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

57

| | | |
|---|---|---|
| 1 | perform a -- a takedown on Mr. Westfahl? | 11:16:21 |
| 2 | A.   I would say that what Officer Robinson performed | 11:16:23 |
| 3 | would be considered a tactical takedown, yes, sir. | 11:16:26 |
| 4 | Q.   Were there any other officers involved in the | 11:16:28 |
| 5 | takedown? | 11:16:29 |
| 6 | A.   I don't know. | 11:16:30 |
| 7 | Q.   Were you involved with the takedown? | 11:16:31 |
| 8 | A.   No, I was not. | 11:16:33 |
| 9 | Q.   Did you see the takedown? | 11:16:36 |
| 10 | A.   Yes, I did. | 11:16:38 |
| 11 | Q.   And could you describe it? | 11:16:38 |
| 12 | A.   It looked like they were struggling with each | 11:16:40 |
| 13 | other, wrestling and in the process they both went to the | 11:16:44 |
| 14 | ground.  So technically I guess you could call it a | 11:16:48 |
| 15 | tactical takedown, I would call it more of a mutual | 11:16:50 |
| 16 | combative situation. | 11:16:53 |
| 17 | Q.   How long were they engaged with each other | 11:16:55 |
| 18 | before they went to the ground? | 11:17:02 |
| 19 | A.   Seconds, no less than two, no more than five. | 11:17:04 |
| 20 | I, you know, I don't know the exact. | 11:17:13 |
| 21 | Q.   Were you doing anything to intervene during | 11:17:19 |
| 22 | those two to five seconds? | 11:17:23 |

VIDEOTAPED DEPOSITION OF DANIEL THAU
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

58

| | | |
|---|---|---|
| 1 | A.  I ran over to intervene when they had gone to | 11:17:24 |
| 2 | the ground and I had a clear -- able to clearly strike | 11:17:27 |
| 3 | Officer (sic) Westfahl from assaulting our police officer. | 11:17:32 |
| 4 | Q.  So you waited until they went to the ground | 11:17:35 |
| 5 | before you came over? | 11:17:37 |
| 6 | A.  They were -- they were actively fighting.  They | 11:17:39 |
| 7 | were moving so fast, I couldn't have done anything at that | 11:17:40 |
| 8 | point.  When they went to the ground he was clearly on top | 11:17:42 |
| 9 | of Officer Robinson, at which point I ran over and | 11:17:44 |
| 10 | delivered a straight strike with my ASP, single straight | 11:17:47 |
| 11 | strike, at which other point Officer Cory and Sergeant Mack | 11:17:50 |
| 12 | ran over and jumped on top of him. | 11:17:56 |
| 13 | I immediately -- as you can see in the video, | 11:17:57 |
| 14 | after delivering the strike, they immediately jump on him. | 11:17:58 |
| 15 | I immediately back off, turn my attention back to the | 11:18:01 |
| 16 | crowd and that was my last interaction with your client. | 11:18:03 |
| 17 | I'm sorry.  That was really fast. | 11:18:11 |
| 18 | Q.  So you didn't run over until they were on the | 11:18:13 |
| 19 | ground? | 11:18:14 |
| 20 | A.  Yes, sir, that's correct. | 11:18:15 |
| 21 | Q.  Okay.  So during the two to five seconds that | 11:18:15 |
| 22 | they were wrestling you were just standing there or what | 11:18:19 |

VIDEOTAPED DEPOSITION OF DANIEL THAU
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

65

| | | |
|---|---|---|
| 1 | THE WITNESS: It's open. | 11:23:58 |
| 2 | BY MR. LIGHT: | 11:23:59 |
| 3 | Q. I'm not sure exactly how to get this on camera | 11:23:59 |
| 4 | but -- | 11:24:01 |
| 5 | A. It's on camera. You guys already have it on | 11:24:02 |
| 6 | camera. | 11:24:05 |
| 7 | Q. Right. Right. But just, so when you struck | 11:24:07 |
| 8 | Mr. Westfahl it was -- | 11:24:08 |
| 9 | A. It'd be a motion like that. | 11:24:10 |
| 10 | Q. Okay. Can you demonstrate -- | 11:24:12 |
| 11 | A. I can't. I don't want to hit anybody. It would | 11:24:12 |
| 12 | be a motion like that. | 11:24:14 |
| 13 | Q. Like that, okay. But obviously much faster? | 11:24:15 |
| 14 | A. Yes, sir. | 11:24:19 |
| 15 | Q. Okay. And how many times did you do that? | 11:24:20 |
| 16 | MS. FEATHERSTONE: Asked and answered. | 11:24:24 |
| 17 | THE WITNESS: As I said, one time, it's on the | 11:24:24 |
| 18 | video. You have evidence that it was one time. I struck | 11:24:25 |
| 19 | him one time with a straight strike when he was on top of | 11:24:27 |
| 20 | Officer Robinson. | 11:24:30 |
| 21 | BY MR. LIGHT: | 11:24:31 |
| 22 | Q. And where on -- | 11:24:31 |

VIDEOTAPED DEPOSITION OF DANIEL THAU
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

66

| | | |
|---|---|---|
| 1 | A. One time, to his lower back, side area. I don't | 11:24:32 |
| 2 | know exactly. I'm not him. I don't know where it | 11:24:34 |
| 3 | impacted. I didn't -- after the strike I ran immediately | 11:24:37 |
| 4 | back to prevent the crowd from overrunning the other | 11:24:39 |
| 5 | officers still trying to apprehend your client. | 11:24:42 |
| 6 | Q. Did it make a noise when you hit him? | 11:24:45 |
| 7 | A. It was very loud out and I do not believe it | 11:24:47 |
| 8 | made a very big noise, no. | 11:24:49 |
| 9 | Q. Were you saying anything while you were hitting | 11:24:53 |
| 10 | him? | 11:24:54 |
| 11 | A. Stop resisting. | 11:24:55 |
| 12 | MS. FEATHERSTONE: Objection to form of | 11:24:56 |
| 13 | question. You can answer. | 11:24:57 |
| 14 | THE WITNESS: Stop resisting. | 11:24:58 |
| 15 | BY MR. LIGHT: | 11:24:59 |
| 16 | Q. How many times did you say stop resisting? | 11:25:00 |
| 17 | A. One time because I dealt with your client for a | 11:25:02 |
| 18 | split second as documented. | 11:25:04 |
| 19 | Q. Why did you say stop resisting? | 11:25:05 |
| 20 | A. Because he was resisting arrest. | 11:25:07 |
| 21 | Q. How was he resisting arrest? | 11:25:09 |
| 22 | A. He was resisting arrest by wrestling with | 11:25:15 |