# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**SHAWN WESTFAHL,**

    Plaintiff,

    v.

**DISTRICT OF COLUMBIA, <u>et al.</u>,**

    Defendants.

Case No. 1:11-cv-02210 (CRC)

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [55] Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part. It is further

**ORDERED** that [57] Plaintiff's Cross-Motion for Summary Judgment is DENIED. It is further

**ORDERED** that [71] Defendants' Motion to Strike is DENIED. It is further

**ORDERED** that Count I is dismissed as to defendants Thau, Robinson, and Mack; Count II is dismissed as to defendants Thau and Mack; Count III is dismissed; Count IV is dismissed; Count VI is dismissed as to defendants Thau and Mack; Count VII is dismissed; Count VII is dismissed; Count IX is dismissed; and Count X is dismissed as to defendants Thau and Mack. It is further

**ORDERED** that defendants Daniel Thau and Craig Mack are dismissed from this action.

**SO ORDERED.**

                                                      CHRISTOPHER R. COOPER
                                                      United States District Judge

Date:   December 12, 2014