AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SHAWN WESTFAHL | ) |
| *Plaintiff* | ) |
| v. | ) |
| DISTRICT OF COLUMBIA et al., | ) |
| *Defendant* | ) |

Civil Action No.   11-cv-2210 - CRC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)*   Shawn Westfahl                                        recover from the
defendant *(name)*                District of Columbia and Robert Robinson                the amount of
            Ten Thousand                                dollars ($  10,000.00  ), which includes prejudgment
interest at the rate of            %, plus postjudgment interest at the rate of            %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
                                recover costs from the plaintiff *(name)*                                .

☑   other:    Judgment in favor of Defendants District of Columbia and Todd Cory against Plaintiff Shawn Westfahl
.

This action was *(check one)*:

☑   tried by a jury with Judge   Christopher Cooper                        presiding, and the jury has
rendered a verdict.

☐   tried by Judge                                        without a jury and the above decision
was reached.

☐   decided by Judge                                        on a motion for

Date:        07/31/2015                         *ANGELA D. CAESAR, CLERK OF COURT*

                                                /s/ Mark Coates
                                                *Signature of Clerk or Deputy Clerk*