AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SHAWN WESTFAHL <br> *Plaintiff* <br> v. <br> DISTRICT OF COLUMBIA et al., <br> *Defendant* | Civil Action No.  11-cv-2210 - CRC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Shawn Westfahl recover from the defendant *(name)* District of Columbia and Robert Robinson the amount of Ten Thousand dollars ($ 10,000.00 ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of Defendants District of Columbia and Todd Cory against Plaintiff Shawn Westfahl

This action was *(check one)*:

☑ tried by a jury with Judge  Christopher Cooper  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  07/31/2015

*ANGELA D. CAESAR, CLERK OF COURT*

/s/ Mark Coates
*Signature of Clerk or Deputy Clerk*