```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2      - - - - - - - - - - - - - - - x
        SHAWN WESTFAHL,
 3                                    CA No:  1:11-cv-02210-CRC
                     Plaintiff,
 4                                    Washington, D.C.
                                      Monday, July 27, 2015
 5      vs.                           1:43 p.m.

 6      DISTRICT OF COLUMBIA, et al.,

 7                     Defendants.
        - - - - - - - - - - - - - - - x
 8      _____

 9           TRANSCRIPT OF JURY TRIAL ~ AFTERNOON SESSION
           HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
10                    UNITED STATES DISTRICT JUDGE
        _____
11      APPEARANCES:

12      For the Plaintiff:       JEFFREY LOUIS LIGHT, ESQ.
                                 LAW OFFICES OF JEFFREY LIGHT
13                               1712 Eye Street, NW, Suite 915
                                 Washington, DC 20006
14                               (202) 277-6213

15                               TAMARA LOUISE MILLER, ESQ.
                                 MILLERMASCIOLA
16                               1850 K Street NW, Suite 1150
                                 Washington, DC 20006
17                               (202) 223-8181

18      For the Defendants:      KERSLYN D. FEATHERSTONE, ESQ.
                                 WILLIAM J. CHANG, ESQ.
19                               OFFICE OF ATTORNEY GENERAL/DC
                                 441 Fourth Street, NW
20                               Washington, DC 20001
                                 (202) 724-6600
21
        Court Reporter:          Lisa A. Moreira, RDR, CRR
22                               Official Court Reporter
                                 U.S. Courthouse, Room 6718
23                               333 Constitution Avenue, NW
                                 Washington, DC  20001
24                               202-354-3187

25      Proceedings recorded by mechanical stenography; transcript
        produced by computer-aided transcription
```

1                              I N D E X

2     <u>WITNESS</u>                                                    <u>PAGE</u>

3     BENJAMIN BIROS
           (By Mr. Light)....................................  4
4          (By Mr. Chang).................................... 13

5     SHAWN W. WESTFAHL
           (By Mr. Light).................................... 15
6          (By Ms. Featherstone)............................ 47
           (By Mr. Light).................................... 62
7
      ALEXANDER MAX ACE
8          (By Mr. Light).................................... 66
           (By Mr. Chang).................................... 77
9          (By Mr. Light).................................... 79

10    TODD CORY
           (By Ms. Miller)................................... 82

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    A F T E R N O O N   S E S S I O N

2              THE COURT:  Okay.  So we have Mr. Biros first; is

3       that correct?

4              MR. LIGHT:  Mr. Biros is first.

5              THE COURT:  So we went over this at the pretrial,

6       but just so we're clear, he'll testify as to what he saw;

7       he'll testify to taking the video; he'll confirm that the

8       video is consistent with what he saw; he'll be able to

9       identify people in the video to the extent he recognizes

10      them.  But he's not going to narrate the video because

11      that's for the jury to do.  Is that fair?

12             MR. LIGHT:  Yes, Your Honor.  That's my

13      understanding of the pretrial hearing.

14             THE COURT:  Okay.  Anything else?

15             MS. FEATHERSTONE:  No, Your Honor.

16             MR. MILLER:  No, Your Honor.

17             THE COURT:  Call the jury.

18             And who's next after Mr. Biros?

19             MR. MILLER:  Our client, the plaintiff.

20             THE COURT:  The plaintiff, okay.

21             Sir, how are you?

22             THE WITNESS:  Good, how are you?

23             (Jury enters courtroom)

24             THE COURT:  Okay.  Ladies and gentlemen,

25      everything okay?  Did you have a nice lunch?
```

```
1              Did you go to the cafeteria, or did you walk out?

2              JURY IN UNISON:  Cafeteria.

3              THE COURT:  It's not bad.  It's not bad.

4              Mr. Light, Ms. Miller, call your first witness.

5              MR. LIGHT:  The plaintiff calls our first witness,

6    Mr. Ben Biros.

7              THE COURT:  Mr. Biros, please stand.

8                    BENJAMIN BIROS, Sworn

9                     DIRECT EXAMINATION

10   BY MR. LIGHT:

11   Q.  Good afternoon, sir.  Could you please introduce

12   yourself to the jury.

13   A.  My name is Benjamin Biros.

14   Q.  How old are you, Mr. Biros?

15   A.  I'm 25.

16   Q.  Where do you live?

17   A.  I live in Los Angeles.

18   Q.  Are you currently employed?

19   A.  Yes.  I work at a dog training facility as well as as a

20   freelance filmmaker.

21   Q.  What's your educational background?

22   A.  I went to Emerson College in Boston, and I have a film

23   degree.

24   Q.  Have you ever been employed doing film work?

25   A.  Yes.  I worked as a cameraman on some reality shows in
```

1    Los Angeles.

2    Q.  Calling your attention to October 9, 2010, what city

3    were you in that day?

4    A.  Washington, D.C.

5    Q.  What --

6           THE COURT:  Mr. Biros, could you move the

7    microphone just a little bit closer to you to make sure that

8    everyone can hear you.  Thanks.  I think that swivels up,

9    too.  There you go.

10   Q.  What brought you down to Washington, D.C.?

11   A.  The protests that were happening against the IMF and the

12   World Bank.

13   Q.  And what were you hoping to do in relation to the

14   protests against the World Bank and IMF?

15   A.  I was there to film.  At the time I was taking a social

16   justice documentary class at Emerson College.

17   Q.  What were you trying to accomplish by filming the

18   protests?

19           MR. CHANG:  Objection.

20           THE COURT:  Overruled.

21   A.  I was simply there to film anything that was going to

22   happen, the protests and any action that would come from it.

23   Q.  What kind of camera did you use for the filming?

24   A.  I used a camera that I rented from Emerson College.  It

25   was better than any sort of consumer-grade camera; you know,

1   about $2,000 to $3,000 so a nicer, higher-quality video

2   camera.

3   Q.  What, if any, additional equipment did you have with

4   your camera?

5   A.  I had a tripod with me, and nothing else.

6   Q.  Did you use the tripod during any of the protests?

7   A.  No.  It was a hindrance so I just had the camera with

8   me.

9   Q.  When you were filming the protest, how high were you

10  holding the camera?

11  A.  I usually had it about eye level; so six feet.

12  Q.  When you are filming, are you able to see anything

13  around you?

14  A.  Yes, in my periphery.

15  Q.  And is there some importance to being able to see what's

16  in your periphery?

17  A.  Yes, absolutely.  I have to follow the action and find

18  it in my view-finder, which flips out and is about a three-

19  inch screen that is at the side of the camera.

20  Q.  Now, while you're filming the protests the weekend of

21  October 9th, did you consider yourself to be one of the

22  protesters?

23  A.  No.  I was merely there observing and filming.

24  Q.  Why did you consider yourself not to be a protester?

25  A.  I didn't have as strong feelings as the protesters did,

1    and I was there more interested in filmmaking.

2    Q.  Had you been to many protests prior to that weekend?

3    A.  Maybe one or two.

4    Q.  What was your role at those prior protests?

5              MR. CHANG:  Objection.

6              THE COURT:  Approach, Counsel.

7              (The following is a conference held at the

8               bench outside the hearing of the jury)

9              THE COURT:  What's your objection?

10             MR. CHANG:  Your Honor, this witness is just here

11   to be an eyewitness, provide his eyewitness account.  What

12   he did at the prior protests is completely irrelevant to

13   this case.

14             MR. LIGHT:  So all he's going to say is that he

15   filmed prior protests and he wasn't a protester, and that

16   goes to his credibility to say that he's not a protester.

17             MR. CHANG:  He's already --

18             THE COURT:  Just one question.

19             MR. LIGHT:  Just one question.  Thank you.

20             THE COURT:  Okay.

21             (This is the end of the bench conference)

22   BY MR. LIGHT:

23   Q.  Mr. Biros, what was your role at these prior protests?

24   A.  Again, also just observing and filming.

25   Q.  What protests, if any, did you film the weekend of

1    October 9th during the World Bank meeting?

2    A.  I filmed everything that was happening that weekend.

3    There was a daytime march on Friday, a nighttime march on

4    Friday, and similar events that were happening during the

5    day on Saturday and Sunday, as well as at night on Saturday.

6    Q.  When did you first see our client, Mr. Shawn Westfahl?

7    A.  I first noticed him after everything had happened.  I

8    didn't know him prior to that.

9    Q.  Were you paying any special attention to Mr. Westfahl on

10   the Saturday night march?

11   A.  No, not until he was singled out.

12          MR. LIGHT:  Your Honor, I'd like to approach the

13   witness and hand him an exhibit, what's been marked as

14   Plaintiff's Exhibit 1, which I have just shown to defense

15   counsel.

16          THE COURT:  You may.

17   Q.  Mr. Biros, I've just handed you something marked

18   Exhibit 1.  What is it that I just handed you?

19   A.  It is a DVD with my initials on it.

20   Q.  And how do you recognize that DVD?

21   A.  With my initials.

22   Q.  Have you watched what's on that DVD before?

23   A.  Yes, I have.

24   Q.  What is on that DVD?

25   A.  The video of the arrest.

1    Q.  Okay.

2              MR. LIGHT:  Your Honor, at this time I'd like to

3    approach to take it back, and we're going to play the video.

4              THE COURT:  Sure.  Would you like to move it in?

5              MR. LIGHT:  As soon as we play it, we'll move it

6    into evidence.

7              THE COURT:  You have to move it in first before

8    you publish to the jury.

9              MR. LIGHT:  Oh, okay.  Thank you, Your Honor.  At

10   this time we'd like to move Exhibit 1 into evidence.

11             THE COURT:  Any objection?

12             MR. CHANG:  No objection, Your Honor.

13             THE COURT:  Okay.  Exhibit 1 is entered.

14   Q.  So Mr. Biros, we're now going to play a video.  I'd

15   like you to watch it.  And when we're done playing it, I'm

16   going to ask you some questions about what you saw that

17   night.

18             (Video playing)

19   Q.  Mr. Biros, is that the video that you filmed on Saturday

20   night?

21   A.  Yes, it is.

22   Q.  Where were you standing when you filmed this video?

23   A.  I had started out on the sidewalk across the street, and

24   then moved into the street, and then got as close as about

25   ten feet away.

1    Q.  Just prior to the beginning of this video could you

2    describe the scene, what it was like at that time.

3    A.  Yes.  The police began pushing the protesters against

4    the wall that you see there, using their bikes to push the

5    protesters against the wall.

6    Q.  How many protesters did you see?

7    A.  About 30 to 40.

8    Q.  What did you do next?

9    A.  I just continued filming focusing in on the action of

10   Shawn being singled out when it began.

11   Q.  You said Mr. Westfahl was singled out.  What do you mean

12   by that?

13   A.  He was taken from the rest of the crowd of protesters,

14   seemingly without reason, and thrown against the ground.

15            MR. CHANG:  Objection; move to strike.

16            THE COURT:  Overruled.

17   Q.  How was Mr. Westfahl thrown to the ground?

18   A.  He was grabbed and thrown down.

19            MR. LIGHT:  If the record could reflect that the

20   witness used both of his hands in a downward motion.

21   Q.  How many officers threw Mr. Westfahl to the ground?

22   A.  One threw him to the ground, and then two or three more

23   were on top of him.

24   Q.  What were the other officers who were around

25   Mr. Westfahl doing?

1    A.  Also pushing him into the ground and striking him.

2    Q.  How were they striking him?

3    A.  One was using a baton.  Others were using their fists

4    and elbows.

5    Q.  Did you see any visible injuries on Mr. Westfahl?

6    A.  Yes.  At one point he began bleeding from his

7    forehead.

8    Q.  Were you able to see what caused the bleeding on the

9    forehead to begin?

10   A.  Yes.  It was as he was thrown and pushed into the

11   ground.

12   Q.  What, if anything, was Mr. Westfahl doing while he was

13   being hit?

14   A.  He was simply saying that he was not resisting, and he

15   was being pinned to the ground.

16   Q.  Were you able to see where Mr. Westfahl's hands were?

17   A.  Yes.  One of them was pinned behind his back by an

18   officer, and the other was splayed out on his side against

19   the ground by an officer.

20   Q.  At any point did you see Mr. Westfahl resisting?

21   A.  No, I did not.

22   Q.  How good was your ability to see what was going on

23   around you?

24   A.  It was very good.  I was only about ten feet away.

25   Q.  At one point in the video you zoomed in on Mr. Westfahl.

1    Why did you decide to zoom in?

2    A.  I zoomed in because that was where the action was.  The

3    other protesters were simply against the wall, and Shawn was

4    the one being singled out.

5    Q.  At any point did you see Mr. Westfahl strike any of the

6    officers with a flag stick?

7    A.  No, I did not.

8    Q.  How much of Mr. Westfahl's conduct did you see before he

9    was thrown to the ground?

10   A.  He was in the crowd so I saw him with the rest of the

11   protesters pretty clearly.

12   Q.  Would you have been in a position to see if Mr. Westfahl

13   had swung the flag pole at someone?

14   A.  Yes, absolutely.

15   Q.  Did you see any of the police officers having visible

16   injuries?

17   A.  No, I did not.

18   Q.  How long did you stay after the incident with

19   Mr. Westfahl?

20   A.  About 15 to 30 minutes.

21   Q.  What did you think of everything you saw?

22             MR. CHANG:  Objection.

23   A.  I thought it was --

24             THE COURT:  Sustained.

25             MR. LIGHT:  No further questions.

CROSS-EXAMINATION

BY MR. CHANG:

Q.  Good afternoon.

A.  Good afternoon.

Q.  Mr. Biros, you provided a signed statement at some point
regarding this incident, correct?

A.  Yes.

Q.  And this statement includes all the information that you
remembered as accurately as you could at the time?

A.  Yes.

Q.  And it was your testimony today that you had never met
Mr. Westfahl prior to this protest?

A.  That's correct.

Q.  Now, Mr. Biros, in this statement you say that the first
time you saw Mr. Westfahl was when he was thrown on the
ground.  Isn't that true?

A.  Yes, that's correct.

Q.  So you didn't see him with a sign in his hand, correct?

A.  No.  I mean, he was in the crowd with everyone else, and
I didn't know him up to that point.

Q.  And you didn't see the sign come down, correct?

A.  No, I did not.

Q.  And you didn't see the sign strike Officer Robinson, did
you?

A.  No, I didn't see it strike him.

1    Q.  And that's because the first time you saw him was when

2    he was on the ground, already on the ground?

3    A.  I believe I would have seen him strike him with the

4    sign.

5    Q.  Mr. Biros, you talked to Mr. Westfahl after the night of

6    the arrest, correct?

7    A.  I actually don't recall the first time I talked with

8    him.  It was probably months afterwards at the first trial,

9    if at all.

10   Q.  Mr. Biros, you're the one who took the video that

11   plaintiff's counsel just presented to the jury?

12   A.  Yes, that's correct.

13   Q.  And that video just shows it from one angle from your

14   perspective, correct, from a certain distance away?

15   A.  Yes.

16            MR. CHANG:  The Court's indulgence.

17            THE COURT:  Sure.

18            (Pause)

19   Q.  Mr. Biros, you just mentioned a prior trial.

20   A.  Yes.

21   Q.  Can you describe for us what that trial was.

22   A.  Yes.  It was the trial for the charges that were filed

23   against Shawn, Mr. Westfahl.

24   Q.  So you do remember talking to him after the night of the

25   arrest?

```
 1    A.  Yes, but it was -- it was months after.  I didn't have

 2    direct contact with him.

 3              MR. CHANG:  No further questions, Your Honor.

 4              THE COURT:  Thank you.

 5              MR. LIGHT:  No further questions, Your Honor.

 6              THE COURT:  Okay.  Mr. Biros, thank you very much.

 7    You're excused.

 8              MR. LIGHT:  The plaintiff would like to call our

 9    next witness, our client, Mr. Shawn Westfahl.

10                   SHAWN W. WESTFAHL, Sworn

11                      DIRECT EXAMINATION

12    BY MR. LIGHT:

13    Q.  Good afternoon, sir.  Could you please state your name

14    for the record.

15    A.  My name is Shawn William Westfahl.

16    Q.  Good afternoon, Mr. Westfahl.  How old are you?

17    A.  I am 36.

18    Q.  Where do you currently live?

19    A.  Philadelphia, Pennsylvania.

20    Q.  And how long have you lived in Philadelphia,

21    Pennsylvania?

22    A.  Almost nine years.

23    Q.  What's your educational background?

24    A.  I got my GED in 1997.  I got a certificate in Wilderness

25    First Responder in 2012 and a certificate as an emergency
```

1    medical technician in 2013.

2    Q.  You said a Wilderness First Responder.  What does that

3    mean?

4    A.  It's basically the first responder curriculum with a

5    wilderness module on it, which means anything over an hour

6    from definitive care.

7    Q.  Are you currently employed?

8    A.  Yes.

9    Q.  What field of work are you employed in?

10   A.  I'm in the field of community health and safety.

11   Q.  Who is your employer?

12   A.  Prevention Point Philadelphia.

13   Q.  And at Prevention Point Philadelphia, what do you

14   do?

15   A.  I have a bunch of different job duties, one of them

16   being helping -- working with the homeless community in

17   Philadelphia and people who are struggling with drug

18   addiction find resources.

19   Q.  How do you help people with drug addiction?

20   A.  Various ways.  I can -- I help people get into treatment

21   if and when they're ready, and also just whatever resources

22   they're looking for to be more safe.

23   Q.  What was your previous position?

24   A.  My previous position with Prevention Point was a shelter

25   coordinator.  During the -- there was a winter initiative

1    homeless shelter for when it gets really cold in the city.

2    We try to bring people in so they're housed.

3    Q.  In addition to your paid work, do you do any unpaid

4    volunteer work?

5    A.  Yes.

6    Q.  What do you do?

7    A.  I also do intake at the Catholic Worker free clinic.

8    Q.  What do you do at the Catholic Worker free clinic?

9    A.  Basically I do intake, see patients, start their charts,

10   blood pressures, things like that.

11   Q.  I'd like to bring you back to October 9, 2010.  Where

12   were you that day?

13   A.  I was here in Washington, D.C.

14   Q.  What brought you to Washington, D.C.?

15   A.  I came here for the IMF protests.

16   Q.  Did you know anybody that was going to be in D.C. for

17   the IMF protests?

18   A.  I believe I knew one person, maybe two.

19   Q.  When did you arrive in D.C.?

20   A.  It was Friday the 7th, I believe.

21   Q.  How did you come down on Friday the 7th?

22   A.  By train.

23   Q.  What motivated you to come down to D.C. to participate

24   in the march?

25   A.  The IMF has a protest or has a conference here twice a

1    year so typically people mobilize around that time to

2    protest or demonstrate.

3    Q.  Why was this march so important to you that you came all

4    the way from Philadelphia?

5    A.  Well, I feel that the policies of the IMF do a lot of

6    harm towards the global poor.

7    Q.  What were you hoping to accomplish by participating in

8    this march?

9    A.  Just really to be another body out in the street,

10   another voice.

11   Q.  Had you attended any marches in D.C. that weekend prior

12   to the Saturday night march?

13   A.  Yes.

14   Q.  At those marches, did you have any encounters with the

15   police?

16   A.  No, not personally.

17   Q.  Did you have any problems with the police?

18   A.  No.

19   Q.  During the march on Saturday night, what were the

20   protesters doing?

21   A.  We were marching in the street.  I'm not sure what or if

22   there was a planned route.  We were just marching in the

23   street at night.

24        The plan was to go to the delegates' hotels and

25   make a lot of noise basically.  Because when the delegates

1    are in the meeting at the conference, they are unable to

2    hear us outside the headquarters so we wanted to let them

3    know that we were there and in opposition to the policies of

4    the IMF.

5    Q.  Were you carrying --

6              THE COURT:  Let me interrupt you.

7              Mr. Westfahl, for those jurors who may not know,

8    could you explain briefly what the IMF and the World Bank is

9    and who the delegates are.

10             THE WITNESS:  I will to the best of my ability.

11   Thank you.

12             THE COURT:  Okay.

13             THE WITNESS:  The International Monetary Fund and

14   the World Bank are basically -- they make deals with

15   different countries in order to get loans for development

16   programs or whatever the -- I guess the stipulations of the

17   deal would be.  There's different delegates and from

18   different countries that come to Washington, D.C., for the

19   meetings.

20             Does that answer your question?

21             THE COURT:  Thank you.

22             THE WITNESS:  Thank you.

23   Q.  What was your opposition to these policies?

24   A.  Well, my opposition to the policies is a lot of times we

25   see -- with countries that make deals with the IMF or the

1    World Bank, there's a couple of things that we typically see

2    in those countries.  As part of the deal is austerity

3    measures, budget cuts.  We also see privatization of public

4    resources.

5    Q.  So taking you back to the night of the march, were you

6    carrying anything during the march?

7    A.  Yes.

8    Q.  What were you carrying?

9    A.  I was carrying the -- one of three or four flags.

10   Q.  Where did you get the flag you were carrying?

11   A.  It was part of the organizing props and things like

12   that.

13   Q.  Can you describe for the jury what the flag looked like.

14   A.  The flag was -- it had a -- it said "IMF Resistance" on

15   it.  It had a skeleton of a shark, and at the bottom it

16   said -- well, it said "IMF Resistance, International Loan

17   Shark."

18   Q.  What time of day did the protest take place at?

19   A.  At night.

20   Q.  At night.  And were you chanting during that protest?

21   A.  Yes.

22   Q.  At any point during the protest did you say, "F the

23   police"?

24   A.  There was a chant something along that nature.

25   Q.  What was the context in which you were saying, "F the

1    police"?

2    A.   Do you want me to say basically what the chant was?

3    Q.   Why don't you start with that.  Thanks.

4    A.   It was talking about the relation to Greece and its IMF

5    deals and things like that; so the chant was, "From D.C. to

6    Greece, F the police."

7    Q.   Was that a chant that just you were saying, or was that

8    a chant that everybody was saying?

9    A.   I believe a lot of people were saying it.

10   Q.   Were you directing that chant at a particular police

11   officer?

12   A.   No.

13   Q.   How long did the march last on Saturday night?

14   A.   It could have been one, two hours.

15   Q.   And how did it end?

16   A.   The march ended on the 2100 block of L Street when the

17   march was ordered on the sidewalk, and then at the end of

18   the 2100 block, a stop by at first it was two bicycle

19   police, I believe, followed by a couple of motorcycle police

20   and people on foot.

21   Q.   You said there was an order to get on the sidewalk.

22   What, if anything, did you do when you heard the order to

23   get on the sidewalk?

24   A.   I got on the sidewalk.

25   Q.   What, if anything, did the other protesters do when

1    there was an order to get on the sidewalk?

2              MS. FEATHERSTONE:  Objection.

3              THE COURT:  Overruled.

4    A.  People got on the sidewalk.

5    Q.  Had you heard any other orders from the police?

6    A.  Another order was, "Back up."

7    Q.  What, if anything, did you do when you heard the police

8    order to back up?

9    A.  I backed up.

10   Q.  About how far did you back up?

11   A.  Approximately six feet.

12   Q.  What, if anything, were you doing with the flag at the

13   time that the march stopped?

14   A.  At the time that the march was stopped, I was holding it

15   upright.

16   Q.  And shortly after the march stopped, what, if anything,

17   did you do with the flag?

18   A.  At one point after being pushed back physically by the

19   police and assuming that the march was going to continue

20   afterwards and that we were going to regroup, I lowered the

21   flag to my right to hand one end to another protester, and

22   at that point the other protester didn't want it.  And the

23   reason why I did that was to make some type of barrier

24   between the protesters and the police.

25              At that time I had not heard any orders to go up

1    against the wall or anything like that.  Just "Back up," and

2    I backed up.

3    Q.  How quickly did you bring the flag down?

4    A.  Can you rephrase that?

5    Q.  When the flag came down when you were handing it to --

6    when you were showing it to another protester, did it come

7    down very quickly or very slowly?

8    A.  I brought it down.  I mean, I wasn't trying to bring it

9    down so fast that the other person wouldn't be able to take

10   the other end, if that's what you're asking.

11   Q.  The direction in which you brought it down, were there

12   any people standing in that area?

13   A.  Only one protester.

14   Q.  Were there any police standing in that area?

15   A.  No.

16   Q.  Were there any officers at all on your right side?

17   A.  There may have been officers in front of me to my right,

18   but not directly in front of me.

19   Q.  Where were the officers positioned?

20   A.  Mostly directly in front of me and to my left and around

21   to my back.

22   Q.  Were you ultimately able to get the other protester to

23   hold one end of the stick?

24   A.  No.

25   Q.  At some point you no longer had the stick in your

1    possession?

2    A.   That's correct.

3    Q.   Okay.  How did the stick leave your possession?

4    A.   Well, as I had the stick to the side here, I was holding

5    it like this or like this, and the police officer grabbed

6    the one hand in between my hands and one on the right side

7    of my right hand, and at that time I showed him my hands

8    like this.

9            MR. LIGHT:   If the record could reflect first that

10   Mr. Westfahl indicated he was holding his hands with an

11   overhand grip about two feet apart and that he showed --

12   when he said "I'm showing my hands," he placed his hands up

13   in the air with his palms open.

14   Q.   Why did you place your hands up in the air with your

15   palms open?

16   A.   Because it seemed like the police officer wanted the

17   flag pole or the flag stick; so I gave it to him.

18   Q.   What did the police officer do with the stick?

19   A.   Immediately broke it.

20   Q.   How did he break it?

21   A.   Like this.  I'm not sure if it was over his knee or just

22   in mid-air.  I'm really not sure.

23   Q.   Did you see what happened to the pieces of the stick?

24   A.   What's that?

25   Q.   Did you see what happened to the pieces of the broken

1    stick?

2    A.  No, I didn't.

3    Q.  Why --

4           THE COURT:  Mr. Light, could you keep your voice

5    up, please, or move the mic just a little bit closer,

6    please.

7           MR. LIGHT:  Oh, I'm sorry.

8           THE COURT:  Thanks.

9    Q.  Why were you not able to see what happened with the

10   pieces of the stick?

11   A.  I was immediately put in a bear hug and taken down,

12   twisted down.

13   Q.  Was the officer that put you in a bear hug the same one

14   that broke the stick?

15   A.  I'm not sure.  I couldn't tell at that moment.

16   Q.  Could you describe the bear hug.  What did that feel

17   like?

18   A.  It was forceful, tight.

19   Q.  What was going through your mind when you were in the

20   bear hug?

21   A.  I was quite surprised.

22   Q.  Why were you surprised?

23   A.  Because I hadn't done anything illegal.  I hadn't done

24   anything wrong.  I was surprised that I was being taken down

25   at that moment.

1    Q.   Did you try to resist the bear hug?

2    A.   No.

3    Q.   Why not?

4    A.   One, it happened so quick.  I was put in a bear hug and

5    taken down to the ground.

6    Q.   What happened when you landed on the ground?

7    A.   I was immediately put -- or I was immediately pinned to

8    the ground.

9    Q.   How did it feel being pinned to the ground?

10   A.   I felt helpless, like -- helpless.  I felt scared.

11   Q.   Were the police doing anything while you were on the

12   ground?

13   A.   At that time I felt blows to my body, to my head, to my

14   back.

15   Q.   Anywhere else on your body?

16   A.   My chest area.

17   Q.   Could you tell what you were being struck with?

18   A.   No.

19   Q.   Did it hurt?

20   A.   Yes.

21   Q.   So while you're on the ground and being hit, did you do

22   anything to try to protect yourself?

23   A.   No.

24   Q.   Why not?

25   A.   I was -- like I said, I was pinned to the ground.  There

1    was nothing -- there was nothing that I could do, and by

2    that time I knew it was the police that were on top of me,

3    and I didn't want to seem like or show any signs of

4    resistance.

5    Q.  While you were on the ground, where was your head?

6    A.  My head was pinned on the pavement.

7    Q.  In which direction?  The front or the side or the back?

8    A.  I was on my right side.

9    Q.  Okay.

10          MR. LIGHT:  Let the record reflect the witness

11   placed his hand on the right side with an open palm to

12   indicate where his face was touching the pavement.

13          THE COURT:  Ask the witness to confirm what his

14   hand signals are.

15          MR. LIGHT:  Okay.

16   Q.  Could you describe in words what the action was that you

17   just did with your hand.

18   A.  Yes, sorry.  My head was on the pavement -- my hand

19   being the pavement -- like this.

20   Q.  Did you hear the police officers saying anything while

21   you were on the ground?

22   A.  Yes.

23   Q.  What was being said?

24   A.  They were saying, "Stop resisting."

25   Q.  What was going through your mind when you were being

1   told to stop resisting?

2   A.  I was confused.  I was also -- also scared, but also

3   trying to stay calm.

4          MR. LIGHT:  Your Honor, may I approach the bench?

5          (The following is a conference held at the

6           bench outside the hearing of the jury)

7          MR. LIGHT:  I was having trouble telling if one of

8   the jurors was sleeping or just had his eyes closed.

9          THE COURT:  Which one?

10         MR. LIGHT:  In the white shirt, the closest row to

11  us.

12         THE COURT:  So bottom row or top row?

13         MR. LIGHT:  The bottom row closest to where we're

14  standing.

15         THE COURT:  To me?

16         MR. LIGHT:  Closest to you.  It looks like he's

17  awake now.

18         THE COURT:  I'll keep an eye out.

19         MR. LIGHT:  I just wanted to note that.

20         THE COURT:  I'll keep an eye out for him.

21         MR. LIGHT:  Okay.  Thank you.

22         (This is the end of the bench conference)

23         THE COURT:  Ladies and gentlemen, how are we

24  doing?  Quick stretch?  Are you okay?

25         Okay.  Proceed, Mr. Light.

```
1              MR. LIGHT:  Thank you, Your Honor.

2    BY MR. LIGHT:

3    Q.  Did the police say anything else in addition to "Stop

4    resisting"?

5    A.  Yes.  They said, "Give me your arm."

6    Q.  Did you give them your arm?

7    A.  I was unable to give them my arm.

8    Q.  Why not?

9    A.  Because my right arm was pinned underneath my body.

10   Q.  Did you want to give them your arm?

11   A.  Yes --

12   Q.  Why?

13   A.  -- I did.

14              Because I knew if they could put me in restraints

15   and handcuffs, then they would stop beating me.

16   Q.  Were you in pain at that point?

17   A.  Yes.

18   Q.  Can you describe the pain.

19   A.  Yes.  I was feeling blows to my chest, to my back.  I

20   couldn't tell what it was they were striking me with, but I

21   could definitely feel blows to my body and to my chest and

22   my back.  It was painful.

23   Q.  How long did those -- how long did it feel like those

24   blows were lasting for?

25   A.  Maybe 30 seconds.
```

1    Q.   Did the police eventually manage to get your arm?

2    A.   Yes.

3    Q.   How did they do that?

4    A.   I think they released the pressure or their body weight

5    off of me to be able to get my arm.

6    Q.   What did the police do with your arm when they got it?

7    A.   They immediately put it in handcuffs.

8    Q.   What happened after you were placed in handcuffs?

9    A.   They put me on -- they sat me on the curb.

10   Q.   How long were you on the curb for?

11   A.   Maybe a few minutes.

12   Q.   Did you say anything while you were on the curb?

13   A.   I said I wanted to see a lawyer or talk to a lawyer.

14   Q.   Why did you want to talk to a lawyer?

15   A.   Because I assumed that I was being placed under arrest

16   and charged with a crime that I knew I didn't commit; so I

17   wanted to speak to a lawyer.

18   Q.   Where did the police take you after that?

19   A.   They took me to Sibley Hospital.

20   Q.   Okay.

21            MR. LIGHT:   At this time I'd like to ask our

22   paralegal to put a picture up on the screen.

23            THE COURT:   Take it off.  I'm not sure it's in

24   evidence.  Show it to the witness first.

25            MR. LIGHT:   We have a -- oh, can we show him a

1    paper copy?  Okay.

2              Your Honor, may I approach the witness?

3              THE COURT:  You may.

4              MR. LIGHT:  Oh, just a minute.  I need to show

5    them to opposing counsel first.

6    Q.  All right.  And Mr. Westfahl, you've just been handed

7    two sheets of paper marked as Exhibits 2 and 3.  What are

8    Exhibits 2 and 3?

9    A.  Exhibit 2 is a picture of me before I'm put into the

10   police car.  This is while I'm in handcuffs.

11   Q.  What is Exhibit 3?

12   A.  I believe Exhibit 3 is right -- was taken right after

13   Exhibit 2.  It looks like as I'm being put into the police

14   car.

15   Q.  What date were these pictures taken on?

16   A.  It was October 9, 2010, almost -- it was around 11:45,

17   11:50 p.m.

18   Q.  And do those pictures accurately show your appearance at

19   that time?

20   A.  Yes.

21             MR. LIGHT:  Your Honor, I'd like to move Exhibits

22   2 and 3 into evidence and permission to show to the jury.

23             THE COURT:  Okay.  Any objection?

24             MS. FEATHERSTONE:  No objection.

25             THE COURT:  Okay.  So moved.

1    Q.  All right.  So we've just put up on the screen what's

2    been identified as Exhibit 2.  Do you recognize yourself in

3    this photograph?

4    A.  Yes.

5    Q.  Okay.  And do you see anything on your head?

6    A.  Yes, a laceration or abrasion.

7    Q.  Do you remember having a laceration or abrasion at the

8    time?

9    A.  Yes, I do.

10   Q.  Could you say what is meant by those terms, "laceration"

11   or "abrasion"?

12   A.  Oh, "laceration" is basically a cut, and "abrasion"

13   is when the top layer of the skin is damaged like from --

14   say, like a rug burn or something like that causes an

15   abrasion.

16   Q.  Did you have the laceration and abrasion prior to your

17   interaction with the police that night?

18   A.  No.

19   Q.  How did the laceration and abrasion feel?

20   A.  It hurt.

21   Q.  Now, at some point did you get treatment for the

22   laceration and abrasion that we've just zoomed in on?

23   A.  Yes.

24   Q.  Where did you get treatment for that?

25   A.  Sibley Hospital.

1    Q.  How did you get to Sibley Hospital?

2    A.  I was taken there by the transporting officers.

3    Q.  Then what happened when you got to the hospital?

4    A.  When I got to the hospital, I waited in the triage area

5    waiting to be seen by initially it was a nurse, and after

6    that I was seen by a physician.

7    Q.  What, if anything, did you say to the physician?

8    A.  My chief complaint was the right side of my ribs.  It

9    was very painful whenever I -- when I breathed or especially

10   when I coughed.

11   Q.  What, if anything, did the doctor do in response to your

12   telling him that?

13   A.  The doctor said that they could run some tests --

14          MS. FEATHERSTONE:  Objection.

15          THE COURT:  Overruled.

16   A.  The physician said that they could run -- do some

17   x-rays, but even if it was broken, there was no real

18   treatment they could do for it.

19   Q.  And what did you decide to do upon hearing that?

20   A.  Well, after hearing that and also after being encouraged

21   by the transporting officer to refuse treatment --

22          MS. FEATHERSTONE:  Objection.  Move to strike,

23   Your Honor.

24          THE COURT:  Hold on.

25          Why don't you all approach.

1              (The following is a conference held at the

2               bench outside the hearing of the jury)

3              THE COURT:  So what's the objection?  This is --

4      how is it not present sense impression?

5              MS. FEATHERSTONE:  Because the plaintiff is

6      attempting to elicit what the doctor told him without having

7      to call the doctor.  That's first.  It's not what the

8      doctor's treatment was, but he's saying what the doctor said

9      to him.

10             And now he's testifying that the transporting

11     officers encouraged him to decline treatment.

12             THE COURT:  Mr. Light?

13             MR. LIGHT:  So the significance of the

14     transporting officer saying -- Mr. Westfahl will say that he

15     was told he could get out of there faster.  So we're just

16     offering it for the effect that that statement had on him,

17     not the truth of whether he would, in fact, get out of there

18     faster.

19             THE COURT:  I think that's fair.

20             MS. FEATHERSTONE:  Okay.

21             THE COURT:  I think that's fair.

22             MS. FEATHERSTONE:  Thank you.

23             (This is the end of the bench conference)

24     BY MR. LIGHT:

25     Q.  You can continue.  You were saying something about the

1    transporting officer.

2    A.  Yes.  The transporting officer encouraged me to refuse

3    treatment saying the faster I get out of the hospital, the

4    quicker I'll be booked, the quicker I'll be released.  And

5    with him saying that, and with the physician saying that,

6    "There's no real treatment that we can give you.  We can do

7    x-rays.  That will cost money."

8         And at that time I didn't have medical insurance

9    so I didn't see any sense in staying there to get x-rayed to

10   stay longer, and it will be longer before I got out of jail

11   so I refused treatment.

12   Q.  Where were you taken after you left the hospital?

13   A.  I was taken to a small police district.

14   Q.  How did you get to the police district?

15   A.  The transporting officers took me there.

16   Q.  Where were you placed when you got to the police

17   district?

18   A.  I was put in a large cell that I really had all to

19   myself at that time.

20   Q.  How did it feel when you were in the cell?

21   A.  It was cold, and it was bright, and I was tired and

22   hungry.

23   Q.  How long were you in the cell for?

24   A.  I would say probably three hours initially.

25   Q.  What happened at the end of the three hours?

1    A.  At the end of the three hours, I was taken out of my

2    cell and taken to a detective's office.

3    Q.  What did the detective say to you?

4    A.  At that time the detective said that he wanted to read

5    me my rights, and he wanted to get a statement, and he just

6    wanted to hear -- he wanted to hear my side of the story.

7    Q.  How did you respond to the detective?

8    A.  At that point I said okay, you know, and then he read me

9    my rights.

10   Q.  And what did you do after he read you your rights?

11   A.  After he read me my rights, he gave me like a

12   questionnaire almost with four questions on it.  I believe

13   the first one was, "Have you been read your rights?"  The

14   second question was, "Do you understand your rights?"  The

15   third question was, "Do you wish to answer any questions?"

16   And the fourth one was, "Do you agree to answer any

17   questions without an attorney present?"

18          And when he gave me that sheet, I understood my

19   rights, and -- as they were read to me, but I did not agree

20   to answer any questions with or without my attorney present.

21   Q.  Was that the first time you had been read your rights

22   that night?

23   A.  Yes.

24   Q.  How did the detective respond to your answers?

25   A.  At first he wanted -- he was telling me he was going to

1    read it slowly, and we're going to do it one at a time.  And

2    at first -- yes.  He read the first one, and I checked it,

3    "Yes, I understand my rights."

4            He read the second one.  I checked it.

5            Then I read the other two on my own and disagreed

6    with them so I checked "No" on both of those.  At that time

7    he seemed a little frustrated and just sent me back to my

8    cell.

9    Q.  What did you do when you got back to your cell?

10   A.  I laid down and tried to get some sleep.

11   Q.  Were you able to fall asleep?

12   A.  Maybe for an hour.

13   Q.  Did you have any trouble falling asleep?

14   A.  Yes.

15   Q.  Why was that?

16   A.  As I said, it was bright.  It was cold.  I didn't have a

17   blanket or anything like that.

18   Q.  When you awoke from your sleep, what was going on at

19   that time?

20   A.  I believe they woke me up in order to transport me to

21   Central Cell Block downtown.

22   Q.  Okay.  And how were you feeling when you woke up?

23   A.  I have asthma so -- and typically in the morning --

24           MS. FEATHERSTONE:  Objection --

25   A.  -- I'm wheezy.

```
 1                    MS. FEATHERSTONE:  -- Your Honor.

 2                    THE COURT:  Just keep in mind the Court's pretrial

 3         ruling.

 4                    MR. LIGHT:  Your Honor, may we approach?

 5                    THE COURT:  You may.

 6                    (The following is a conference held at the

 7                     bench outside the hearing of the jury)

 8                    THE COURT:  Okay.  We've excluded evidence

 9         regarding taking the inhaler away.  That's where you're

10         going with this?

11                    MS. FEATHERSTONE:  Right.

12                    MR. LIGHT:  So we're not trying to show that the

13         District did anything wrong with him not having his inhaler,

14         but part of the damages he suffered as a consequence of the

15         false arrest was he needed to go to the hospital a second

16         time to get a nebulizer.  I'm not saying that that was right

17         or wrong that that happened.

18                    THE COURT:  Those damages stem from his not having

19         his inhaler, which we've ruled was properly withheld from

20         him so I'm not -- I don't want you to get into any damages

21         regarding his asthma.

22                    MR. LIGHT:  Okay.  I understand.

23                    THE COURT:  Okay.

24                    (This is the end of the bench conference)

25         BY MR. LIGHT:
```

```
 1    Q.  Now, at some point later did you arrive at Central Cell
 2    Block?
 3    A.  Yes.
 4    Q.  How did you get to Central Cell Block?
 5    A.  I was taken there by the transporting officers in a
 6    police van.
 7    Q.  How long were you at Central Cell Block?
 8    A.  I want to say I got there -- I got there Sunday morning,
 9    and I was released Monday around noon or afternoon.
10    Q.  If you could describe for the jury what is Central Cell
11    Block?
12    A.  Central Cell Block is the main jail downtown.  I
13    think -- I'm not really sure of the exact procedure, but I
14    believe that's where they take most people.
15              MS. FEATHERSTONE:  Objection.
16              THE COURT:  Overruled.
17              To the extent you know, Mr. Westfahl.
18              THE WITNESS:  To the extent I know.
19    A.  It's connected to a court, and from my experience, I
20    went from my jail cell to arraignment in the connected
21    court.
22    Q.  What happened to you when you first arrived at Central
23    Cell Block?
24    A.  I was booked.
25    Q.  What is -- what did the booking involve?
```

1    A.  My photo was taken.  My fingerprints were taken.  I

2    think maybe my property was processed -- maybe that was at

3    the other one, I'm not really sure -- and then I was given a

4    cell.

5    Q.  Where did you go when you left Central Cell Block?

6    A.  To court.  I went from Central Cell Block to court.

7    Q.  And what happened at the court in the courtroom?

8    A.  At that time it was my arraignment; so where I would

9    plead to the charges against me.

10   Q.  What were you told were the charges against you?

11   A.  Originally I was told that my charge against me was a

12   felony, assaulting a police officer.  By the time -- that

13   was the night of my arrest.

14          By the time I got to court, they told me my

15   charges were misdemeanor assault on a police officer and

16   possession of a prohibited weapon.

17   Q.  Did they say what the prohibited weapon was?

18   A.  Yes, the stick.

19   Q.  When you were released from court, did you have all of

20   your possessions back with you?

21   A.  Most of them.

22   Q.  What were you not able to get back?

23   A.  My cash, like $5, and my necklace.  That was it.

24   Q.  Did you try to get that back?

25   A.  Yes.  I went to where the police officers or the --

1    where they told me my property was.  I went back to that

2    district, and they said it wasn't there, that they lost it

3    or something.

4    Q.  Where did you go after you were released from court that

5    day?

6    A.  I went home to Philadelphia.

7    Q.  When you got back home to Philadelphia, did you receive

8    any further treatment for your injuries?

9    A.  Just self-care.  I put some ice on my bruises and things

10   of that nature.

11   Q.  Did you receive any emotional -- treatment for your

12   emotional injuries?

13            MS. FEATHERSTONE:  Objection, leading.

14            THE COURT:  Rephrase.  Lay your foundation.

15   Q.  What was your mental state when you got back to

16   Philadelphia?

17   A.  My mental state when I got back was I was happy to

18   be out, but I felt anxiety because I was now facing

19   these charges of something that I know I didn't do that

20   was a violent crime; so there was a lot of anxiety.

21   there was also determination to win, to fight, to beat this

22   case.

23            And I guess through that there was also just

24   knowing that my friends around me don't really know what's

25   going on with me, don't know my experience, how I'm feeling,

```
1     so I felt kind of separated in a way and isolated.

2     Q.  What, if anything, did you do to deal with the anxiety

3     you were experiencing?

4     A.  I talked to some friends of mine about some of the

5     feelings I was having.

6     Q.  Any particular friend?

7     A.  Yes.

8     Q.  Why did you talk to that particular friend?

9     A.  One of my friends is a psychotherapist.

10    Q.  Did you have to come back to court again in D.C.?

11    A.  Yes.

12            MS. FEATHERSTONE:  Objection, Your Honor.

13            THE COURT:  Could you approach.

14            (The following is a conference held at the

15             bench outside the hearing of the jury)

16            THE COURT:  Okay.  Is this going to the trial and

17    the resolution of the trial?

18            MR. LIGHT:  All I'm going to ask him is how did he

19    get back here, how much money did he -- did he take a bus

20    back.

21            THE COURT:  Okay.  So it all goes to damages.

22            MR. LIGHT:  Presumed damages.  He didn't have a

23    lot of money, and he had to spend it on taking a bus here,

24    and that's it.

25            THE COURT:  Okay.
```

1          MS. FEATHERSTONE:  Your Honor, just another note,

2     the plaintiff has already opened the door suggesting by his

3     testimony that he was coming back to this District; he was

4     determined to beat the case; and now there is a suggestion

5     he did come back.  Although he's talking about the money he

6     spent, the jury now has in their mind that he came back to

7     court and that somehow --

8          THE COURT:  Well, when you say opened the door to

9     it, is there something you want to cross on?

10         MS. FEATHERSTONE:  I think at this point the

11    jury -- no, I don't want to go down that road, but I think

12    that there needs to be some kind of curative instruction at

13    some point given to the jury because the plaintiff has

14    planted a seed by saying, "I was determined to come back and

15    fight the case and win."  And now he's testifying that he,

16    in fact, did have to come back and how much money he spent

17    coming back.

18         THE COURT:  Okay.  Pursue this line just with

19    respect to, you know, what it cost him to come back for

20    further court appearances.

21         MR. LIGHT:  That's all.

22         THE COURT:  Okay?  And then we'll consider at the

23    break what instruction to give them about their

24    consideration of how the case may have been resolved

25    ultimately.  We've already ruled on it, okay?

```
1              MR. LIGHT:  Thank you.

2              MS. FEATHERSTONE:  Thanks.

3              (This is the end of the bench conference)

4    BY MR. LIGHT:

5    Q.  How many times did you have to come back to D.C. for

6    court?

7    A.  I believe twice.  Two or three times.

8    Q.  And how did you get to D.C. from Philadelphia?

9    A.  I either took a bus or a train.

10   Q.  How much, do you remember, did that cost?

11   A.  The bus, around $20 one way.  The train is $40 to $50.

12   Q.  Now, was that a lot of money, or that was easy for you

13   to spend?

14   A.  It wasn't too hard.

15   Q.  Okay.  And just one final question, why are you here

16   today?

17   A.  I'm here because I was wrongfully arrested and beaten by

18   some police officers in D.C., and I want them to be held

19   accountable for their actions because I did not commit the

20   crimes they say I did against them.

21             MR. LIGHT:  Thank you.  No further questions.

22             THE COURT:  Okay.

23             Ladies and gentlemen, it is about quarter until

24   3:00.  It's a little early for our afternoon break, but

25   given that we're between direct and cross-examination of
```

1   Mr. Westfahl, and I anticipate that the government may take

2   longer than 15 minutes -- is that correct?

3           MS. FEATHERSTONE:  Yes, Your Honor.

4           THE COURT:  -- why don't we take our afternoon

5   break for about 15 minutes.

6           So please don't talk about the case.  Please don't

7   do any independent research, and we'll see you back here at

8   about 3:00.  Okay?

9           (Jury exits courtroom)

10          THE COURT:  Okay.  So what I would propose to do

11  is when they come back -- have a seat -- is to let them know

12  that they may consider the plaintiff's travel back and forth

13  for purposes of damages, but that the ultimate resolution of

14  the charges against him is not for them to decide, and they

15  are not to consider one way or another how that proceeding

16  may have culminated.  Any objection to that?

17          MR. LIGHT:  No objection, Your Honor.

18          MS. FEATHERSTONE:  No objection, Your Honor.

19          THE COURT:  Thank you.

20          Okay.  See you in 15 minutes.

21          (Recess taken)

22          THE COURT:  Okay.  Welcome back.  Everyone be

23  seated.

24          So, ladies and gentlemen, a couple of matters

25  before we proceed to Mr. Westfahl's cross-examination.

1    First of all, you will notice that Officer Cory is now at

2    counsel table.  We did not meet him this morning during voir

3    dire so I will ask you now whether any of you all recognize

4    Officer Cory?

5            Okay.  And the record will reflect that none of

6    the jurors recognize Officer Cory.

7            Okay.  The second matter is, you heard both

8    Mr. Biros and Mr. Westfahl testify about a later court

9    proceeding that Mr. Westfahl had and how he had to come back

10   to D.C. at least a couple of times to attend court in

11   connection with that proceeding.  You may consider that

12   evidence only with respect to Mr. Westfahl's damages

13   stemming from his arrest, so any expenses that he may have

14   incurred as a result of his arrest.

15           You are not to speculate about how that later case

16   may or may not have been resolved.  That is not relevant to

17   your consideration of Mr. Westfahl's claims against the

18   officers in this case.  Okay?

19           Great.  Ms. Featherstone.

20           Mr. Westfahl, could you re-take the stand,

21   please.

22           Okay.  Sir, I remind you that you're still under

23   oath.  Okay?

24           THE WITNESS:  Correct.

25           MS. FEATHERSTONE:  Thank you, Your Honor.

1          THE COURT:  Proceed.

2                   CROSS-EXAMINATION

3     BY MS. FEATHERSTONE:

4     Q.  Good afternoon, sir.

5     A.  Good afternoon.

6     Q.  Now, Mr. Westfahl, you actually grew up in Oklahoma

7     City, Oklahoma, correct?

8     A.  I grew up in Oklahoma.  I was raised around Oklahoma

9     City.

10    Q.  Okay.  And that's where your family lives, correct?

11    A.  Some of my family, correct.

12    Q.  And your family owns a business there, Westfahl

13    Construction?

14    A.  That is correct.

15    Q.  And oftentimes you work with your family's business

16    doing construction-type work?

17    A.  Yes, that is correct.

18    Q.  And during the time of this incident in 2010, you were

19    not employed at that time, correct?

20    A.  That is correct.

21    Q.  And you would often go back home when you needed money,

22    and you would work for your family business, and then go

23    back to Philadelphia?

24    A.  That is correct.

25          THE COURT:  Ms. Featherstone, could you keep your

1    voice up and move the microphone a little closer.

2              MS. FEATHERSTONE:  All right.  Sorry, Your Honor.

3              THE COURT:  That's okay.

4              MS. FEATHERSTONE:  I normally don't have that

5    problem, Your Honor.

6    Q.  Now, on October 9, 2010, you were here in D.C. for the

7    World Bank protest.  That was your testimony, correct?

8    A.  That's correct.

9    Q.  And you had actually come to D.C. the week before your

10   arrest that evening, correct?

11   A.  That is incorrect.

12   Q.  You were not here several days before the actual protest

13   on October 9, 2010?

14   A.  I arrived on I believe Friday.

15   Q.  The day before?

16   A.  I believe so.

17   Q.  But you're not sure?

18   A.  I'm pretty sure I arrived the day before.

19   Q.  Do you remember giving a deposition in this case?

20   A.  Yes.

21   Q.  January 30th of 2013?

22   A.  Yes.

23   Q.  And you were under oath when you gave that deposition?

24   A.  Yes.

25   Q.  And you swore that you would tell the truth?

1     A.   Yes.

2     Q.   Okay.  I'm going to read to you a portion of your

3     deposition and ask if you remember this testimony.  Okay?

4     A.   Okay.

5     Q.   I'm reading from Page 27 starting with Line 5:

6          "QUESTION:  Now, if you could, Mr. Westfahl, tell

7     me in your own words why you were in D.C. on October 9,

8     2010.

9          "ANSWER:  I was attending a march.

10         "QUESTION:  When did you come to the District of

11    Columbia in relation to this march?

12         "ANSWER:  Less than a week prior.

13         "QUESTION:  And where were you staying?"

14         Do you remember that testimony?

15    A.   Yes.

16    Q.   So you were here at least less than a week prior to the

17    incident, correct?

18    A.   Less than a week, yes.

19    Q.   But not a day before.

20    A.   A day is less than a week, yes.

21    Q.   So your answer is you were here only the day before?

22    A.   Yes.

23    Q.   Now, you all made the protest signs at the church you

24    were staying at, correct?

25    A.   I did not make the signs.

1    Q.  The signs were made there?

2    A.  I have no idea where the signs were made at.

3    Q.  You weren't a part of the group that was making the

4    signs?

5    A.  No.

6    Q.  Now, that evening you were wearing all black, correct?

7    A.  Correct.

8    Q.  Black overalls, correct?

9    A.  Correct.

10   Q.  You had on black shoes?

11   A.  I had black and white shoes on, Chuck Taylors.

12   Q.  And you had a black hooded sweatshirt?

13   A.  I had my black rain jacket on.

14   Q.  And you had on a black bandana; is that correct?

15   A.  That is correct.

16   Q.  And would you not agree that the majority of people

17   marching with you on that evening were all wearing black as

18   well?

19   A.  There were a portion of people that were wearing mostly

20   all black.

21   Q.  And the protest signs that you all were carrying were

22   all black, correct?

23   A.  With --

24   Q.  The flag portion?

25   A.  With white lettering, yes.  Black and white.

1    Q.  And the sign that you -- the flag was on a wooden pole

2    that was about six to eight feet long, correct?

3    A.  That is correct.

4    Q.  That's a pretty large flag, correct?

5    A.  That is correct.

6    Q.  And those flags were created specifically for the IMF

7    Resistance, correct?

8    A.  That is correct.

9    Q.  Now, you testified that the protesters were chanting and

10   singing as you all were walking through the streets,

11   correct?

12   A.  Yes.

13   Q.  And isn't it true that you all were being escorted by

14   police during this time?

15   A.  I would say we were being escorted, yes.

16   Q.  The police were following along while you were traveling

17   down the street, correct?

18   A.  Yes.

19   Q.  And during that time no police officers stopped you from

20   traveling, correct?

21   A.  No, not until we got to I believe the 2100 block of L

22   Street.

23   Q.  So prior to the point where you all were corralled onto

24   the sidewalk, you all were freely marching down the street,

25   correct?

1    A.   Yes, to my knowledge.

2    Q.   Sorry?

3    A.   To my knowledge, yes.

4    Q.   And the police were escorting you basically?

5    A.   Yes.

6    Q.   On the sides of you, correct?

7    A.   Correct.

8    Q.   And no person was stopped or arrested during that time

9    period, correct?

10   A.   That is correct.

11   Q.   At one point the officers did begin to corral the

12   protesters on the sidewalk, correct?

13   A.   Yes, at the very end.

14   Q.   And you were part of that group, correct?

15   A.   I was part of that group, yes.

16   Q.   And you were holding a flag pole, correct?

17   A.   Yes.

18   Q.   And it's the same flag pole we just described a moment

19   ago?

20   A.   That's correct.

21   Q.   And you testified during your initial testimony that

22   that flag pole did come down at some point, correct?

23   A.   Correct.

24   Q.   And it was standing upright, correct?

25   A.   Correct.

1    Q.  And this was done while you were standing in front of

2    the officers, correct?

3    A.  That is correct.

4    Q.  The flag pole coming down, the officers were standing in

5    front of you, correct?

6    A.  In front of me; that's correct.

7    Q.  Now, you testified that you felt a bear hug pull you out

8    of the crowd.  Do you remember that testimony?

9    A.  Yes, I do.

10   Q.  Prior to that testimony, had you seen that officer?  I'm

11   sorry, prior to that happening, had you seen that officer

12   standing in front of you?

13   A.  I'm not sure which officer grabbed me and pulled me down

14   so I'm not sure.

15   Q.  But there was an officer standing in front of you?

16   A.  That is correct.

17   Q.  And they were giving verbal commands to stand back?

18   A.  To back up.

19   Q.  To back up?

20   A.  Yes.

21   Q.  Now, you don't know if the officer who pulled you down

22   had been just struck in the head by a flag pole, do you?

23   A.  I wouldn't be able -- I wouldn't know if the officer was

24   struck or not because I wasn't sure what was going on

25   directly behind me, you know, or what officer it was.

1    Q.  And there was no one between you and the officer that

2    was standing directly in front of you, correct?

3    A.  There may have been.

4    Q.  You don't remember?

5    A.  No, I do not remember that.

6    Q.  So you can't say one way or the other as you sit here

7    today that that officer who grabbed you was or was not

8    struck with anything?

9    A.  I can definitely say that he was not struck with the

10   flag pole that I was carrying.

11   Q.  Now, from the moment that you were pulled out of the

12   crowd and placed on the ground until you were arrested and

13   seated on the sidewalk, what we just saw in the video -- do

14   you remember that?

15   A.  Uh-huh, yes.

16   Q.  -- that just lasted a few seconds, correct?

17   A.  Yes.

18   Q.  And you were the only one that was arrested that

19   evening, correct?

20   A.  That is correct.

21   Q.  You were the only person that was pulled out of that

22   crowd?

23   A.  I was the only person arrested; that's correct.

24   Q.  You were the only one that was pulled from the crowd the

25   way you were, in a bear hug and thrown to the ground?

1    A.   That is correct.

2    Q.   And there were at least 50 other protesters out there

3    that night, correct?

4    A.   I would say there were between 30 and 40.

5    Q.   Okay.   There were at least 30 to 40 protesters out there

6    that night?

7    A.   Yes.

8    Q.   And they were all chanting, correct, or at least you

9    testified earlier most were chanting?

10   A.   Yes, people were chanting.

11   Q.   And chanting obscenities towards the police?

12   A.   People were chanting obscenities; that's correct.

13   Q.   And prior to this incident, you had never seen any of

14   the officers involved before, correct?

15   A.   Not to my knowledge, no.

16   Q.   And after you were placed under arrest and were seated

17   on the sidewalk, you were asked if you needed medical

18   attention, correct?

19   A.   I don't recall if I was asked at the time that I was

20   seated or not on the sidewalk.

21   Q.   I'm sorry?

22   A.   I don't recall if I was asked at the time that I was on

23   the curb if I needed medical attention.

24   Q.   At some point before you were taken to the Second

25   District it was determined that you needed medical

```
1   attention, correct?

2   A.  Yes.

3   Q.  And the officers took you for that medical attention?

4   A.  That is correct.

5   Q.  And you were seen by a doctor?

6   A.  That is correct.

7   Q.  Now, you testified here in court today that you refused

8   treatment for various reasons, correct?

9   A.  That is correct.

10  Q.  But during your deposition when you testified, you only

11  gave the one reason why you refused treatment, and that was

12  because of lack of medical insurance, correct?

13  A.  I do not recall exactly what -- exactly the words I

14  testified to during deposition.

15  Q.  Do you remember testifying about the doctor telling you

16  that he could not treat you so there was no need for you to

17  get the x-ray?

18  A.  Are you saying --

19  Q.  Did the doctor tell you that?

20  A.  Yes.

21  Q.  Do you remember testifying that you --

22  A.  Yes, today.

23  Q.  For the first time today you're saying that?

24  A.  I don't know if I said that during my deposition or not.

25  Q.  Okay.  Well, do you need to see a copy of your
```

1    deposition?  Would that help?

2    A.  Yes.

3              MS. FEATHERSTONE:  Brief indulgence, Your Honor.

4              THE COURT:  Sure.

5              MS. FEATHERSTONE:  May I approach the witness,

6    Your Honor?  I'm showing him Page 64 of his deposition

7    testimony.

8              THE COURT:  Okay.  You may.

9    Q.  After you've had an opportunity to read, Mr. Westfahl,

10   just let me know when you're done.

11   A.  What exactly am I looking at?

12   Q.  Page 64 of your deposition testimony.

13   A.  Okay.

14   Q.  Just read that page.

15             THE COURT:  Read it to yourself.

16   A.  (Witness reviews document) Okay.

17   Q.  Does that refresh your memory?

18   A.  Yes.

19   Q.  Did you say anything about the fact that the doctor told

20   you that he could not treat you for the injuries?

21   A.  Can you repeat the question?

22   Q.  Did the doctor -- did you testify that the doctor told

23   you that there was no treatment that he could give you for

24   your injuries, and so that's part of why you refused?

25   A.  I testified to that today.

1    Q.   I'm sorry, you did what?

2    A.   I testified to that today.

3    Q.   But not at your deposition?

4    A.   If that is an accurate representation of my deposition,

5    then I must have for some reason left that out.

6    Q.   And also, when you read that, you didn't see where you

7    indicated that the officers, the transporting officers, told

8    you to refuse treatment either, correct?

9    A.   That's not on that page, no.

10   Q.   And that's the first time you're mentioning that, is

11   here today in court, correct?

12   A.   I believe so.  I am testifying to that today.

13   Q.   Now, you testified that once you returned to

14   Pennsylvania, that you just kind of treated yourself,

15   correct?

16   A.   Yes.

17   Q.   You never saw a doctor?

18   A.   I never saw a doctor, no.

19   Q.   For the physical injuries or the emotional injuries,

20   correct?

21   A.   That is correct.

22   Q.   And you're not claiming that you're still today

23   suffering from those emotional injuries from your arrest

24   back in 2010, are you?

25   A.   I am not.

1    Q.  Now, the wilderness training that you talked about

2    earlier in your testimony, you received that in 2012,

3    correct?

4    A.  That is correct.

5    Q.  And that was after this incident, correct?

6    A.  Correct.

7    Q.  And you also received your EMT certification after this

8    incident, correct?

9    A.  That is correct.

10           MS. FEATHERSTONE:  Brief indulgence, Your Honor.

11   I'll just check my notes.

12           (Pause)

13   Q.  You testified that the march lasted about two hours that

14   evening on October 9, 2010?

15   A.  Yes.

16   Q.  From one to two hours?

17   A.  Yes.

18   Q.  And the portion of that video that we saw was about the

19   last few seconds of that march, correct?

20   A.  That is correct.

21   Q.  Now, you testified that while you were on the ground you

22   were getting blows to your chest.  Are you testifying to the

23   front area of your chest that you were receiving blows?

24   A.  I felt, yes, blows to my left and right side of my

25   abdomen.

1    Q.  So your abdomen or your chest?  Because you were saying

2    you were being hit in your chest.

3    A.  My ribs.

4    Q.  So you're talking about the front of your body?

5    A.  Yes.

6    Q.  Okay.  Now, isn't it your testimony that you were laying

7    prone to the ground, pinned down?

8    A.  Yes.  Yes, I was pinned laying on my right side.

9    Q.  So a part of your body was upright?

10   A.  I was -- I believe I was partially at an angle, yes.

11   Q.  So when your face was being pressed to the ground, as

12   you testified to, and your body was on the ground, you

13   actually were not completely laying flat on the ground?

14   A.  That is correct.

15   Q.  Okay.  Now, when you were seated on the curb, you

16   indicated during your testimony that you stated to the

17   officers, "I want to see a lawyer."

18   A.  Yes.

19   Q.  Was that in response to any question that the officers

20   gave you?

21   A.  No.

22   Q.  In fact, the officers were trying to get you medical

23   treatment at that time, correct?

24   A.  I'm not sure if they were trying to get me medical

25   attention at that time or not.

1    Q.  When you were taken to the station for processing, were

2    you told that you would have to be seen by a judge that day?

3    A.  What station are you talking about?

4    Q.  Initially to the small district that you testified about

5    with the large cell.

6    A.  Can you repeat the question again?

7    Q.  Were you told that you were going to be taken to be seen

8    before -- to be arraigned on your charges at that time?

9    A.  I don't recall if I was told that I was going to be

10   arraigned or to see a judge.

11   Q.  But you understood that you were being placed under

12   arrest?

13   A.  Yes.  I was read my rights at that station, at the

14   district.

15   Q.  And you were advised of your charges?

16   A.  Can you repeat that question?

17   Q.  And you were advised of your charges?

18   A.  Yes.

19   Q.  And you were charged with possession of a prohibited

20   weapon and misdemeanor assault on a police officer,

21   correct?

22   A.  That is incorrect.  I was advised of my charges by --

23   the transporting officer said that my charge was felony

24   assaulting a police officer, and that's it.

25   Q.  And they -- you later learned that it was actually

1    misdemeanor assault on a police officer?

2    A.  Yes, when I went to arraignment.

3    Q.  And possession of a prohibited weapon?

4    A.  Yes.  When I went to arraignment, it was -- I guess it

5    was dropped or reduced to those two misdemeanors.

6    Q.  And you were not ever told that you were being charged

7    with a hate crime, correct?

8    A.  I wasn't ever told by anybody that I was being charged

9    with a hate crime, no.

10   Q.  And you were not arraigned on a hate crime, correct?

11   A.  No.

12   Q.  Or on a hate crime charge?

13   A.  No.

14           MS. FEATHERSTONE:  I have nothing further, Your

15   Honor.

16           THE COURT:  Okay.  Thank you.

17           Brief redirect?

18           MR. LIGHT:  Can I just have a moment to confer,

19   Your Honor?

20           THE COURT:  Sure.

21           (Pause)

22                    REDIRECT EXAMINATION

23   BY MR. LIGHT:

24   Q.  Mr. Westfahl, you testified on cross-examination that

25   you were advised of a felony charge.  Did you understand

1    what the term "felony" meant?

2    A.   I had a good idea what a felony charge meant.

3    Q.   What did you under -- what was your understanding of

4    what that meant?

5    A.   My understanding of a felony charge is it is -- it comes

6    with a higher sentence, possibly prison time; and if

7    convicted of a felony, you could lose many of your rights.

8    Q.   What did you think when you were told that you were

9    charged with a felony?

10   A.   I was shocked initially.  Being told I was charged with

11   felony assaulting a police officer, something I know I

12   didn't do, and on top of that, being a felony, I was

13   shocked.  I was -- I mean, I was worried.

14   Q.   You were also asked on cross-examination about the

15   position of your body when you were on the ground.  Could

16   you say where each of your hands was when you were on the

17   ground?

18   A.   If I recall, my right arm was being held by a police

19   officer, and my -- my left arm was being held by a police

20   officer.  My right arm was pinned underneath my body.

21   Q.   Would you be able to verbalize the gestures that you

22   just made to explain what you just did?

23            So start with your left hand.  Where did you place

24   your left hand?

25   A.   Okay.  So with my -- do you want me to stand up?  Would

1    that help?

2              MR. LIGHT:  Would that be all right?

3              THE COURT:  Sure.

4              THE WITNESS:  Thank you.

5    A.  As I was laying on the ground, it seems that my right

6    arm was pinned under my body, and my left arm was being held

7    by the police.  They were physically on top of me pinning my

8    arm under me.

9    Q.  You were also asked on cross-examination about your

10   deposition testimony relating to why you refused medical

11   treatment.  Could you explain why you didn't give the same

12   reasons that day that you're giving today.

13   A.  I'm actually surprised that I didn't state that and

14   testify to that at the deposition as well.  I'm surprised

15   that I didn't say that, if I had not.

16   Q.  And now that you know that you hadn't said all of that,

17   what was the reason that you hadn't said all of that?

18   A.  I really have no idea.  Those were the main reasons why

19   I refused treatment, because there was no treatment to give

20   because I knew the quicker that I got out of the hospital,

21   the quicker I would be free.  Those were the reasons why I

22   refused treatment at the hospital.

23   Q.  You testified you were worried about the felony APO

24   charge.

25   A.  Yes.

1    Q.  What were you worried about?

2    A.  Well, I was worried about being convicted of a felony,

3    something -- like I said, a felony that I did not commit.

4    Q.  What was your understanding of what might happen to

5    somebody convicted of a felony like that?

6              MS. FEATHERSTONE:  Objection.

7              THE COURT:  Asked and answered?

8              MS. FEATHERSTONE:  Yes, several times, Your Honor.

9              THE COURT:  Sustained.

10             MR. LIGHT:  Just a moment, Your Honor.

11             No further questions, Your Honor.

12             THE COURT:  Thank you.

13             Thank you, Mr. Westfahl.

14             THE WITNESS:  Thank you.

15             THE COURT:  Okay.  Mr. Light, your next witness.

16             MR. LIGHT:  The plaintiff calls Mr. Alexander Max

17   Ace.  He is outside.  I'll have somebody grab him.

18             THE COURT:  Okay.  How are you folks doing?  Feel

19   free to get up and stretch during the break here.

20             (Pause)

21             THE COURT:  Okay.  Mr. Ace, have a seat.

22             THE WITNESS:  Thank you.

23             THE COURT:  Good afternoon.

24             THE WITNESS:  Good afternoon.

25             THE COURT:  Please stand and raise your right

1     hand, please.

2                          ALEXANDER MAX ACE, Sworn

3                            DIRECT EXAMINATION

4     BY MR. LIGHT:

5     Q.   Good afternoon, sir.  Could you introduce yourself to

6     the jury.

7     A.   Hi.  My name is Max Ace.  I live in Ashburn, Virginia.

8     I work at a law firm in Fairfax.

9     Q.   How old are you, Mr. Ace?

10    A.   I am 26 in two days.

11    Q.   What is your educational background?

12    A.   I went to the University of Virginia where I got my

13    bachelor's degree in philosophy, and then I went to law

14    school at New York University School of Law.

15    Q.   What year did you graduate from New York University

16    School of Law?

17    A.   I graduated from NYU in 2014.

18    Q.   Did you go immediately from college to law school?

19    A.   Yes, sir.

20    Q.   So in October of 2010 you would have been in college?

21    A.   Yes.  I would have been a junior in college.

22    Q.   Now, I'd like to draw your attention to the night of

23    October 9, 2010.  Where were you on that night?

24    A.   On October 9, 2010, I was in Washington, D.C., pretty

25    close to here.

1    Q.   What brought you to Washington, D.C., that day?

2    A.   I had heard that there was going to be a protest, and I

3    wanted to attend as a legal observer because at that time I

4    was planning to start applying to law school, and it seemed

5    like kind of a fun way to get some legal exposure.

6    Q.   What is meant by the term "legal observer"?

7    A.   So a legal observer is a program kind of designed by the

8    National Lawyers Guild, which is an alternative to the

9    American Bar Association.  Legal observers are trained to be

10   impartial observers of I guess protests and other kinds of

11   public First Amendment activities where police involvement

12   is expected or where police observation is anticipated.

13   Q.   Now, as a legal observer, are you hired by the

14   protesters?

15   A.   No.  It was a volunteer activity.

16   Q.   Do you -- are you directed what to do by the protesters?

17   A.   No.  The legal observers, generally speaking, are

18   independent of the protests.

19   Q.   Do legal observers have any special gear that they wear?

20   A.   Yes.  Legal observers are trained to wear these neon

21   green baseball caps that identify them as legal observers.

22   I think that's primarily so that the police know that they

23   are separate from the protests.

24   Q.   Are legal observers themselves participating in the

25   protest?

```
 1   A.  No.

 2   Q.  When did you arrive in Washington, D.C., for the

 3   protest?

 4   A.  I was going to college in Charlottesville, Virginia.  I

 5   drove up to my parents' home in Ashburn the Friday night

 6   before, and then I came to D.C. at I think 1:00 or 2:00 p.m.

 7   on the day of the protest.

 8   Q.  Now, prior to that day, had you ever met Mr. Westfahl?

 9   A.  No.

10   Q.  Had you been active in protesting -- at other protests

11   while you were in college?

12             MR. CHANG:  Objection, Your Honor.

13             THE COURT:  Please approach.

14             (The following is a conference held at the

15              bench outside the hearing of the jury)

16             THE COURT:  What's your objection?

17             MR. CHANG:  There's no relevance to that

18   testimony, Your Honor.  I mean, what he did prior is just

19   not relevant.

20             THE COURT:  That's a relevance objection?

21             MR. CHANG:  What was that?

22             THE COURT:  Relevance objection.  Is it a

23   relevance objection?

24             MR. CHANG:  Yes.

25             MR. LIGHT:  The relevance is just that he was not
```

1    regular, routinely a protester.  He was just a legal

2    observer.  That's the only question I'm going ask him on

3    that topic.

4            THE COURT:  I think that's fine.  Just one

5    question.

6            MR. LIGHT:  Okay.

7            (This is the end of the bench conference)

8    BY MR. LIGHT:

9    Q.  Now, Mr. Ace, at that time, in 2010, had you been

10   routinely going to protests?

11   A.  No, sir.  I think this was my first protest, per se.

12   Q.  When did you first see the plaintiff, Mr. Westfahl?

13   A.  I don't know that I had specifically identified

14   Mr. Westfahl prior to the moment when the police grabbed him

15   and threw him on the ground.  The protests -- I was watching

16   the protest in general, but I was focused on the police

17   conduct, and I really wasn't chatting with or hanging out

18   with the protesters.

19   Q.  Let me take you a step back before anybody's thrown on

20   the ground.  What was happening at the protest at that

21   moment?

22   A.  At the time that Mr. Westfahl was thrown to the ground?

23   Q.  Just prior to that.

24   A.  Just prior to that the protest had been marching through

25   the streets of Washington, D.C., and a police line had

1    formed up in front of the protesters as they moved down a

2    relatively narrow street.

3         I saw a few bicycle cops, bike cops, that were

4    riding alongside the protest and then moved ahead of it and

5    lined up.  I moved closer to them, and then I got an

6    indication that they were going to move towards the

7    protesters so then I fell back towards the mass of

8    protesters.

9         MR. LIGHT:  Okay.  I'd like permission to put on

10   the screen a still from the video, just a pause from the

11   video that's in evidence as Exhibit 1.

12        THE COURT:  Any objection?

13        MS. FEATHERSTONE:  No objection to the video.

14        MR. LIGHT:  Okay.

15   Q.  Now, you're able to see this image on the screen okay?

16   A.  Yes, sir.

17   Q.  Now, do you recognize that location?

18   A.  I recognize it in the sense that I was there, and I

19   recognize myself in this image, but I couldn't tell you

20   exactly which road that was.

21   Q.  You said you recognized yourself in the image.  Could

22   you on the screen circle with your finger where you are.

23   A.  Sure.  I'm this guy over here wearing the green hat, the

24   shorts, the hoodie, and the backpack.

25   Q.  Now, what's going on at the time that the -- what you

1    can see in this image?

2    A.  So you can see on the left side where the flags are

3    sticking up that that is the mass of protesters.  The police

4    at this moment had formed kind of a ring around the

5    protesters and were ordering them against the wall.

6    Q.  I'm going to show you another photo from that part of

7    the march, another still from the video.  And what's going

8    on in this photograph?

9    A.  So this is me on the right with the sneakers, and

10   then --

11   Q.  Could you circle yourself with your finger?

12   A.  Sure.  This is me here.

13   Q.  Oh, I'm sorry.  You need to first hit the "Clear"

14   button.

15   A.  Okay.

16   Q.  Go ahead.

17   A.  That's me.  These are police officers wearing the

18   bicycle helmets, and they are on top of Mr. Westfahl at that

19   time.

20   Q.  About how far away were you from Mr. Westfahl at that

21   time?

22   A.  Two feet.

23   Q.  Was there anything obstructing your vision at that

24   point?

25   A.  Just the police officers themselves.

1    Q.  All right.  So I'd like to take you back a little bit to

2    your testimony about where the police had formed a line.

3    When the police formed the line, what were the protesters

4    doing at that point?

5    A.  They were making forward progress down the road chanting

6    some slogans.  I don't remember specifically what they were,

7    but they were doing, I guess, basically what they had been

8    doing, which is marching down the street and expressing

9    themselves.

10   Q.  Now, at some point was your attention drawn to

11   Mr. Westfahl?

12   A.  What do you mean by "attention drawn"?  Mr. Westfahl was

13   at the head of the pack.

14   Q.  He was at the head of the pack.  Was he carrying

15   anything?

16   A.  A flag.

17   Q.  Okay.  Could you briefly describe what the flag pole

18   looked like, what the flag was like.

19   A.  I don't think it was a professionally made flag, but it

20   was a good size black banner with a white anti-IMF slogan on

21   it, maybe a logo as well, attached to a wooden pole.

22   Q.  Now, did you see Mr. Westfahl doing anything with that

23   flag?

24   A.  Holding it.  Holding it up.  Carrying it.

25   Q.  At any point did you see Mr. Westfahl swing that flag at

1    anybody?

2    A.  No, sir.

3    Q.  I'm sorry, you just -- you didn't wait for me to finish

4    the question.

5    A.  Sorry.

6    Q.  At any time did you see Mr. Westfahl swing the flag at

7    anybody?

8    A.  No.

9    Q.  Okay.  At any point did you see the flag pole that

10   Mr. Westfahl was carrying hit any of the officers?

11   A.  No.

12   Q.  Could you estimate about how many protesters were at

13   that march?

14   A.  In the march itself, which I guess was at the beginning

15   of the protest which kind of coalesced on the plaza earlier

16   in the afternoon, I would estimate between 75 and 100

17   people there expressing solidarity with the concept of the

18   protest.

19        And then once it became the march later in the

20   evening, I would say maybe three or four dozen people.

21   Q.  Okay.  Now, earlier you testified that you saw

22   Mr. Westfahl being taken to the ground; is that correct?

23   A.  Yes.

24   Q.  Who took Mr. Westfahl to the ground?

25   A.  I don't know their names, but it was members of the

1    police department wearing bicycle helmets.

2    Q.  And how many police officers took him to the ground?

3    A.  I think two.

4    Q.  Did you see how they got him to the ground?

5    A.  They approached him as he was in the front of the group.

6    To me it looked like they grabbed him by the lapels and

7    threw him to the ground.

8    Q.  Did the police officers say anything as they were

9    throwing him to the ground?

10   A.  I didn't hear that they said anything while throwing him

11   down, but immediately prior, when I was with the line of

12   police officers with the bicycles, I heard one of the

13   officers who grabbed him say to the other, "Let's do this."

14   Q.  What did you understand that to mean?

15   A.  I understood it to mean that they were about to attack

16   the protesters.

17   Q.  When Mr. Westfahl landed on the ground, how was he

18   positioned on the ground?

19   A.  Face first.

20   Q.  Did you see any injuries on Mr. Westfahl?

21   A.  While the police were striking him, I couldn't observe

22   any injuries.  But I do know that I saw him later with a

23   significant amount of blood running down his head.

24   Q.  You said that there were officers striking Mr. Westfahl.

25   How were they striking him?

1   A.  I was positioned towards Mr. Westfahl's head, and I

2   saw one officer repeatedly use his elbow to strike

3   Mr. Westfahl's head, the side of it.

4   Q.  How many times was Mr. Westfahl struck approximately?

5   A.  More than two; less than ten.

6   Q.  Were you surprised that Mr. Westfahl was being struck?

7          MR. CHANG:  Objection.

8          THE COURT:  Overruled.

9   A.  I was surprised.  I hadn't witnessed any instance of

10  police brutality prior to this so it was striking in the way

11  that any act of violence can be surprising.

12  Q.  Where were the police officers positioned with respect

13  to Mr. Westfahl when he was on the ground?

14  A.  There were at first two police officers; one located at

15  or around Mr. Westfahl's head and attacking his head.

16  Another police officer seemed to be attacking his torso, and

17  a third officer, I think, came in shortly after they

18  started.

19  Q.  When you say "attacking his head," what was the police

20  officer doing to his head?

21  A.  It looked like elbow drops to me.

22  Q.  How many times were there elbow drops?

23  A.  More than two, less than ten.  That's what I was

24  referring to earlier.

25  Q.  Was the police officer saying anything during the elbow

1      drops?

2      A.   "Stop resisting."   They -- I think both of the police

3      officers were telling him to stop resisting.

4      Q.   Was Mr. Westfahl saying anything?

5      A.   Yes.   I heard Mr. Westfahl say, "I'm not resisting."

6      Q.   Did you observe Mr. Westfahl resisting at that point?

7                 THE COURT:   Hold on.

8                 (Telephone interruption)

9                 THE COURT:   Are we okay, Juror No. 2?   You're

10     fine.

11                Okay.   Please proceed.

12     Q.   Okay.   Did you observe Mr. Westfahl resisting while he

13     was being told to stop resisting?

14                MR. CHANG:   Objection.

15     A.   No.

16                THE COURT:   Overruled.

17     A.   No, I did not observe him resisting.

18     Q.   Where were Mr. Westfahl's hands when he was being struck

19     by the police officers?

20     A.   On the ground.   I could see one hand kind of splayed out

21     to the side.   I think hand open, palm up.

22                I couldn't see the other arm because it was

23     obscured by the police officers.

24     Q.   Did you see if that hand that was splayed was --

25                (Telephone interruption)

1            JUROR NO. 2:  It's a weather flash flood.

2            THE COURT:  It's an AMBER Alert.

3    A.   Okay.  Please proceed.

4    Q.   The hand that was splayed on the ground, was

5    Mr. Westfahl moving that hand?

6    A.   Not that I saw.

7    Q.   Did you see any of the police officers being injured?

8    A.   No.

9    Q.   How long did you stay after the incident with

10   Mr. Westfahl?

11   A.   So after Mr. Westfahl was beaten by the police officers,

12   they pulled him aside and placed him in handcuffs and seated

13   him on the curb.  That's when they proceeded to corral the

14   remaining protesters and force them against the wall, told

15   them to sit down, and I guess the protest kind of came to an

16   end at that point.

17          I stuck around afterwards to coordinate with the

18   other legal observers and to tender my notes to the

19   supervisor.

20            MR. LIGHT:  Thank you.  No further questions.

21            THE COURT:  Mr. Chang.

22                      CROSS-EXAMINATION

23   BY MR. CHANG:

24   Q.   Good afternoon.

25   A.   Good afternoon.

1  Q.  So you testified that you were a legal observer the

2  night of the arrest, correct?

3  A.  Yes, sir.

4  Q.  Were you a lawyer?

5  A.  No.

6  Q.  Were you in law school?

7  A.  No.

8  Q.  You testified that you saw plaintiff, Mr. Westfahl,

9  carrying a flag pole; is that correct?

10  A.  Yes, sir.

11  Q.  And you never saw it come down, did you?

12  A.  What do you mean by "come down"?

13  Q.  Did you ever see the pole go down?

14  A.  I think that I saw him drop it when he was pulled to the

15  ground.

16  Q.  Do you remember providing a signed statement --

17  A.  Yes.

18  Q.  -- relating to the events of that night?

19  A.  Yes.

20  Q.  Did you mention him dropping the sign at all at any

21  point in this statement?

22  A.  I may have.

23  Q.  Would it refresh your recollection if I showed you a

24  copy of your statement?

25  A.  Yes.

1          MR. CHANG:  May I approach, Your Honor?

2          THE COURT:  You may.

3     Q.  If you could read that to yourself and look up when

4     you're done.

5     A.  (Witness reviews document)

6          THE COURT:  I'm going to stretch.  You all should

7     feel free.

8     Q.  Now, Mr. Ace, does your signed statement mention at all

9     Mr. Westfahl placing the flag pole down at any point?

10    A.  No.

11    Q.  How many people were arrested that night, to the best of

12    your knowledge?

13    A.  I think just Mr. Westfahl.

14    Q.  And how many protesters were there?

15    A.  In the march there were three dozen, four dozen.

16         MR. CHANG:  No further questions, Your Honor.

17         THE COURT:  Okay.

18         Mr. Light.

19         MR. MILLER:  Just one second.

20         (Pause)

21         MR. LIGHT:  Just very briefly.

22                    REDIRECT EXAMINATION

23    BY MR. LIGHT:

24    Q.  You didn't mention -- you just testified on cross-

25    examination you didn't mention anything about the flag pole

1    being dropped by Mr. Westfahl in the affidavit, right?

2    A.  Correct.

3    Q.  Were you asked to say anything about whether

4    Mr. Westfahl dropped the flag?

5    A.  No.

6                MR. LIGHT:  No further questions.

7                THE COURT:  Thank you.

8                Thank you, Mr. Ace.  You're excused.

9                THE WITNESS:  Thank you.

10               MR. LIGHT:  Your Honor, now that the witness is

11   being excused, if he's not going to be recalled, would he be

12   able to watch the rest of the proceeding?

13               THE COURT:  No.  He may be recalled.

14               You're excused.  Thank you, sir.

15               MR. LIGHT:  He's excused, okay.

16               THE COURT:  You never know, Mr. Light.

17               MR. LIGHT:  That's true.

18               THE COURT:  Next witness.

19               MR. MILLER:  Your Honor, may counsel approach?

20               THE COURT:  You may.

21               (The following is a conference held at the

22                bench outside the hearing of the jury)

23               MR. MILLER:  Well, Your Honor, we're going through

24   at quite a good pace.  I think quicker than any of us --

25               THE COURT:  I told you.  I don't mess around.

1          MR. MILLER:  I like that.  I would like to call

2     Officers Robinson and Cory, but, you know, obviously if I

3     need to take them -- I shouldn't, because I'm going to have

4     very limited questions for them, just really basically to

5     identify themselves.

6          THE COURT:  I'm sorry.  Slow down.

7          MR. MILLER:  Okay.  I would like to call our

8     defendants for limited direct as hostile witnesses.  I want

9     to reserve my right to cross-examine them if and when

10    they're called by the defendant.

11         THE COURT:  She doesn't have to call them.

12         MR. MILLER:  I understand.

13         THE COURT:  That's fine.

14         MR. MILLER:  And then after these two, Your Honor,

15    our only other witness is our expert witness, and he's

16    actually traveling today so we didn't expect to get to him

17    today; so hopefully that's okay.  We can start with him on

18    Wednesday morning.

19         THE COURT:  Well, if you're going to call the

20    defendant, I'm sure that's all we're going to get to today.

21         Now, there's a doctor at Sibley.

22         MS. MILLER:  Yes.

23         THE COURT:  Are you going to be calling him?

24         Yes.  We're not going to call him.

25         THE COURT:  Okay.

```
 1                    (This is the end of the bench conference)

 2                    MR. MILLER:  Your Honor, the plaintiff calls

 3        Officer Cory.

 4                    THE COURT:  Mr. Cory, how are you?

 5                    THE WITNESS:  Sir.

 6                    THE COURT:  Good afternoon.  Feeling okay?

 7                    THE WITNESS:  Day-to-day improvement.  Thank you.

 8                    THE COURT:  Ms. Miller.

 9                              TODD CORY, Sworn

10                            DIRECT EXAMINATION

11        BY MS. MILLER:

12        Q.  Sir, are you a defendant in this case?

13        A.  Yes, I am.

14        Q.  You are, in fact, Officer Cory?

15        A.  Yes, ma'am.

16        Q.  Were you the arresting officer of Mr. Shawn Westfahl on

17        October the 9th, 2010?

18        A.  I was.

19        Q.  Do you see Mr. Westfahl in the courtroom today?

20        A.  I do.

21        Q.  Would you please point him out.

22        A.  He's wearing a dark charcoal-colored jacket and gray

23        tie.

24                    MR. MILLER:  Let the record reflect proper

25        identification of Mr. Westfahl.
```

1    Q.  Sir, were you present to observe the conduct on October

2    the 9th of Mr. Westfahl which led to your arresting him?

3    A.  At the point when we were called in, yes.

4    Q.  Were you on foot, on motorcycle, or on bicycle?

5    A.  I was on a mountain bike, ma'am.

6    Q.  Were there any other officers that participated in the

7    arrest of Mr. Westfahl that were on a mountain bike?

8    A.  Yes.

9    Q.  Who was that?

10   A.  Officer Robinson and Officer Thau.

11   Q.  So just the three of you were on mountain bikes at that

12   time?

13   A.  There was more than the three of us.

14   Q.  But responding to the arrest of Mr. Westfahl?

15   A.  Initially, yes.

16   Q.  So what offense did you charge Mr. Westfahl with

17   committing that night, sir?

18   A.  I'm sorry?

19   Q.  What offense did you charge Mr. Westfahl with

20   committing?

21   A.  Felony APO and PPWB.

22   Q.  Well, I think felony APO is assault on a police officer?

23   A.  Yes, ma'am, it is.

24   Q.  And what's the other charge?

25   A.  PPWB.

1    Q.   What is a PPWD, sir?

2    A.   B, boy.

3    Q.   PPWB as in boy?

4    A.   Possession of a prohibited weapon.

5    Q.   I'd like to ask our paralegal here to pull up what we're

6    going to mark as Plaintiff's Exhibit No. 4.  It has been

7    previously identified or produced as PD-251.

8              MS. FEATHERSTONE:  Do you have a copy?

9              MS. MILLER:  Okay.  Would you please publish what

10   we are identifying as Plaintiff's Exhibit No. 4 to the

11   witness.

12             THE COURT:  Not to the jury.

13             MR. MILLER:  Yes, and not to the jury.  Oh, we

14   can't --

15             THE COURTROOM DEPUTY:  They can't see it.

16             MS. MILLER:  You're the technology deputy so we've

17   got it covered, right?

18             THE COURTROOM DEPUTY:  Right.

19             MR. MILLER:  Thank you.

20   Q.   Okay.  Sir, can you see in front of you what we've

21   marked as Plaintiff's or identified as Plaintiff's Exhibit

22   No. 4, this PD-251?

23   A.   Yes.

24   Q.   Okay.  Sir, is this an incident-based event report of

25   the Metropolitan Police Department?

1    A.   It is, yes.

2    Q.   And it's an official MPD public document as indicated on

3    the form?

4    A.   Yes, it is.

5    Q.   Did you complete this report, this PD-251?

6    A.   I did.

7    Q.   And it says on Plaintiff's Exhibit No. 4, this PD-251,

8    that the time of report was 00:56.

9              MS. FEATHERSTONE:  Objection.

10             THE COURT:  Sustained.

11   Q.   Do you recall when you completed Exhibit No. --

12   Plaintiff's Exhibit No. 4, this PD-251?

13   A.   Being it was five years ago, I don't actually recall,

14   but the time it was reported is the time that the event was

15   put into the system on the computer.

16   Q.   And if there is a time of report -- I'd like to direct

17   your attention to the date, Block 3, and the time of report,

18   Block 4.  What do those signify on this PD-251?

19             MS. FEATHERSTONE:  Objection, Your Honor.

20             THE COURT:  Do you want to move it in?  You have a

21   problem with foundation.

22             Any objection, Ms. Featherstone?

23             MS. FEATHERSTONE:  No objection.

24             MR. MILLER:  I offer this exhibit.

25             THE COURT:  So admitted.

1          MR. MILLER:  Let's publish it to the jury now.

2    Thank you.

3    Q.  All right.  So now that everyone can see it, let me

4    direct your attention to the first block of this report.

5    It's "Classification of Event," report type is "Offense,"

6    and then, of course, you have a date and time of the event,

7    and then you have a date and time of the report, correct, on

8    this form?

9    A.  Yes, ma'am.

10   Q.  So what does the time of report at 00:56 signify?  When

11   you completed the form, or what?

12   A.  That was the time that the report was completed.

13   Q.  Did you actually have to type it in a computer at the

14   office?

15   A.  Physically, yes.

16   Q.  So I take it, then, you had returned to the Metropolitan

17   Police Department in order to accomplish this form, correct?

18   A.  We did, yes, Second District.

19   Q.  Where is the Seventh District located?

20   A.  Second District.

21   Q.  Second District.  Where's that?

22   A.  Northwest D.C., Wisconsin Avenue.

23   Q.  And, in fact, it says "Second District" on Block 5,

24   correct, of Exhibit 4?

25   A.  Yes, ma'am.

1    Q.  Okay.  So as you've testified, you charged Mr. Westfahl

2    with a felony APO, and is that indicated on Block 13 of

3    Exhibit 4?

4    A.  Yes.

5    Q.  Now, in Block 20 of Plaintiff's Exhibit No. 4, there's a

6    reference to a hate crime.  There's a question, "Hate

7    Crime?" and then there's a "Yes," and then there's the words

8    typed there "Political."

9             Can you tell us what this Block 20 signifies on

10   Plaintiff's Exhibit No. 4?

11   A.  Taking into consideration the statements that were being

12   made in the actual assault, so that's why it was put down as

13   a hate crime.

14   Q.  Can you explain that in a little bit more detail.

15   Statements made by whom?

16   A.  Let me clarify.  The statements or the chanting of the

17   group and the actual event together would classify as a hate

18   crime.

19   Q.  Okay.  So the answer "Yes" to the question of "Hate

20   Crime?" and its description as "Political" refers to

21   chanting by the protesters during the march.  Is that your

22   testimony?

23   A.  Towards the police.

24   Q.  Yes, chanting towards the police?

25   A.  Yes.

1    Q.   Okay.  What specifically did you hear in terms of

2    chanting towards the police that you reflected in Block 20

3    of Plaintiff's Exhibit No. 4?

4    A.   Do I have permission to be blunt?

5    Q.   Yes.  We want to know your recollection of the chants.

6    A.   The group was actually chanting "Fuck the Police."

7    Q.   Now, were these chants made directly toward you

8    personally?

9    A.   I don't believe it was towards me personally, no.

10   Q.   Or just toward all the police?

11   A.   In general, yes.

12   Q.   And since you were charging Mr. Westfahl with this

13   political hate crime as reflected in Plaintiff's Exhibit 4,

14   did you hear him specifically use these terms directed

15   toward the police?

16   A.   I did not.

17   Q.   You did not?

18   A.   I did not.

19   Q.   Well, then, what is the significance, then, of this

20   PD-251?  Isn't it an incident-based report concerning his

21   arrest?

22   A.   It is, yes.

23   Q.   So then why would you reflect something on Plaintiff's

24   Exhibit No. 4 if it did not relate to Mr. Westfahl's

25   conduct, sir?

1   A.  He wasn't charged with it ultimately.

2   Q.  Okay.  So it's fair to say, then, that when you answered

3   "Yes" to "Hate Crime?" and indicated that it was political

4   on Plaintiff's Exhibit 4, you were reflecting the conduct

5   that you observed directed towards the police?

6   A.  Yes.

7   Q.  And this conduct that you were reflecting in Plaintiff's

8   Exhibit 4, I take it, related to the event as a whole?

9           MS. FEATHERSTONE:  Objection, Your Honor; asked

10   and answered.

11           THE COURT:  Overruled.

12   A.  Can you repeat the question, please?

13   Q.  The conduct that's reflected in Plaintiff's Exhibit No.

14   4 here as relates to a political hate crime, it's indicated

15   that that signifies the event as a whole, correct?  That's

16   reflected in this incident report?

17   A.  Yes.

18   Q.  And then, below Block 23 there appears another

19   annotation, "Suspicion? No," and there's "Other," and then

20   there's "Disorderly Demonstration Upended."  What does

21   "Disorderly Demonstration" in that block of "Suspicion?"

22   mean?

23   A.  Disorderly demonstration.

24   Q.  That's how you characterized it?

25   A.  Right.  Yes, I'm sorry.

1    Q.  So it wasn't suspicious; it was just disorderly?

2    A.  Disorderly.

3    Q.  Now, directing your attention to the block further down

4    the Exhibit 4, there's an area for victim and reporting

5    person, and there's a victim identified there as Officer

6    Robinson.  Did you insert that information in this form?

7    A.  Yes.

8    Q.  And the reporting person on Block 2 of this area, the

9    reporting person being Officer Cory, that would be yourself,

10   correct?

11   A.  Yes, ma'am.

12   Q.  And then "Suspects," going down further, the bottom of

13   this form, it says "Suspect 1."  Is that Mr. Westfahl?

14   A.  Yes.

15   Q.  And then the weapon area -- oh, before I do that.  And

16   there's an injury code there signifying abrasion.  Would

17   that be the abrasion to Mr. Westfahl's head that you've seen

18   here in the evidence today?

19   A.  The upper right forehead, yes.

20   Q.  And, of course, Mr. Westfahl was taken to Sibley

21   Hospital, as he testified.  Did you transport him there?

22   A.  I did not.

23   Q.  So 2D is whom?  You mean your Second District, somebody

24   in the Second District other than yourself?

25   A.  Well, I'm not a member of the Second District.  I'm

1    actually a member of the Seventh District.  We were deployed

2    to that area.

3    Q.  I see.

4    A.  Yes, ma'am.

5    Q.  So by whom would be an officer in the Second District

6    transporting Mr. Westfahl to Sibley Hospital?

7    A.  Correct.

8    Q.  Thank you.

9         Okay.  And then the weapon area there.  We have

10   weapons listed as "Other" and it's a stick, and then you've

11   described that stick.  Did you have the stick in your

12   possession at the time, or had you taken it into evidence at

13   the time that you completed Plaintiff's Exhibit No. 4?

14   A.  We took the item up to the Second District and had it

15   processed by the property clerk and put on the 2D property

16   book as evidence.

17   Q.  "We" is who?  Who did?  Who did that?

18   A.  Myself and Officer Robinson.

19   Q.  You together?

20   A.  We were together.

21   Q.  Who took physical possession of the property that you've

22   described as evidence on Plaintiff's Exhibit No. 4?

23   A.  That would have been Officer Robinson.

24   Q.  Are you testifying that it never left your sight, that

25   the stick, this wooden stick that's reflected in Plaintiff's

1    Exhibit No. 4, was in your view as well while it was taken

2    into custody?

3    A.  Well, as I was processing the arrest package, Officer

4    Robinson took the property to the property clerk and had it

5    properly put on the book.

6    Q.  Did you retrieve that wooden stick from the scene, or

7    did Officer Robinson?

8    A.  I don't remember exactly who took possession of it from

9    the ground.  I do not.  I don't recall that.

10    Q.  Do you recall whether you took possession of the stick

11    initially?

12    A.  I don't remember.

13    Q.  Do you recall, sitting here today, visualizing or seeing

14    the stick on the ground near where Mr. Westfahl was

15    arrested?

16    A.  I remember -- yes, I do, but I don't remember which

17    officer actually took custody of it at that point.

18    Q.  And, sir, what's described here is that it's half of the

19    total length of the stick used in the assault.  That's

20    reflected under your block here for weapons, correct?

21    A.  Correct.

22    Q.  Where is the other half?

23    A.  That was taken by somebody in the group.

24    Q.  What group?

25    A.  The group that was protesting.  We never got that back.

1    Q.  Did the other half of that broken stick have the flag

2    attached to it that you --

3    A.  It sure did.  It did.

4    Q.  When was the first time you saw the half of that stick

5    on the ground?

6    A.  As somebody was pulling it away, removing it from the

7    ground.

8    Q.  In relation to the assault, the felony assault on police

9    officer that you charged Mr. Westfahl with, in relation to

10   that assault, when was the first time you saw the broken

11   stick?

12   A.  Immediately after the assault, when the assault took

13   place.

14         I'm sorry, the other portion of that

15   demonstration -- the stick, the other half of it, had a flag

16   attached to the top.  Someone within the group actually made

17   off with that portion of the remainder of the stick.  It was

18   not retrieved.

19   Q.  And when you first saw the stick, the wooden stick --

20   A.  Yes.

21   Q.  -- was it intact or was it broken?

22   A.  It was broken.

23   Q.  Did you see the wooden stick being broken?

24   A.  Repeat that.

25   Q.  Did you see the weapon, what you described here as the

1    weapon on Plaintiff's Exhibit No. 4, sir, did you see that

2    being physically broken?

3    A.  I did.

4    Q.  By whom?

5    A.  I don't remember exactly who it was.  I just remember

6    seeing the stick come down and contact Officer Robinson's

7    mountain bike helmet.

8    Q.  And at what point did the stick break?

9    A.  When it contacted his helmet.

10   Q.  So let me direct your attention to the narrative portion

11   of this Plaintiff's Exhibit No. 4, and when it says "R-1

12   reports S-1 striking V-1 with the listed property during

13   crowd dispersement operations," what does that mean?

14   A.  We were actually called in from where we were located at

15   Freedom Plaza to disperse the crowd.

16   Q.  No, no, sir.  Let me just -- let me just cut you off

17   there.

18          My question is, what do those terms signify on the

19   form?  "R-1" signifies whom?

20   A.  That would be me.

21   Q.  Okay.  So you report seeing S-1.  Who is S-1?

22   A.  That would be Mr. Westfahl.

23   Q.  Striking V-1?

24   A.  That would be Officer Robinson.

25   Q.  Thank you.

1          And that was at the IMF, which is the

2     International Monetary Fund, demonstration we've been

3     talking about today, correct?

4     A.   Correct.

5     Q.   And what does a CDU 74 detail reflect?

6     A.   "CDU" stands for civil disturbance unit.  "74" refers to

7     mobile -- mountain bike, scooter, motorcycle platoon.

8     Q.   Was that the unit that you were part of?

9     A.   Yes, ma'am.

10    Q.   And Officer Robinson?

11    A.   Yes.

12    Q.   And Officer Thau?

13    A.   Yes.

14    Q.   Okay.  Now, I would like to pull up Exhibit --

15    Plaintiff's Exhibit No. 1, our video.

16          Okay.  Now, Officer Cory, looking at this

17    videotape, the screen in front of you, you can actually --

18    if you press hard on it, you can circle images, and that

19    will help us as I ask you my questions.  Okay?

20    A.   Yes.

21    Q.   So looking at this frame here of Plaintiff's Exhibit No.

22    1, are you -- can you identify yourself there?

23    A.   I cannot.

24    Q.   We're just going to advance this a little bit and

25    hopefully stop at a clear spot because we want you to

1    identify yourself.

2              (Video playing)

3    Q.  I'll tell you what, let's play this a little bit because

4    it's kind of blurry once we stop it.

5    A.  Yes.

6    Q.  And what I'd like you to do is, once you see yourself

7    for the first time, just say "stop."

8    A.  Understood.

9              MR. MILLER:  It's not on the screen here.  Sorry.

10             (Video playing)

11   A.  Stop.

12   Q.  Okay.  Sir, so can you circle where you are.

13   A.  Play that forward again.

14             MR. MILLER:  Go forward a little bit.

15             Just go backwards.  Let's try it again.

16   Q.  We're going to go backwards, and then go forward a

17   little bit.

18   A.  Thank you.  Stop.

19   Q.  Okay.

20   A.  Sorry for the noise.

21   Q.  All right.  Okay.  So I'm told, Officer -- hit "erase."

22   Hit the screen on the right top part of the screen.  Now hit

23   the color area on the left top of the screen, and we're

24   going to try to get a brighter color.  Now, tap "Color"

25   again and see what color that becomes.

1          Okay.  That's actually fine.  Okay.  Erase me.

2     Very good.  Thank you.

3          So now we're going to have a red color so we can

4     see it easier.

5          Now, with a red color highlighter, can you please

6     circle yourself, Officer Cory.

7     A.  (Witness complies)

8     Q.  Do you have on a dark-colored helmet?

9     A.  Dark-colored?

10    Q.  Yes.  Is that a dark -- a black or a blue color?

11    A.  It should be white.

12    Q.  This helmet is white?

13    A.  It's very hard to make sure.  I'm just looking at my

14    body posture, but my mountain bike helmet was white.

15    Q.  Was it?  Okay.

16         Now, what's occurring at this time?  Was it

17    before or after the assault, felony assault that you charged

18    Mr. Westfahl with?

19    A.  You'd have to play that back again.

20         (Video playing)

21    A.  That appears to be before.

22    Q.  Okay.  I want you to clear the screen there.  Hit

23    "Erase" again.  Yes, there you go.  Each erase is just like

24    a back space on a typewriter so you have to hit it one more

25    time to completely clear it.  Oh, there's a clear button on

1     the bottom left-hand corner, I'm told.

2              MS. MILLER:  Thank you.  Let's play it forward.

3              (Video playing)

4     Q.  Now, next time you see yourself, please stop.  Tell us

5     to stop.

6              Stop.  Did you see yourself there at all?

7     A.  I can't see myself.

8     Q.  Okay.

9              MS. MILLER:  Let's back up a little bit, because

10    there's a shove so I'm asking...

11             (Video playing)

12    Q.  Did you see the shove?

13    A.  I saw the shove.

14    Q.  Was that you, sir?

15    A.  That's not me.

16    Q.  Okay.  Let's back up again, and I'm just going to --

17    we're going to go back just a little bit because I want to

18    know if you're actually at the scene at this time.

19             (Video playing)

20             MR. MILLER:  Keep going.

21             (Video playing)

22             MS. MILLER:  Okay.  Let's stop.

23    Q.  Now, did you see yourself in the intervening period

24    there at all?

25    A.  Coming in, yes.

1    Q.  Okay.  Then let's back it up because I really want you

2    to show us where you first see yourself --

3    A.  Sorry.

4    Q.  -- before the assault, okay?

5              (Video playing)

6    A.  Stop.

7    Q.  Great.  Right there.  That's actually sort of clear.

8    Where are you?

9    A.  I still can't make that out.

10   Q.  Okay.

11             MS. MILLER:  Go back a little bit, George.

12             (Video playing)

13   Q.  Are you anywhere here?

14   A.  Not yet.

15             (Video playing)

16             MR. MILLER:  Okay.  Go back and play it forward.

17   Q.  So please, we can go back a little bit further, and the

18   first time you see yourself, just say "stop," please.

19   A.  Understood.

20             (Video playing)

21   A.  Stop.

22   Q.  Okay.

23   A.  I'm out of the frame now.

24   Q.  Okay.  Let's go back a frame.

25             So describe where you are in this --

1           MS. MILLER:  There we go.  That's pretty good

2      there.

3      Q.  Do you know where you are at this time?

4      A.  Actually, I should be on the other side.  I believe

5      Officer Robinson was wearing a blue-colored mountain bike

6      helmet.  I should be next to him.

7      Q.  Next to him to his -- is Officer Robinson the officer

8      that's on the ground with Mr. Westfahl?

9      A.  With the blue helmet, yes.

10     Q.  Okay.  Let me just repeat my question.  Is Officer

11     Robinson the officer that is on the ground over Mr. Westfahl

12     in this frame?

13     A.  I mean, I can't even make this out.  That's the thing.

14     It's very unclear.

15     Q.  Right.  But you saw --

16     A.  I mean, I see Officer Robinson, and he's present.  I

17     can't tell who he's over or if he's on top of anybody.  I

18     can't make that out.

19     Q.  So when you said, then, a few seconds ago that you were

20     standing to the left, did you say?  Or did you say beside

21     Officer Robinson?  Who were you referring to?

22     A.  Ultimately I was on Officer Robinson's right when we

23     were attempting to place Mr. Westfahl into custody.

24     Q.  Okay.

25          MS. MILLER:  Well, just back up a little bit.

```
 1              (Video playing)
 2    Q.  Stop?
 3    A.  Stop.  That would be me right there in the white helmet.
 4    Q.  Okay.  So you are standing -- is your -- why don't you
 5    circle -- please circle yourself.
 6    A.  (Witness complies)
 7    Q.  And the person to the immediate right of you that's over
 8    Mr. Westfahl on the ground, is that Officer Robinson?
 9    A.  Yes.
10    Q.  Where were you immediately before you went to assist
11    Officer Robinson with his take-down of Mr. Westfahl?
12    A.  Actually -- I was just actually dismounting my mountain
13    bike.  I rode it up.
14              That is my mountain bike on the ground directly to
15    my right.  As you're looking at it on the screen, it's to
16    the left.
17    Q.  Is it white?
18    A.  It's white.  They're all white.
19    Q.  Would you circle your mountain bike, sir.
20    A.  (Witness complies)
21    Q.  Ah.  And so you had just arrived on the scene?
22    A.  I'd just dismounted the bike.
23    Q.  No.  My question was, you had just arrived on the scene
24    at this time?
25    A.  Yes.
```

1    Q.   Where were you before, immediately before?

2    A.   Well, I was still catching up to -- Officer Thau and

3    Officer Robinson got a little bit of a head start on me.

4    I'm trying to catch up.

5    Q.   On your bike?

6    A.   They have a little bit of youth on me, and actually when

7    I caught up the assault took place.  I just dismounted my

8    mountain bike to assist Officer Robinson.

9    Q.   Okay.  So were you in the process of riding up, or were

10   you stationary when you observed Mr. Westfahl commit an

11   assault on a police officer?

12   A.   I was, yes, actively riding just pulling up on the

13   scene, pulling up on the curb.

14   Q.   You were approaching it.

15   A.   I was, yes.

16   Q.   You haven't gotten there yet?

17   A.   I'm right there.

18   Q.   How close were you to the assault when it actually

19   occurred, the assault on a police officer that's reflected

20   in Plaintiff's Exhibit 4?

21   A.   No more than 15 feet.

22   Q.   Oh, yes, sir, would you clear the annotations on the

23   bottom left-hand corner.

24   A.   I'm sorry?

25   Q.   You have to hit it several times to clear all of the

1    circles.  Other far right corner.  Oh, thank you.

2           MS. MILLER:  Okay.  Back up a little bit and just

3    play it forward.

4           (Video playing)

5           MS. MILLER:  Just stop.

6    Q.  So as your position changes -- like right now you've

7    already told us you're to the left of Officer Robinson,

8    correct, on the ground, as we're looking at the video,

9    correct?

10          Well, you're to the right of him.

11   A.  I would be on his right, but as it appears on the

12   screen, I'd be to his left.

13   Q.  Yes, sir.  Yes.  Okay.  So when that changes, when your

14   position changes on the video, would you tell me to stop.

15   A.  Yes.

16          (Video playing)

17   A.  It never changed.  I was always on his right.

18          (Pause)

19          THE COURT:  Ms. Miller, how much longer?

20          MR. MILLER:  Actually, just one more question.

21          THE COURT:  Okay.

22   Q.  Okay.  So drawing your attention back to our Plaintiff's

23   Exhibit No. 4, it appears, then, that the only evidence --

24   the only property that was preserved into evidence to

25   support this felony assault on a police officer charge that

1    you filed against Mr. Westfahl, then, was the wooden stick,

2    correct?

3    A.  Yes.

4    Q.  And you testified that you saw Mr. Westfahl strike

5    Officer Robinson on the helmet with this wooden stick,

6    correct?

7              MS. FEATHERSTONE:  Objection, Your Honor.

8              THE COURT:  Sustained.

9    Q.  Why wasn't the helmet processed into custody?

10              MS. FEATHERSTONE:  Objection, Your Honor.  Move to

11   strike.

12              THE COURT:  Counsel, please approach.

13              (The following is a conference held at the

14               bench outside the hearing of the jury)

15              THE COURT:  What's your objection?

16              MS. FEATHERSTONE:  They are trying to get in

17   missing evidence through this witness, and the Court has

18   already ruled.  The plaintiff withdrew the argument in the

19   motion in limine, and the Court hasn't ruled it's going to

20   allow in missing evidence.  They're seeking a sanction,

21   essentially, within the District.

22              MR. MILLER:  Absolutely not.

23              THE COURT:  Ask this question if he knows, and you

24   can cross him about it.

25              MR. MILLER:  This is about just exactly what

1    happened.

2              (This is the end of the bench conference)

3    BY MS. MILLER:

4    Q.   Okay.   Let me repeat my last question.

5    A.   Yes.

6    Q.   Why wasn't the helmet processed into evidence that

7    Mr. Westfahl allegedly struck forcefully with this wooden

8    stick?

9    A.   Because Officer Robinson was still wearing it.

10             You have to understand, when we deploy as a

11   platoon, we ride all the way over from the Seventh District

12   on the other side of the river until we get to our

13   destination, and there was a distinct possibility that we

14   may have had to ride -- have ridden back.

15   Q.   When did your shift end on the night of October the 9th,

16   2010?   After all, this occurred at 22:30 so when did your

17   shift end?

18   A.   I believe Officer Robinson and I got off the following

19   morning.   I think we actually were authorized to work a

20   double-shift that night.

21   Q.   What's "the following morning"?   What time would that be

22   on October the 11th?

23   A.   06:30 hours.

24   Q.   Excuse me, I mean on October the 10th.   The incident

25   occurred on October the 9th at about 11:30 p.m., correct?

1    A.  Correct.

2    Q.  Okay.  When did you get off of work the next day?

3    A.  06:30 hours in the morning.

4    Q.  And you went back to your CDU 74 district office at the

5    time?

6    A.  We went back to 7D, yes.

7    Q.  7D?  District 7D?

8    A.  Yes, ma'am.

9    Q.  Thank you.

10            THE COURT:  Counsel, please approach.

11            (The following is a conference held at the

12             bench outside the hearing of the jury)

13            THE COURT:  How long do you have?

14            MS. FEATHERSTONE:  I'm not examining the witness

15    until my -- until our case in chief.

16            THE COURT:  Okay.  So we'll dismiss Officer Cory

17    for now, and we'll -- we're going to knock off for the day.

18    We have a tired jury, I think.  Okay?

19            MR. MILLER:  Yes, sir.

20            MS. FEATHERSTONE:  Thank you, Your Honor.

21            MR. MILLER:  Thank you.

22            (This is the end of the bench conference)

23            THE COURT:  Okay.  Ms. Featherstone, no questions?

24            MS. FEATHERSTONE:  Your Honor, we're going to

25    reserve our questioning for Officer Cory during the

1    defendants' case in chief.

2              THE COURT:  Okay.  Thank you.

3              Officer Cory, you're excused.

4              THE WITNESS:  Sir.

5              THE COURT:  Thank you.

6          Okay.  Ladies and gentlemen, it's been a long day.

7    Thank you very much for your patience and your attention.

8    We're going to excuse you for the day and for tomorrow.  You

9    do not have to come to court or check in with the jury

10   office tomorrow; so we will see you back here at 9:00 a.m.

11   on Wednesday morning.  Understood?

12         Okay.  I'll remind you of my instructions not to

13   discuss the case with anyone and not to do any independent

14   research about the case.  Please leave your notebooks on

15   your chair.  Have a good evening.  Have a nice day tomorrow,

16   and we'll see you at 9:00 a.m. on Wednesday.  Thanks very

17   much.

18              (Jury exits courtroom)

19              THE COURT:  Okay.  Have a seat.

20         So we made a lot of progress.  Wednesday we expect

21   your police practices expert.

22              MR. MILLER:  Yes, Your Honor.

23              THE COURT:  Will you be calling Officer Robinson,

24   or no?

25              MR. MILLER:  We'll think about it.

1          THE COURT:  You'll reserve, okay.  If you do plan

2     on calling Officer Robinson, please inform the defense by

3     5:00 -- let's say 3:00 tomorrow afternoon.  Okay?  Give them

4     an opportunity to prepare for that.

5          MR. MILLER:  Yes, Your Honor.

6          THE COURT:  Does defense anticipate the same

7     witnesses that we discussed at the pretrial?

8          MS. FEATHERSTONE:  Yes, Your Honor.

9          THE COURT:  Okay.  So there's a chance we may get

10    to closings on Wednesday?

11         MS. FEATHERSTONE:  That's a possibility, Your

12    Honor.

13         THE COURT:  We will try to get the instructions in

14    shape tomorrow.  I'm not here so I'll need an opportunity to

15    review those, but we'll try to fit in a charge conference

16    maybe over the lunch hour on Wednesday, if there's a

17    possibility that the jury will get the case Wednesday

18    afternoon.  Okay?

19         MS. FEATHERSTONE:  Very well, Your Honor.

20         THE COURT:  Okay.  Anything else?

21         MR. MILLER:  No, Your Honor.  Thank you.

22         THE COURT:  Okay.  Have a good night.  See you

23    Wednesday.

24              (Whereupon the hearing was

25               adjourned at 4:37 p.m.)

1        ## CERTIFICATE OF OFFICIAL COURT REPORTER

2

3            I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8        Dated this 17th day of August, 2015.

9

10                                /s/Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
11                                United States Courthouse
                                  Room 6718
12                                333 Constitution Avenue, NW
                                  Washington, DC 20001

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$2,000** [1] - 6:1
**$20** [1] - 44:11
**$3,000** [1] - 6:1
**$40** [1] - 44:11
**$50** [1] - 44:11

**/**

**/s/Lisa** [1] - 109:10

**0**

**00:56** [2] - 85:8, 86:10
**06:30** [2] - 105:23, 106:3

**1**

**1** [8] - 8:14, 8:18, 9:10, 9:13, 70:11, 90:13, 95:15, 95:22
**100** [1] - 73:16
**10th** [1] - 105:24
**1150** [1] - 1:16
**11:30** [1] - 105:25
**11:45** [1] - 31:16
**11:50** [1] - 31:17
**11th** [1] - 105:22
**13** [2] - 2:4, 87:2
**15** [6] - 2:5, 12:20, 45:2, 45:5, 45:20, 102:21
**1712** [1] - 1:13
**17th** [1] - 109:8
**1850** [1] - 1:16
**1997** [1] - 15:24
**1:00** [1] - 68:6
**1:11-cv-02210-CRC** [1] - 1:3
**1:43** [1] - 1:5

**2**

**2** [9] - 31:7, 31:8, 31:9, 31:13, 31:22, 32:2, 76:9, 77:1, 90:8
**20** [3] - 87:5, 87:9, 88:2
**20001** [3] - 1:20, 1:23, 109:12
**20006** [2] - 1:13, 1:16
**2010** [15] - 5:2, 17:11, 31:16, 47:18, 48:6, 48:13, 49:8, 58:24, 59:14, 66:20, 66:23, 66:24, 69:9, 82:17, 105:16
**2012** [2] - 15:25, 59:2
**2013** [2] - 16:1, 48:21

**2014** [1] - 66:17
**2015** [2] - 1:4, 109:8
**202** [3] - 1:14, 1:17, 1:20
**202-354-3187** [1] - 1:24
**2100** [3] - 21:16, 21:18, 51:21
**223-8181** [1] - 1:17
**22:30** [1] - 105:16
**23** [1] - 89:18
**25** [1] - 4:15
**26** [1] - 66:10
**27** [2] - 1:4, 49:5
**277-6213** [1] - 1:14
**2:00** [1] - 68:6
**2D** [2] - 90:23, 91:15

**3**

**3** [6] - 31:7, 31:8, 31:11, 31:12, 31:22, 85:17
**30** [5] - 10:7, 12:20, 29:25, 55:4, 55:5
**30th** [1] - 48:21
**333** [2] - 1:23, 109:12
**36** [1] - 15:17
**3:00** [3] - 44:24, 45:8, 108:3

**4**

**4** [25] - 2:3, 84:6, 84:10, 84:22, 85:7, 85:12, 85:18, 86:24, 87:3, 87:5, 87:10, 88:3, 88:13, 88:24, 89:4, 89:8, 89:14, 90:4, 91:13, 91:22, 92:1, 94:1, 94:11, 102:20, 103:23
**40** [3] - 10:7, 55:4, 55:5
**441** [1] - 1:19
**47** [1] - 2:6
**4:37** [1] - 108:25

**5**

**5** [3] - 40:23, 49:5, 86:23
**50** [1] - 55:2
**5:00** [1] - 108:3

**6**

**62** [1] - 2:6
**64** [2] - 57:6, 57:12
**66** [1] - 2:8
**6718** [2] - 1:22, 109:11

**7**

**724-6600** [1] - 1:20
**74** [3] - 95:5, 95:6, 106:4
**75** [1] - 73:16
**77** [1] - 2:8
**79** [1] - 2:9
**7D** [3] - 106:6, 106:7
**7th** [2] - 17:20, 17:21

**8**

**82** [1] - 2:10

**9**

**9** [9] - 5:2, 17:11, 31:16, 48:6, 48:13, 49:7, 59:14, 66:23, 66:24
**915** [1] - 1:13
**9:00** [2] - 107:10, 107:16
**9th** [6] - 6:21, 8:1, 82:17, 83:2, 105:15, 105:25

**A**

**a.m** [2] - 107:10, 107:16
**abdomen** [2] - 59:25, 60:1
**ability** [3] - 11:22, 19:10, 109:7
**able** [15] - 3:8, 6:12, 6:15, 11:8, 11:16, 23:9, 23:22, 25:9, 30:5, 37:11, 40:22, 53:23, 63:21, 70:15, 80:12
**abrasion** [10] - 32:6, 32:7, 32:11, 32:12, 32:15, 32:16, 32:19, 32:22, 90:16, 90:17
**absolutely** [3] - 6:17, 12:14, 104:22
**accomplish** [3] - 5:17, 18:7, 86:17
**account** [1] - 7:11
**accountable** [1] - 44:19
**accurate** [2] - 58:4, 109:5
**accurately** [2] - 13:9, 31:18
**ACE** [2] - 2:7, 66:2
**Ace** [7] - 65:17, 65:21, 66:7, 66:9, 66:9, 79:8, 80:8

**act** [2] - 75:11
**action** [5] - 5:22, 6:17, 10:9, 12:2, 27:16
**actions** [1] - 44:19
**active** [1] - 68:10
**actively** [1] - 102:12
**activities** [1] - 67:11
**activity** [1] - 67:15
**actual** [3] - 48:12, 87:12, 87:17
**addiction** [2] - 16:18, 16:19
**addition** [2] - 17:3, 29:3
**additional** [1] - 6:3
**adjourned** [1] - 108:25
**admitted** [1] - 85:25
**advance** [1] - 95:24
**advised** [4] - 61:15, 61:17, 61:22, 62:25
**affidavit** [1] - 80:1
**AFTERNOON** [1] - 1:9
**afternoon** [19] - 4:11, 13:3, 13:4, 15:13, 15:16, 39:9, 44:24, 45:4, 47:4, 47:5, 65:23, 65:24, 66:5, 73:16, 77:24, 77:25, 82:6, 108:3, 108:18
**afterwards** [3] - 14:8, 22:20, 77:17
**ago** [2] - 52:19, 85:13, 100:19
**agree** [3] - 36:16, 36:19, 50:16
**ahead** [2] - 70:4, 71:16
**aided** [1] - 1:25
**air** [3] - 24:13, 24:14, 24:22
**al** [1] - 1:6
**Alert** [1] - 77:2
**ALEXANDER** [2] - 2:7, 66:2
**Alexander** [1] - 65:16
**allegedly** [1] - 105:7
**allow** [1] - 104:20
**almost** [3] - 15:22, 31:16, 36:12
**alongside** [1] - 70:4
**alternative** [1] - 67:8
**AMBER** [1] - 77:2
**Amendment** [1] - 67:11
**American** [1] - 67:9
**amount** [1] - 74:23
**Angeles** [2] - 4:17, 5:1
**angle** [2] - 14:13, 60:10
**annotation** [1] - 89:19

**annotations** [1] - 102:22
**ANSWER** [2] - 49:9, 49:12
**answer** [6] - 19:20, 36:15, 36:16, 36:20, 49:21, 87:19
**answered** [2] - 65:7, 89:2, 89:10
**answers** [1] - 36:24
**anti** [1] - 72:20
**anti-IMF** [1] - 72:20
**anticipate** [2] - 45:1, 108:6
**anticipated** [1] - 67:12
**anxiety** [3] - 41:18, 41:20, 42:2
**apart** [1] - 24:11
**APO** [4] - 64:23, 83:21, 83:22, 87:2
**appearance** [1] - 31:18
**APPEARANCES** [1] - 1:11
**appearances** [1] - 43:20
**applying** [1] - 67:4
**approach** [14] - 7:6, 8:12, 9:3, 28:4, 31:2, 33:25, 38:4, 42:13, 57:5, 68:13, 79:1, 80:19, 104:12, 106:10
**approached** [1] - 74:5
**approaching** [1] - 102:14
**area** [11] - 23:12, 23:14, 26:16, 33:4, 59:23, 90:4, 90:8, 90:15, 91:2, 91:9, 96:23
**argument** [1] - 104:18
**arm** [15] - 29:5, 29:6, 29:7, 29:9, 29:10, 30:1, 30:5, 30:6, 63:18, 63:19, 63:20, 64:6, 64:8, 76:22
**arraigned** [2] - 61:8, 61:10, 62:10
**arraignment** [4] - 39:20, 40:8, 62:2, 62:4
**arrest** [7] - 8:25, 14:6, 14:25, 30:15, 38:15, 40:13, 46:13, 46:14, 48:10, 55:16, 58:23, 61:12, 78:2, 83:7, 83:14, 88:21, 92:3
**arrested** [7] - 44:17, 52:8, 54:12, 54:18,

54:23, 79:11, 92:15
**arresting** [2] - 82:16, 83:2
**arrive** [3] - 17:19, 39:1, 68:2
**arrived** [5] - 39:22, 48:14, 48:18, 101:21, 101:23
**Ashburn** [2] - 66:7, 68:5
**aside** [1] - 77:12
**asking..** [1] - 98:10
**asleep** [2] - 37:11, 37:13
**assault** [19] - 40:15, 61:20, 62:1, 83:22, 87:12, 92:19, 93:8, 93:10, 93:12, 97:17, 99:4, 102:7, 102:11, 102:18, 102:19, 103:25
**assaulting** [3] - 40:12, 61:24, 63:11
**assist** [2] - 101:10, 102:8
**Association** [1] - 67:9
**assumed** [1] - 30:15
**assuming** [1] - 22:19
**asthma** [2] - 37:23, 38:21
**attached** [3] - 72:21, 93:2, 93:16
**attack** [1] - 74:15
**attacking** [3] - 75:15, 75:16, 75:19
**attempting** [2] - 34:6, 100:23
**attend** [2] - 46:10, 67:3
**attended** [1] - 18:11
**attending** [1] - 49:9
**attention** [16] - 5:2, 8:9, 55:18, 55:23, 56:1, 56:3, 60:25, 66:22, 72:10, 72:12, 94:10, 103:22, 107:7
**attorney** [2] - 36:17, 36:20
**ATTORNEY** [1] - 1:19
**August** [1] - 109:8
**austerity** [1] - 20:2
**authorized** [1] - 105:19
**Avenue** [3] - 1:23, 86:22, 109:12
**awake** [1] - 28:17
**awoke** [1] - 37:18

**B**

**bachelor's** [1] - 66:13
**backed** [2] - 22:9, 23:2
**background** [3] - 4:21, 15:23, 66:11
**backpack** [1] - 70:24
**backwards** [2] - 96:15, 96:16
**bad** [2] - 4:3
**bandana** [1] - 50:14
**Bank** [7] - 5:12, 5:14, 8:1, 19:8, 19:14, 20:1, 48:7
**banner** [1] - 72:20
**Bar** [1] - 67:9
**barrier** [1] - 22:23
**baseball** [1] - 67:21
**based** [2] - 84:24, 88:20
**baton** [1] - 11:3
**bear** [8] - 25:11, 25:13, 25:16, 25:20, 26:1, 26:4, 53:7, 54:25
**beat** [2] - 41:21, 43:4
**beaten** [2] - 44:17, 77:11
**beating** [1] - 29:15
**became** [1] - 73:19
**becomes** [1] - 96:25
**BEFORE** [1] - 1:9
**began** [3] - 10:3, 10:10, 11:6
**begin** [2] - 11:9, 52:11
**beginning** [2] - 10:1, 73:14
**behind** [2] - 11:17, 53:25
**below** [1] - 89:18
**Ben** [1] - 4:6
**bench** [19] - 7:8, 7:21, 28:4, 28:6, 28:22, 34:2, 34:23, 38:7, 38:24, 42:15, 44:3, 68:15, 69:7, 80:22, 82:1, 104:14, 105:2, 106:12, 106:22
**BENJAMIN** [2] - 2:3, 4:8
**Benjamin** [1] - 4:13
**beside** [1] - 100:20
**best** [3] - 19:10, 79:11, 109:6
**better** [1] - 5:25
**between** [6] - 22:24, 24:6, 44:25, 54:1, 55:4, 73:16
**bicycle** [5] - 21:18, 70:3, 71:18, 74:1, 83:4

**bicycles** [1] - 74:12
**bike** [13] - 70:3, 83:5, 83:7, 94:7, 95:7, 97:14, 100:5, 101:13, 101:14, 101:19, 101:22, 102:5, 102:8
**bikes** [2] - 10:4, 83:11
**BIROS** [2] - 2:3, 4:8
**Biros** [19] - 3:2, 3:4, 3:18, 4:6, 4:7, 4:13, 4:14, 5:6, 7:23, 8:17, 9:14, 9:19, 13:5, 13:14, 14:5, 14:10, 14:19, 15:6, 46:8
**bit** [16] - 5:7, 25:5, 72:1, 87:14, 95:24, 96:3, 96:14, 96:17, 98:9, 98:17, 99:11, 99:17, 100:25, 102:3, 102:6, 103:2
**black** [13] - 50:6, 50:8, 50:10, 50:11, 50:12, 50:13, 50:14, 50:17, 50:20, 50:22, 50:25, 72:20, 97:10
**blanket** [1] - 37:17
**bleeding** [2] - 11:6, 11:8
**block** [7] - 21:16, 21:18, 51:21, 86:4, 89:21, 90:3, 92:20
**Block** [18] - 37:21, 39:2, 39:4, 39:7, 39:11, 39:12, 39:23, 40:5, 40:6, 85:17, 85:18, 86:23, 87:2, 87:5, 87:9, 88:2, 89:18, 90:8
**blood** [2] - 17:10, 74:23
**blows** [7] - 26:13, 29:19, 29:21, 29:24, 59:22, 59:23, 59:24
**blue** [3] - 97:10, 100:5, 100:9
**blue-colored** [1] - 100:5
**blunt** [1] - 88:4
**blurry** [1] - 96:4
**body** [13] - 18:9, 26:13, 26:15, 29:9, 29:21, 30:4, 60:4, 60:9, 60:12, 63:15, 63:20, 64:6, 97:14
**book** [2] - 91:16, 92:5
**booked** [2] - 35:4, 39:24
**booking** [1] - 39:25
**Boston** [1] - 4:22

**bottom** [6] - 20:15, 28:12, 28:13, 90:12, 98:1, 102:23
**boy** [2] - 84:2, 84:3
**break** [6] - 24:20, 43:23, 44:24, 45:5, 65:19, 94:8
**breathed** [1] - 33:9
**brief** [3] - 57:3, 59:10, 62:17
**briefly** [3] - 19:8, 72:17, 79:21
**bright** [2] - 35:21, 37:16
**brighter** [1] - 96:24
**bring** [4] - 17:2, 17:11, 23:3, 23:8
**broke** [2] - 24:19, 25:14
**broken** [8] - 24:25, 33:17, 93:1, 93:10, 93:21, 93:22, 93:23, 94:2
**brought** [5] - 5:10, 17:14, 23:8, 23:11, 67:1
**bruises** [1] - 41:9
**brutality** [1] - 75:10
**budget** [1] - 20:3
**bunch** [1] - 16:15
**burn** [1] - 32:14
**bus** [4] - 42:19, 42:23, 44:9, 44:11
**business** [3] - 47:12, 47:15, 47:22
**button** [2] - 71:14, 97:25
**BY** [16] - 4:10, 7:22, 13:2, 15:12, 29:2, 34:24, 38:25, 44:4, 47:3, 62:23, 66:4, 69:8, 77:23, 79:23, 82:11, 105:3

**C**

**CA** [1] - 1:3
**cafeteria** [2] - 4:1, 4:2
**calm** [1] - 28:3
**camera** [8] - 5:23, 5:24, 5:25, 6:2, 6:4, 6:7, 6:10, 6:19
**cameraman** [1] - 4:25
**cannot** [1] - 95:23
**caps** [1] - 67:21
**car** [2] - 31:10, 31:14
**care** [2] - 16:6, 41:9
**carrying** [11] - 19:5, 20:6, 20:8, 20:9, 20:10, 50:21, 54:10,

72:14, 72:24, 73:10, 78:9
**case** [15] - 7:13, 41:22, 43:4, 43:15, 43:24, 45:6, 46:15, 46:18, 48:19, 82:12, 106:15, 107:1, 107:13, 107:14, 108:17
**cash** [1] - 40:23
**catch** [1] - 102:4
**catching** [1] - 102:2
**Catholic** [2] - 17:7, 17:8
**caught** [1] - 102:7
**caused** [1] - 11:8
**causes** [1] - 32:14
**CDU** [3] - 95:5, 95:6, 106:4
**cell** [9] - 35:18, 35:20, 35:23, 36:2, 37:8, 37:9, 39:20, 40:4, 61:5
**Cell** [9] - 37:21, 39:1, 39:4, 39:7, 39:10, 39:12, 39:23, 40:5, 40:6
**Central** [8] - 37:21, 39:1, 39:4, 39:7, 39:10, 39:22, 40:5, 40:6
**central** [1] - 39:12
**certain** [1] - 14:14
**certificate** [2] - 15:24, 15:25
**CERTIFICATE** [1] - 109:1
**certification** [1] - 59:7
**certify** [1] - 109:4
**chair** [1] - 107:15
**chance** [1] - 108:9
**CHANG** [20] - 1:18, 5:19, 7:5, 7:10, 7:17, 9:12, 10:15, 12:22, 13:2, 14:16, 15:3, 68:12, 68:17, 68:21, 68:24, 75:7, 76:14, 77:23, 79:1, 79:16
**Chang** [1] - 77:21
**Chang)....................... ............** [2] - 2:4, 2:8
**changed** [1] - 103:17
**changes** [3] - 103:6, 103:13, 103:14
**chant** [6] - 20:24, 21:2, 21:5, 21:7, 21:8, 21:10
**chanting** [1] - 20:20, 51:9, 55:8, 55:9, 55:10, 55:11, 55:12,

72:5, 87:16, 87:21, 87:24, 88:2, 88:6
**chants** [2] - 88:5, 88:7
**characterized** [1] - 89:24
**charcoal** [1] - 82:22
**charcoal-colored** [1] - 82:22
**charge** [12] - 40:11, 61:23, 62:12, 62:25, 63:2, 63:5, 64:24, 83:16, 83:19, 83:24, 103:25, 108:15
**charged** [10] - 30:16, 61:19, 62:6, 62:8, 63:9, 63:10, 87:1, 89:1, 93:9, 97:17
**charges** [10] - 14:22, 40:9, 40:10, 40:15, 41:19, 45:14, 61:8, 61:15, 61:17, 61:22
**charging** [1] - 88:12
**Charlottesville** [1] - 68:4
**charts** [1] - 17:9
**chatting** [1] - 69:17
**check** [2] - 59:11, 107:9
**checked** [3] - 37:2, 37:4, 37:6
**chest** [7] - 26:16, 29:19, 29:21, 59:22, 59:23, 60:1, 60:2
**chief** [3] - 33:8, 106:15, 107:1
**CHRISTOPHER** [1] - 1:9
**Chuck** [1] - 50:11
**church** [1] - 49:23
**circle** [8] - 70:22, 71:11, 95:18, 96:12, 97:6, 101:5, 101:19
**circles** [1] - 103:1
**City** [2] - 47:7, 47:9
**city** [2] - 5:2, 17:1
**civil** [1] - 95:6
**claiming** [1] - 58:22
**claims** [1] - 46:17
**clarify** [1] - 87:16
**class** [1] - 5:16
**Classification** [1] - 86:5
**classify** [1] - 87:17
**clear** [8] - 3:6, 95:25, 97:22, 97:25, 99:7, 102:22, 102:25
**Clear** [1] - 71:13
**clearly** [1] - 12:11
**clerk** [2] - 91:15, 92:4
**client** [3] - 3:19, 8:6,

15:9
**clinic** [2] - 17:7, 17:8
**close** [3] - 9:24, 66:25, 102:18
**closed** [1] - 28:8
**closer** [4] - 5:7, 25:5, 48:1, 70:5
**closest** [3] - 28:10, 28:13, 28:16
**closings** [1] - 108:10
**coalesced** [1] - 73:15
**code** [1] - 90:16
**cold** [3] - 17:1, 35:21, 37:16
**college** [5] - 66:18, 66:20, 66:21, 68:4, 68:11
**College** [4] - 4:22, 5:16, 5:24
**color** [6] - 96:23, 96:24, 96:25, 97:3, 97:5, 97:10
**Color** [1] - 96:24
**colored** [4] - 82:22, 97:8, 97:9, 100:5
**Columbia** [1] - 49:11
**COLUMBIA** [2] - 1:1, 1:6
**coming** [4] - 43:3, 43:17, 53:4, 98:25
**commands** [1] - 53:17
**commit** [4] - 30:16, 44:19, 65:3, 102:10
**committing** [2] - 83:17, 83:20
**community** [2] - 16:10, 16:16
**complaint** [1] - 33:8
**complete** [2] - 85:5, 109:6
**completed** [4] - 85:11, 86:11, 86:12, 91:13
**completely** [3] - 7:12, 60:13, 97:25
**complies** [3] - 97:7, 101:6, 101:20
**computer** [3] - 1:25, 85:15, 86:13
**computer-aided** [1] - 1:25
**concept** [1] - 73:17
**concerning** [1] - 88:20
**conduct** [7] - 12:8, 69:17, 83:1, 88:25, 89:4, 89:7, 89:13
**confer** [1] - 62:18
**conference** [21] - 7:7, 7:21, 17:25, 19:1, 28:5, 28:22, 34:1, 34:23, 38:6, 38:24,

42:14, 44:3, 68:14, 69:7, 80:21, 82:1, 104:13, 105:2, 106:11, 106:22, 108:15
**confirm** [2] - 3:7, 27:13
**confused** [1] - 28:2
**connected** [2] - 39:19, 39:20
**connection** [1] - 46:11
**consequence** [1] - 38:14
**consider** [6] - 6:21, 6:24, 43:22, 45:12, 45:15, 46:11
**consideration** [3] - 43:24, 46:17, 87:11
**consistent** [1] - 3:8
**constitutes** [1] - 109:4
**Constitution** [2] - 1:23, 109:12
**Construction** [1] - 47:13
**construction** [1] - 47:16
**construction-type** [1] - 47:16
**consumer** [1] - 5:25
**consumer-grade** [1] - 5:25
**contact** [2] - 15:2, 94:6
**contacted** [1] - 94:9
**context** [1] - 20:25
**continue** [2] - 22:19, 34:25
**continued** [1] - 10:9
**convicted** [2] - 63:7, 65:2, 65:5
**COOPER** [1] - 1:9
**coordinate** [1] - 77:17
**coordinator** [1] - 16:25
**cops** [2] - 70:3
**copy** [4] - 31:1, 56:25, 78:24, 84:8
**corner** [3] - 98:1, 102:23, 103:1
**corral** [2] - 52:11, 77:13
**corralled** [1] - 51:23
**correct** [114] - 3:3, 13:6, 13:13, 13:17, 13:18, 13:21, 14:6, 14:12, 14:14, 24:2, 45:2, 46:24, 47:7, 47:10, 47:11, 47:14, 47:17, 47:19, 47:20, 47:24, 48:7, 48:8, 48:10, 49:17, 49:24,

50:6, 50:7, 50:8, 50:9, 50:14, 50:15, 50:22, 51:2, 51:3, 51:4, 51:5, 51:7, 51:8, 51:11, 51:17, 51:20, 51:25, 52:6, 52:7, 52:9, 52:10, 52:12, 52:14, 52:16, 52:20, 52:22, 52:23, 52:24, 52:25, 53:2, 53:3, 53:5, 53:6, 53:16, 54:2, 54:16, 54:19, 54:20, 54:23, 55:1, 55:3, 55:8, 55:12, 55:14, 55:18, 56:1, 56:4, 56:6, 56:8, 56:9, 56:12, 58:8, 58:11, 58:15, 58:20, 58:21, 59:3, 59:4, 59:5, 59:6, 59:8, 59:9, 59:19, 59:20, 60:14, 60:23, 61:21, 62:7, 62:10, 73:22, 78:2, 78:9, 80:2, 86:7, 86:17, 86:24, 89:15, 90:10, 91:7, 92:20, 92:21, 95:3, 95:4, 103:8, 103:9, 104:2, 104:6, 105:25, 106:1
**Cory** [13] - 46:1, 46:4, 46:6, 81:2, 82:3, 82:4, 82:14, 90:9, 95:16, 97:6, 106:16, 106:25, 107:3
**CORY** [2] - 2:10, 82:9
**cost** [3] - 35:7, 43:19, 44:10
**coughed** [1] - 33:10
**Counsel** [1] - 7:6
**counsel** [7] - 8:15, 14:11, 31:5, 46:2, 80:19, 104:12, 106:10
**countries** [4] - 19:15, 19:18, 19:25, 20:2
**couple** [2] - 20:1, 21:19, 45:24, 46:10
**course** [2] - 86:6, 90:20
**COURT** [140] - 1:1, 3:2, 3:5, 3:14, 3:17, 3:20, 3:24, 4:3, 4:7, 5:6, 5:20, 7:6, 7:9, 7:18, 7:20, 8:16, 9:4, 9:7, 9:11, 9:13, 10:16, 12:24, 14:17, 15:4, 15:6, 19:6, 19:12, 19:21, 22:3, 25:4, 25:8, 27:13, 28:9,

28:12, 28:15, 28:18, 28:20, 28:23, 30:23, 31:3, 31:23, 31:25, 33:15, 33:24, 34:3, 34:12, 34:19, 34:21, 38:2, 38:5, 38:8, 38:18, 38:23, 39:16, 41:14, 42:13, 42:16, 42:21, 42:25, 43:8, 43:18, 43:22, 44:22, 45:4, 45:10, 45:19, 45:22, 47:1, 47:25, 48:3, 57:4, 57:8, 57:15, 62:16, 62:20, 64:3, 65:7, 65:9, 65:12, 65:15, 65:18, 65:21, 65:23, 65:25, 68:13, 68:16, 68:20, 68:22, 69:4, 70:12, 75:8, 76:7, 76:9, 76:16, 77:2, 77:21, 79:2, 79:6, 79:17, 80:7, 80:13, 80:16, 80:18, 80:20, 80:25, 81:6, 81:11, 81:13, 81:19, 81:23, 81:25, 82:4, 82:6, 82:8, 84:12, 85:10, 85:20, 85:25, 89:11, 103:19, 103:21, 104:8, 104:12, 104:15, 104:23, 106:10, 106:13, 106:16, 106:23, 107:2, 107:5, 107:19, 107:23, 108:1, 108:6, 108:9, 108:13, 108:20, 108:22, 109:1
**Court** [5] - 1:21, 1:22, 104:17, 104:19, 109:10
**court** [17] - 39:19, 39:21, 40:6, 40:7, 40:14, 40:19, 41:4, 42:10, 43:7, 43:20, 44:6, 44:8, 46:10, 56:7, 58:11, 107:9
**Court's** [2] - 14:16, 38:2
**Courthouse** [2] - 1:22, 109:11
**courtroom** [5] - 3:23, 40:7, 45:9, 82:19, 107:18
**COURTROOM** [2] - 84:15, 84:18
**covered** [1] - 84:17
**created** [1] - 51:6
**credibility** [1] - 7:16

**Crime** [3] - 87:7, 87:20, 89:3
**crime** [11] - 30:16, 41:20, 62:7, 62:9, 62:10, 62:12, 87:6, 87:13, 87:18, 88:13, 89:14
**crimes** [1] - 44:20
**cross** [9] - 43:9, 44:25, 45:25, 62:24, 63:14, 64:9, 79:24, 81:9, 104:24
**CROSS** [3] - 13:1, 47:2, 77:22
**cross-examination** [5] - 44:25, 45:25, 62:24, 63:14, 64:9
**CROSS-EXAMINATION** [3] - 13:1, 47:2, 77:22
**cross-examine** [1] - 81:9
**crowd** [9] - 10:13, 12:10, 13:19, 53:8, 54:12, 54:22, 54:24, 94:13, 94:15
**CRR** [3] - 1:21, 109:3, 109:10
**culminated** [1] - 45:16
**curative** [1] - 43:12
**curb** [7] - 30:9, 30:10, 30:12, 55:23, 60:15, 77:13, 102:13
**curriculum** [1] - 16:4
**custody** [4] - 92:2, 92:17, 100:23, 104:9
**cut** [2] - 32:12, 94:16
**cuts** [1] - 20:3

### D

**D.C** [25] - 1:4, 5:4, 5:10, 17:13, 17:14, 17:16, 17:19, 17:23, 18:11, 19:18, 21:5, 42:10, 44:5, 44:8, 44:18, 46:10, 48:6, 48:9, 49:7, 66:24, 67:1, 68:2, 68:6, 69:25, 86:22
**damaged** [1] - 32:13
**damages** [7] - 38:14, 38:18, 38:20, 42:21, 42:22, 45:13, 46:12
**dark** [4] - 82:22, 97:8, 97:9, 97:10
**dark-colored** [2] - 97:8, 97:9
**date** [4] - 31:15, 85:17, 86:6, 86:7

**Dated** [1] - 109:8
**day-to-day** [1] - 82:7
**days** [2] - 48:12, 66:10
**daytime** [1] - 8:3
**DC** [5] - 1:13, 1:16, 1:20, 1:23, 109:12
**deal** [3] - 19:17, 20:2, 42:2
**deals** [3] - 19:14, 19:25, 21:5
**decide** [3] - 12:1, 33:19, 45:14
**decline** [1] - 34:11
**defendant** [3] - 81:10, 81:20, 82:12
**Defendants** [2] - 1:7, 1:18
**defendants** [1] - 81:8
**defendants'** [1] - 107:1
**defense** [3] - 8:14, 108:2, 108:6
**definitely** [2] - 29:21, 54:9
**definitive** [1] - 16:6
**degree** [2] - 4:23, 66:13
**delegates** [3] - 18:25, 19:9, 19:17
**delegates'** [1] - 18:24
**demonstrate** [1] - 18:2
**Demonstration** [2] - 89:20, 89:21
**demonstration** [3] - 89:23, 93:15, 95:2
**Department** [2] - 84:25, 86:17
**department** [1] - 74:1
**deploy** [1] - 105:10
**deployed** [1] - 91:1
**deposition** [13] - 48:19, 48:23, 49:3, 56:10, 56:14, 56:24, 57:1, 57:6, 57:12, 58:3, 58:4, 64:10, 64:14
**DEPUTY** [2] - 84:15, 84:18
**deputy** [1] - 84:16
**describe** [9] - 10:2, 14:21, 20:13, 25:16, 27:16, 29:18, 39:10, 72:17, 99:25
**described** [5] - 52:18, 91:11, 91:22, 92:18, 93:25
**description** [1] - 87:20
**designed** [1] - 67:7
**destination** [1] - 105:13

**detail** [2] - 87:14, 95:5
**detective** [4] - 36:3, 36:4, 36:7, 36:24
**detective's** [1] - 36:2
**determination** [1] - 41:21
**determined** [3] - 43:4, 43:14, 55:25
**development** [1] - 19:15
**different** [4] - 16:15, 19:15, 19:17, 19:18
**dire** [1] - 46:3
**DIRECT** [4] - 4:9, 15:11, 66:3, 82:10
**direct** [6] - 15:2, 44:25, 81:8, 85:16, 86:4, 94:10
**directed** [3] - 67:16, 88:14, 89:5
**directing** [2] - 21:10, 90:3
**direction** [2] - 23:11, 27:7
**directly** [6] - 23:18, 23:20, 53:25, 54:2, 88:7, 101:14
**disagreed** [1] - 37:5
**discuss** [1] - 107:13
**discussed** [1] - 108:7
**dismiss** [1] - 106:16
**dismounted** [2] - 101:22, 102:7
**dismounting** [1] - 101:12
**Disorderly** [2] - 89:20, 89:21
**disorderly** [3] - 89:23, 90:1, 90:2
**disperse** [1] - 94:15
**dispersement** [1] - 94:13
**distance** [1] - 14:14
**distinct** [1] - 105:13
**DISTRICT** [4] - 1:1, 1:1, 1:6, 1:10
**district** [7] - 35:13, 35:14, 35:17, 41:2, 61:4, 61:14, 106:4
**District** [18] - 38:13, 43:3, 49:10, 55:25, 86:18, 86:19, 86:20, 86:21, 86:23, 90:23, 90:24, 90:25, 91:1, 91:5, 91:14, 104:21, 105:11, 106:7
**disturbance** [1] - 95:6
**doctor** [14] - 33:11, 33:13, 34:6, 34:7, 34:8, 56:5, 56:15,

56:19, 57:19, 57:22, 58:17, 58:18, 81:21
**doctor's** [1] - 34:8
**document** [3] - 57:16, 79:5, 85:2
**documentary** [1] - 5:16
**dog** [1] - 4:19
**done** [6] - 9:15, 25:23, 53:1, 57:10, 79:4, 100:23
**door** [2] - 43:2, 43:8
**double** [1] - 105:20
**double-shift** [1] - 105:20
**down** [40] - 5:10, 10:18, 13:21, 17:21, 17:23, 23:3, 23:5, 23:7, 23:8, 23:9, 23:11, 25:11, 25:12, 25:24, 26:5, 37:10, 43:11, 51:17, 51:24, 52:22, 53:4, 53:13, 53:21, 60:7, 70:1, 72:5, 72:8, 74:11, 74:23, 77:15, 78:11, 78:12, 78:13, 79:9, 81:6, 87:12, 90:3, 90:12, 94:6, 101:11
**downtown** [2] - 37:21, 39:12
**downward** [1] - 10:20
**dozen** [3] - 73:20, 79:15
**draw** [1] - 66:22
**drawing** [1] - 103:22
**drawn** [2] - 72:10, 72:12
**drop** [1] - 78:14
**dropped** [3] - 62:5, 80:1, 80:4
**dropping** [1] - 78:20
**drops** [3] - 75:21, 75:22, 76:1
**drove** [1] - 68:5
**drug** [2] - 16:17, 16:19
**during** [23] - 6:6, 8:1, 8:4, 16:25, 18:19, 20:6, 20:20, 20:22, 46:2, 47:18, 51:14, 51:19, 52:8, 52:21, 56:10, 56:14, 56:24, 60:16, 65:19, 75:25, 87:21, 94:12, 106:25
**duties** [1] - 16:15
**DVD** [4] - 8:19, 8:20, 8:22, 8:24

### E

**early** [1] - 44:24

**easier** [1] - 97:4
**easy** [1] - 44:12
**educational** [3] - 4:21, 15:23, 66:11
**effect** [1] - 34:16
**eight** [1] - 51:2
**either** [2] - 44:9, 58:8
**elbow** [4] - 75:2, 75:21, 75:22, 75:25
**elbows** [1] - 11:4
**elicit** [1] - 34:6
**emergency** [1] - 15:25
**Emerson** [3] - 4:22, 5:16, 5:24
**emotional** [4] - 41:11, 41:12, 58:19, 58:23
**employed** [5] - 4:18, 4:24, 16:7, 16:9, 47:19
**employer** [1] - 16:11
**EMT** [1] - 59:7
**encounters** [1] - 18:14
**encouraged** [3] - 33:20, 34:11, 35:2
**end** [20] - 7:21, 21:15, 21:17, 22:21, 23:10, 23:23, 28:22, 34:23, 35:25, 36:1, 38:24, 44:3, 52:13, 69:7, 77:16, 82:1, 105:2, 105:15, 105:17, 106:22
**ended** [1] - 21:16
**entered** [1] - 9:13
**enters** [1] - 3:23
**equipment** [1] - 6:3
**erase** [2] - 96:21, 97:1, 97:23
**Erase** [1] - 97:23
**escorted** [2] - 51:13, 51:15
**escorting** [1] - 52:4
**especially** [1] - 33:9
**ESQ** [4] - 1:12, 1:15, 1:18, 1:18
**essentially** [1] - 104:21
**estimate** [2] - 73:12, 73:16
**et** [1] - 1:6
**evening** [7] - 48:10, 50:6, 50:17, 54:19, 59:14, 73:20, 107:15
**event** [8] - 84:24, 85:14, 86:6, 87:17, 89:8, 89:15
**Event** [1] - 86:5
**events** [2] - 8:4, 78:18
**eventually** [1] - 30:1
**evidence** [16] - 9:6,

9:10, 30:24, 31:22,
38:8, 46:12, 70:11,
90:18, 91:12, 91:16,
91:22, 103:23,
103:24, 104:17,
104:20, 105:6
**exact** [1] - 39:13
**exactly** [7] - 56:13,
57:11, 70:20, 92:8,
94:5, 104:25
**EXAMINATION** [9] -
4:9, 13:1, 15:11,
47:2, 62:22, 66:3,
77:22, 79:22, 82:10
**examination** [6] -
44:25, 45:25, 62:24,
63:14, 64:9, 79:25
**examine** [1] - 81:9
**examining** [1] - 106:14
**excluded** [1] - 38:8
**excuse** [2] - 105:24,
107:8
**excused** [6] - 15:7,
80:8, 80:11, 80:14,
80:15, 107:3
**exhibit** [2] - 8:13,
85:24
**Exhibit** [37] - 8:14,
8:18, 9:10, 9:13,
31:9, 31:11, 31:12,
31:13, 32:2, 70:11,
84:6, 84:10, 84:21,
85:7, 85:11, 85:12,
86:24, 87:3, 87:5,
87:10, 88:3, 88:13,
88:24, 89:4, 89:8,
89:13, 90:4, 91:13,
91:22, 92:1, 94:1,
94:11, 95:14, 95:15,
95:21, 102:20,
103:23
**Exhibits** [3] - 31:7,
31:8, 31:21
**exits** [2] - 45:9, 107:18
**expect** [2] - 81:16,
107:20
**expected** [1] - 67:12
**expenses** [1] - 46:13
**experience** [2] - 39:19,
41:25
**experiencing** [1] -
42:3
**expert** [2] - 81:15,
107:21
**explain** [4] - 19:8,
63:22, 64:11, 87:14
**exposure** [1] - 67:5
**expressing** [2] - 72:8,
73:17
**extent** [3] - 3:9, 39:17,

39:18
**Eye** [1] - 1:13
**eye** [3] - 6:11, 28:18,
28:20
**eyes** [1] - 28:8
**eyewitness** [2] - 7:11

**F**

**face** [3] - 27:12, 60:11,
74:19
**facility** [1] - 4:19
**facing** [1] - 41:18
**fact** [6] - 34:17, 43:16,
57:19, 60:22, 82:14,
86:23
**fair** [4] - 3:11, 34:19,
34:21, 89:2
**Fairfax** [1] - 66:8
**fall** [1] - 37:11
**falling** [1] - 37:13
**false** [1] - 38:15
**family** [4] - 47:10,
47:11, 47:12, 47:22
**family's** [1] - 47:15
**far** [3] - 22:10, 71:20,
103:1
**fast** [1] - 23:9
**faster** [3] - 34:15,
34:18, 35:3
**Featherstone** [4] -
46:19, 47:25, 85:22,
106:23
**FEATHERSTONE** [45]
- 1:18, 3:15, 22:2,
31:24, 33:14, 33:22,
34:5, 34:20, 34:22,
37:24, 38:1, 38:11,
39:15, 41:13, 42:12,
43:1, 43:10, 44:2,
45:3, 45:18, 46:25,
47:3, 48:2, 48:4,
57:3, 57:5, 59:10,
62:14, 65:6, 65:8,
70:13, 84:8, 85:9,
85:19, 85:23, 89:9,
104:7, 104:10,
104:16, 106:14,
106:20, 106:24,
108:8, 108:11,
108:19
**Featherstone)..........**
**................** [1] - 2:6
**feelings** [2] - 6:25,
42:5
**feet** [8] - 6:11, 9:25,
11:24, 22:11, 24:11,
51:2, 71:22, 102:21
**fell** [1] - 70:7
**felony** [20] - 40:12,

61:23, 62:25, 63:1,
63:2, 63:5, 63:7,
63:9, 63:11, 63:12,
64:23, 65:2, 65:3,
65:5, 83:21, 83:22,
87:2, 93:8, 97:17,
103:25
**felt** [7] - 26:10, 26:13,
41:18, 42:1, 53:7,
59:24
**few** [5] - 30:11, 54:16,
59:19, 70:3, 100:19
**field** [2] - 16:9, 16:10
**fight** [2] - 41:21, 43:15
**filed** [2] - 14:22, 104:1
**film** [5] - 4:22, 4:24,
5:15, 5:21, 7:25
**filmed** [4] - 7:15, 8:2,
9:19, 9:22
**filming** [8] - 5:17,
5:23, 6:9, 6:12, 6:20,
6:23, 7:24, 10:9
**filmmaker** [1] - 4:20
**filmmaking** [1] - 7:1
**final** [1] - 44:15
**finder** [1] - 4:24
**fine** [4] - 69:4, 76:10,
81:13, 97:1
**finger** [2] - 70:22,
71:11
**fingerprints** [1] - 40:1
**finish** [1] - 73:3
**firm** [1] - 66:8
**first** [38] - 3:2, 3:4, 4:4,
4:5, 8:6, 8:7, 9:7,
13:14, 14:1, 14:7,
14:8, 16:4, 21:18,
24:9, 30:24, 31:5,
34:7, 36:13, 36:21,
36:25, 37:2, 39:22,
46:1, 56:23, 58:10,
69:11, 69:12, 71:13,
74:19, 75:14, 86:4,
93:4, 93:10, 93:19,
96:7, 99:2, 99:18
**First** [3] - 15:25, 16:2,
67:11
**fists** [1] - 11:3
**fit** [1] - 108:15
**five** [1] - 85:13
**flag** [35] - 12:6, 12:13,
20:10, 20:13, 20:14,
22:12, 22:17, 22:21,
23:3, 23:5, 24:17,
50:24, 51:1, 51:4,
52:16, 52:18, 52:22,
53:4, 53:22, 54:10,
72:16, 72:17, 72:18,
72:19, 72:23, 72:25,
73:6, 73:9, 78:9,

79:9, 79:25, 80:4,
93:1, 93:15
**flags** [3] - 20:9, 51:6,
71:2
**flash** [1] - 77:1
**flat** [1] - 60:13
**flips** [1] - 6:18
**flood** [1] - 77:1
**focused** [1] - 69:16
**focusing** [1] - 10:9
**folks** [1] - 65:18
**follow** [1] - 6:17
**followed** [1] - 21:19
**following** [12] - 7:7,
28:5, 34:1, 38:6,
42:14, 51:16, 68:14,
80:21, 104:13,
105:18, 105:21,
106:11
**foot** [2] - 21:20, 83:4
**FOR** [1] - 1:1
**force** [1] - 77:14
**forceful** [1] - 25:18
**forcefully** [1] - 105:7
**foregoing** [1] - 109:8
**forehead** [4] - 11:7,
11:9, 90:19
**form** [7] - 85:3, 86:8,
86:11, 86:17, 90:6,
90:13, 94:19
**formed** [4] - 70:1,
71:4, 72:2, 72:3
**forth** [1] - 45:12
**forward** [7] - 72:5,
96:13, 96:14, 96:16,
98:2, 99:16, 103:3
**foundation** [2] - 41:14,
85:21
**four** [4] - 20:9, 36:12,
73:20, 79:15
**Fourth** [1] - 1:19
**fourth** [1] - 36:16
**frame** [4] - 95:21,
99:23, 99:24, 100:12
**free** [5] - 17:7, 17:8,
64:21, 65:19, 79:7
**Freedom** [1] - 94:15
**freelance** [1] - 4:20
**freely** [1] - 51:24
**Friday** [6] - 8:3, 8:4,
17:20, 17:21, 48:14,
68:5
**friend** [2] - 42:6, 42:8
**friends** [3] - 41:24,
42:4, 42:9
**front** [16] - 23:17,
23:18, 23:20, 27:7,
53:1, 53:5, 53:6,
53:12, 53:15, 54:2,
59:23, 60:4, 70:1,

74:5, 84:20, 95:17
**frustrated** [1] - 37:7
**Fuck** [1] - 88:6
**full** [1] - 109:5
**fun** [1] - 67:5
**Fund** [2] - 19:13, 95:2

**G**

**gear** [1] - 67:19
**GED** [1] - 15:24
**general** [2] - 69:16,
88:11
**GENERAL/DC** [1] -
1:19
**generally** [1] - 67:17
**gentlemen** [5] - 3:24,
28:23, 44:23, 45:24,
107:6
**George** [1] - 99:11
**gestures** [1] - 63:21
**given** [3] - 40:3, 43:13,
44:25
**global** [1] - 18:6
**government** [1] - 45:1
**grab** [1] - 65:17
**grabbed** [7] - 10:18,
24:5, 53:13, 54:7,
69:14, 74:6, 74:13
**grade** [1] - 5:25
**graduate** [1] - 66:15
**graduated** [1] - 66:17
**gray** [1] - 82:22
**great** [2] - 46:19, 99:7
**Greece** [2] - 21:4, 21:6
**green** [2] - 67:21,
70:23
**grew** [2] - 47:6, 47:8
**grip** [1] - 24:11
**ground** [55] - 10:14,
10:17, 10:21, 10:22,
11:1, 11:11, 11:15,
11:19, 12:9, 13:16,
14:2, 26:5, 26:6,
26:8, 26:9, 26:12,
26:21, 26:25, 27:5,
27:21, 54:12, 54:25,
59:21, 60:7, 60:11,
60:12, 60:13, 63:15,
63:17, 64:5, 69:15,
69:20, 69:22, 73:22,
73:24, 74:2, 74:4,
74:7, 74:9, 74:17,
74:18, 75:13, 76:20,
77:4, 78:15, 92:9,
92:14, 93:5, 93:7,
100:8, 100:11,
101:8, 101:14, 103:8
**group** [10] - 50:3,
52:14, 52:15, 74:5,

87:17, 88:6, 92:23,
92:24, 92:25, 93:16
**guess** [7] - 19:16,
41:23, 62:4, 67:10,
72:7, 73:14, 77:15
**Guild** [1] - 67:8
**guy** [1] - 70:23

## H

**half** [5] - 92:18, 92:22,
93:1, 93:4, 93:15
**hand** [19] - 8:13,
13:18, 22:21, 24:6,
24:7, 27:11, 27:14,
27:17, 27:18, 63:23,
63:24, 66:1, 76:20,
76:21, 76:24, 77:4,
77:5, 98:1, 102:23
**handcuffs** [5] - 29:15,
30:7, 30:8, 31:10,
77:12
**handed** [3] - 8:17,
8:18, 31:6
**handing** [1] - 23:5
**hands** [10] - 10:20,
11:16, 24:6, 24:7,
24:10, 24:12, 24:14,
63:16, 76:18
**hanging** [1] - 69:17
**happy** [1] - 41:17
**hard** [3] - 44:14, 95:18,
97:13
**harm** [1] - 18:6
**hat** [1] - 70:23
**Hate** [3] - 87:6, 87:19,
89:3
**hate** [9] - 62:7, 62:9,
62:10, 62:12, 87:6,
87:13, 87:17, 88:13,
89:14
**head** [17] - 26:13,
27:5, 27:16, 27:18,
32:5, 53:22, 72:13,
72:14, 74:23, 75:1,
75:3, 75:15, 75:19,
75:20, 90:17, 102:3
**headquarters** [1] -
19:2
**health** [1] - 16:10
**hear** [8] - 5:8, 19:2,
27:20, 36:6, 74:10,
88:1, 88:14
**heard** [8] - 21:22, 22:5,
22:7, 22:25, 46:7,
67:2, 74:12, 76:5
**hearing** [13] - 3:13,
7:8, 28:6, 33:19,
33:20, 34:2, 38:7,
42:15, 68:15, 80:22,

104:14, 106:12,
108:24
**held** [13] - 7:7, 28:5,
34:1, 38:6, 42:14,
44:18, 63:18, 63:19,
64:6, 68:14, 80:21,
104:13, 106:11
**HELD** [1] - 1:9
**helmet** [11] - 94:7,
94:9, 97:8, 97:12,
97:14, 100:6, 100:9,
101:3, 104:5, 104:9,
105:6
**helmets** [2] - 71:18,
74:1
**help** [5] - 16:19, 16:20,
57:1, 64:1, 95:19
**helping** [1] - 16:16
**helpless** [1] - 26:10
**hereby** [1] - 109:3
**hi** [1] - 66:7
**high** [1] - 6:9
**higher** [2] - 6:1, 63:6
**higher-quality** [1] - 6:1
**highlighter** [1] - 97:5
**hindrance** [1] - 6:7
**hired** [1] - 67:13
**hit** [11] - 11:13, 26:21,
60:2, 71:13, 73:10,
96:21, 96:22, 97:22,
97:24, 102:25
**hold** [3] - 23:23, 33:24,
76:7
**holding** [7] - 6:10,
22:14, 24:4, 24:10,
52:16, 72:24
**home** [4] - 41:6, 41:7,
47:21, 68:5
**homeless** [2] - 16:16,
17:1
**Honor** [54] - 3:12,
3:15, 3:16, 7:10,
8:12, 9:2, 9:9, 9:12,
15:3, 15:5, 28:4,
29:1, 31:2, 31:21,
33:23, 38:1, 38:4,
42:12, 43:1, 45:3,
45:17, 45:18, 46:25,
48:2, 48:5, 57:3,
57:6, 59:10, 62:15,
62:19, 65:8, 65:10,
65:11, 68:12, 68:18,
79:1, 79:16, 80:10,
80:19, 80:23, 81:14,
82:2, 85:19, 89:9,
104:7, 104:10,
106:20, 106:24,
107:22, 108:5,
108:8, 108:12,
108:19, 108:21

**HONORABLE** [1] - 1:9
**hooded** [1] - 50:12
**hoodie** [1] - 70:24
**hopefully** [2] - 81:17,
95:25
**hoping** [2] - 5:13, 18:7
**hospital** [7] - 33:3,
33:4, 35:3, 35:12,
38:15, 64:20, 64:22
**Hospital** [5] - 30:19,
32:25, 33:1, 90:21,
91:6
**hostile** [1] - 81:8
**hotels** [1] - 18:24
**hour** [3] - 16:5, 37:12,
108:16
**hours** [8] - 21:14,
35:24, 35:25, 36:1,
59:13, 59:16,
105:23, 106:3
**housed** [1] - 17:2
**hug** [8] - 25:11, 25:13,
25:16, 25:20, 26:1,
26:4, 53:7, 54:25
**hungry** [1] - 35:22
**hurt** [2] - 26:19, 32:20

## I

**ice** [1] - 41:9
**idea** [3] - 50:2, 63:2,
64:18
**identification** [1] -
82:25
**identified** [5] - 32:2,
69:13, 84:7, 84:21,
90:5
**identify** [5] - 3:9,
67:21, 81:5, 95:22,
96:1
**identifying** [1] - 84:10
**illegal** [1] - 25:23
**image** [4] - 70:15,
70:19, 70:21, 71:1
**images** [1] - 95:18
**IMF** [15] - 5:11, 5:14,
17:15, 17:17, 17:25,
18:5, 19:4, 19:8,
19:25, 20:14, 20:16,
21:4, 51:6, 72:20,
95:1
**immediate** [1] - 101:7
**immediately** [10] -
24:19, 25:11, 26:7,
30:7, 66:18, 74:11,
93:12, 101:10, 102:1
**impartial** [1] - 67:10
**importance** [1] - 6:15
**important** [1] - 18:3
**impression** [1] - 34:4

**improvement** [1] -
82:7
**IN** [2] - 1:1, 4:2
**inch** [1] - 6:19
**incident** [12] - 12:18,
13:6, 47:18, 49:17,
55:13, 59:5, 59:8,
77:9, 84:24, 88:20,
89:16, 105:24
**incident-based** [2] -
84:24, 88:20
**includes** [1] - 13:8
**incorrect** [2] - 48:11,
61:22
**incurred** [1] - 46:14
**independent** [3] -
45:7, 67:18, 107:13
**indicate** [1] - 27:12
**indicated** [7] - 24:10,
58:7, 60:16, 85:2,
87:2, 89:3, 89:14
**indication** [1] - 70:6
**indulgence** [3] -
14:16, 57:3, 59:10
**inform** [1] - 108:2
**information** [2] - 13:8,
90:6
**inhaler** [2] - 38:9,
38:13, 38:19
**initial** [1] - 52:21
**initials** [2] - 8:19, 8:21
**initiative** [1] - 16:25
**injured** [1] - 77:7
**injuries** [11] - 11:5,
12:16, 41:8, 41:12,
57:20, 57:24, 58:19,
58:23, 74:20, 74:22
**injury** [1] - 90:16
**insert** [1] - 90:6
**instance** [1] - 75:9
**instruction** [2] - 43:12,
43:23
**instructions** [2] -
107:12, 108:13
**insurance** [2] - 35:8,
56:12
**intact** [1] - 93:21
**intake** [2] - 17:7, 17:9
**interaction** [1] - 32:17
**interested** [1] - 7:1
**International** [3] -
19:13, 20:16, 95:2
**interrupt** [1] - 19:6
**interruption** [2] - 76:8,
76:25
**intervening** [1] - 98:23
**introduce** [2] - 4:11,
66:5
**involve** [1] - 39:25
**involved** [1] - 55:14

**involvement** [1] -
67:11
**irrelevant** [1] - 7:12
**isolated** [1] - 42:1
**item** [1] - 91:14
**itself** [1] - 73:14

## J

**jacket** [2] - 50:13,
82:22
**jail** [3] - 35:10, 39:12,
39:20
**January** [1] - 48:21
**JEFFREY** [2] - 1:12,
1:12
**job** [1] - 16:15
**judge** [2] - 61:2, 61:10
**JUDGE** [1] - 1:10
**July** [1] - 1:4
**junior** [1] - 66:21
**JUROR** [1] - 77:1
**Juror** [1] - 76:9
**jurors** [3] - 19:7, 28:8,
46:6
**JURY** [2] - 1:9, 4:2
**jury** [30] - 3:11, 3:17,
3:23, 4:12, 7:8, 9:8,
14:11, 20:13, 28:6,
31:22, 34:2, 38:7,
39:10, 42:15, 43:6,
43:11, 43:13, 45:9,
66:6, 68:15, 80:22,
84:12, 84:13, 86:1,
104:14, 106:12,
106:18, 107:9,
107:18, 108:17
**justice** [1] - 5:16

## K

**keep** [6] - 25:4, 28:18,
28:20, 38:2, 47:25,
98:20
**KERSLYN** [1] - 1:18
**kind** [11] - 5:23, 42:1,
43:12, 58:14, 67:5,
67:7, 71:4, 73:15,
76:20, 77:15, 96:4
**kinds** [1] - 67:10
**knee** [1] - 24:21
**knock** [1] - 106:17
**knowing** [1] - 41:24
**knowledge** [4] - 52:1,
52:3, 55:15, 79:12
**knows** [1] - 104:23

## L

**laceration** [7] - 32:6,
32:7, 32:10, 32:12,

32:16, 32:19, 32:22
**lack** [1] - 56:12
**ladies** [5] - 3:24,
28:23, 44:23, 45:24,
107:6
**laid** [1] - 37:10
**landed** [2] - 26:6,
74:17
**lapels** [1] - 74:6
**large** [3] - 35:18, 51:4,
61:5
**last** [3] - 21:13, 59:19,
105:4
**lasted** [2] - 54:16,
59:13
**lasting** [1] - 29:24
**LAW** [1] - 1:12
**law** [5] - 66:8, 66:13,
66:18, 67:4, 78:6
**Law** [2] - 66:14, 66:16
**lawyer** [6] - 30:13,
30:14, 30:17, 60:17,
78:4
**Lawyers** [1] - 67:8
**lay** [1] - 41:14
**layer** [1] - 32:13
**laying** [4] - 60:6, 60:8,
60:13, 64:5
**leading** [1] - 41:13
**learned** [1] - 61:25
**least** [5] - 46:10,
49:16, 55:2, 55:5,
55:8
**leave** [2] - 24:3,
107:14
**led** [1] - 83:2
**left** [18] - 23:20, 35:12,
40:5, 58:5, 59:24,
63:19, 63:23, 63:24,
64:6, 71:2, 91:24,
96:23, 98:1, 100:20,
101:16, 102:23,
103:7, 103:12
**left-hand** [2] - 98:1,
102:23
**legal** [14] - 67:3, 67:5,
67:6, 67:7, 67:9,
67:13, 67:17, 67:19,
67:20, 67:21, 67:24,
69:1, 77:18, 78:1
**length** [1] - 92:19
**less** [6] - 49:12, 49:16,
49:18, 49:20, 75:5,
75:23
**lettering** [1] - 50:25
**level** [1] - 6:11
**light** [7] - 4:4, 25:4,
28:25, 34:12, 65:15,
79:18, 80:16
**LIGHT** [66] - 1:12,

1:12, 3:4, 3:12, 4:5,
4:10, 7:14, 7:19,
7:22, 8:12, 9:2, 9:5,
9:9, 10:19, 12:25,
15:5, 15:8, 15:12,
24:9, 25:7, 27:10,
27:15, 28:4, 28:7,
28:10, 28:13, 28:16,
28:19, 28:21, 29:1,
29:2, 30:21, 30:25,
31:4, 31:21, 34:13,
34:24, 38:4, 38:12,
38:22, 38:25, 42:18,
42:22, 43:21, 44:1,
44:4, 44:21, 45:17,
62:18, 62:23, 64:2,
65:10, 65:16, 66:4,
68:25, 69:6, 69:8,
70:9, 70:14, 77:20,
79:21, 79:23, 80:6,
80:10, 80:15, 80:17
**Light)**.........................
.......... [5] - 2:3, 2:5,
2:6, 2:8, 2:9
**limine** [1] - 104:19
**limited** [2] - 81:4, 81:8
**line** [5] - 43:18, 69:25,
72:2, 72:3, 74:11
**Line** [1] - 49:5
**lined** [1] - 70:5
**Lisa** [1] - 1:21
**LISA** [1] - 109:3
**listed** [2] - 91:10,
94:12
**live** [4] - 4:16, 4:17,
15:18, 66:7
**lived** [1] - 15:20
**lives** [1] - 47:10
**Loan** [1] - 20:16
**loans** [1] - 19:15
**located** [3] - 75:14,
86:19, 94:14
**location** [1] - 70:17
**logo** [1] - 72:21
**look** [1] - 79:3
**looked** [4] - 20:13,
72:18, 74:6, 75:21
**looking** [7] - 16:22,
57:11, 95:16, 95:21,
97:13, 101:15, 103:8
**looks** [2] - 28:16,
31:13
**Los** [2] - 4:17, 5:1
**lose** [1] - 63:7
**lost** [1] - 41:2
**LOUIS** [1] - 1:12
**LOUISE** [1] - 1:15
**lowered** [1] - 22:20
**lunch** [2] - 3:25,
108:16

**M**

**ma'am** [9] - 82:15,
83:5, 83:23, 86:9,
86:25, 90:11, 91:4,
95:9, 106:8
**main** [2] - 39:12, 64:18
**majority** [1] - 50:16
**manage** [1] - 30:1
**march** [27] - 8:3, 8:10,
17:24, 18:3, 18:8,
18:12, 18:19, 20:5,
20:6, 21:13, 21:16,
21:17, 22:13, 22:14,
22:16, 22:19, 49:9,
49:11, 59:13, 59:19,
71:7, 73:13, 73:14,
73:19, 79:15, 87:21
**marches** [2] - 18:11,
18:14
**marching** [6] - 18:21,
18:22, 50:17, 51:24,
69:24, 72:8
**mark** [1] - 84:6
**marked** [4] - 8:13,
8:17, 31:7, 84:21
**mass** [2] - 70:7, 71:3
**matter** [1] - 46:7
**matters** [1] - 45:24
**Max** [2] - 65:16, 66:7
**MAX** [2] - 2:7, 66:2
**mean** [16] - 10:11,
13:19, 16:3, 23:8,
63:13, 68:18, 72:12,
74:14, 74:15, 78:12,
89:22, 90:23, 94:13,
100:13, 100:16,
105:24
**means** [1] - 16:5
**meant** [5] - 32:10,
63:1, 63:2, 63:4,
67:6
**measures** [1] - 20:3
**mechanical** [1] - 1:25
**medical** [10] - 16:1,
35:8, 55:17, 55:23,
55:25, 56:3, 56:12,
60:22, 60:24, 64:10
**meet** [1] - 46:2
**meeting** [2] - 8:1, 19:1
**meetings** [1] - 19:19
**member** [2] - 90:25,
91:1
**members** [1] - 73:25
**memory** [1] - 57:17
**mental** [2] - 41:15,
41:17
**mention** [4] - 78:20,
79:8, 79:24, 79:25
**mentioned** [1] - 14:19

**mentioning** [1] - 58:10
**merely** [1] - 6:23
**mess** [1] - 80:25
**met** [2] - 13:11, 68:8
**Metropolitan** [2] -
84:25, 86:16
**mic** [1] - 25:5
**microphone** [2] - 5:7,
48:1
**mid** [1] - 24:22
**mid-air** [1] - 24:22
**might** [1] - 65:4
**Miller** [3] - 4:4, 82:8,
103:19
**MILLER** [42] - 1:15,
3:16, 3:19, 79:19,
80:19, 80:23, 81:1,
81:7, 81:12, 81:14,
81:22, 82:2, 82:11,
82:24, 84:9, 84:13,
84:16, 84:19, 85:24,
86:1, 96:9, 96:14,
98:2, 98:9, 98:20,
98:22, 99:11, 99:16,
100:1, 100:25,
103:2, 103:5,
103:20, 104:22,
104:25, 105:3,
106:19, 106:21,
107:22, 107:25,
108:5, 108:21
**Miller)**.........................
.......... [1] - 2:10
**MILLERMASCIOLA**
[1] - 1:15
**mind** [4] - 25:19,
27:25, 38:2, 43:6
**mine** [1] - 42:4
**minute** [1] - 31:4
**minutes** [5] - 12:20,
30:11, 45:2, 45:5,
45:20
**misdemeanor** [3] -
40:15, 61:20, 62:1
**misdemeanors** [1] -
62:5
**missing** [2] - 104:17,
104:20
**mobile** [1] - 95:7
**mobilize** [1] - 18:1
**module** [1] - 16:5
**moment** [9] - 25:15,
25:25, 52:18, 54:11,
62:18, 65:10, 69:14,
69:21, 71:4
**Monday** [1] - 1:4, 39:9
**Monetary** [2] - 19:13,
95:2
**money** [1] - 35:7,
42:19, 42:23, 43:5,

43:16, 44:12, 47:21
**months** [2] - 14:8,
15:1
**MOREIRA** [1] - 109:3
**Moreira** [2] - 1:21,
109:10
**morning** [8] - 37:23,
39:8, 46:2, 81:18,
105:19, 105:21,
106:3, 107:11
**most** [3] - 39:14,
40:21, 55:9
**mostly** [2] - 23:20,
50:19
**motion** [2] - 10:20,
104:19
**motivated** [1] - 17:23
**motorcycle** [3] -
21:19, 83:4, 95:7
**mountain** [11] - 83:5,
83:7, 83:11, 94:7,
95:7, 97:14, 100:5,
101:12, 101:14,
101:19, 102:8
**move** [13] - 5:6, 9:4,
9:5, 9:7, 9:10, 10:15,
25:5, 31:21, 33:22,
48:1, 70:6, 85:20,
104:10
**moved** [5] - 9:24,
31:25, 70:1, 70:4,
70:5
**moving** [1] - 77:5
**MPD** [1] - 85:2
**MR** [111] - 3:4, 3:12,
3:16, 3:19, 4:5, 4:10,
5:19, 7:5, 7:10, 7:14,
7:17, 7:19, 7:22,
8:12, 9:2, 9:5, 9:9,
9:12, 10:15, 10:19,
12:22, 12:25, 13:2,
14:16, 15:3, 15:5,
15:8, 15:12, 24:9,
25:7, 27:10, 27:15,
28:4, 28:7, 28:10,
28:13, 28:16, 28:19,
28:21, 29:1, 29:2,
30:21, 30:25, 31:4,
31:21, 34:13, 34:24,
38:4, 38:12, 38:22,
38:25, 42:18, 42:22,
43:21, 44:1, 44:4,
44:21, 45:17, 62:18,
62:23, 64:2, 65:10,
65:16, 66:4, 68:12,
68:17, 68:21, 68:24,
68:25, 69:6, 69:8,
70:9, 70:14, 75:7,
76:14, 77:20, 77:23,
79:1, 79:16, 79:19,

79:21, 79:23, 80:6, 80:10, 80:15, 80:17, 80:19, 80:23, 81:1, 81:7, 81:12, 81:14, 82:2, 82:24, 84:13, 84:19, 85:24, 86:1, 96:9, 96:14, 98:20, 99:16, 103:20, 104:22, 104:25, 106:19, 106:21, 107:22, 107:25, 108:5, 108:21

**MS** [57] - 3:15, 22:2, 31:24, 33:14, 33:22, 34:5, 34:20, 34:22, 37:24, 38:1, 38:11, 39:15, 41:13, 42:12, 43:1, 43:10, 44:2, 45:3, 45:18, 46:25, 47:3, 48:2, 48:4, 57:3, 57:5, 59:10, 62:14, 65:6, 65:8, 70:13, 81:22, 82:11, 84:8, 84:9, 84:16, 85:9, 85:19, 85:23, 89:9, 98:2, 98:9, 98:22, 99:11, 100:1, 100:25, 103:2, 103:5, 104:7, 104:10, 104:16, 105:3, 106:14, 106:20, 106:24, 108:8, 108:11, 108:19

**must** [1] - 58:5

## N

**name** [4] - 4:13, 15:13, 15:15, 66:7
**names** [1] - 73:25
**narrate** [1] - 3:10
**narrative** [1] - 94:10
**narrow** [1] - 70:2
**National** [1] - 67:8
**nature** [2] - 20:24, 41:10
**near** [1] - 92:14
**nebulizer** [1] - 38:16
**necklace** [1] - 40:23
**need** [6] - 31:4, 56:16, 56:25, 71:13, 81:3, 108:14
**needed** [5] - 38:15, 47:21, 55:17, 55:23, 55:25
**needs** [1] - 43:12
**neon** [1] - 67:20
**never** [9] - 13:11, 55:13, 58:17, 58:18, 78:11, 80:16, 91:24,

---

92:25, 103:17
**New** [2] - 66:14, 66:15
**next** [9] - 3:18, 10:8, 15:9, 65:15, 80:18, 98:4, 100:6, 100:7, 106:2
**nice** [2] - 3:25, 107:15
**nicer** [1] - 6:1
**night** [28] - 8:5, 8:10, 9:17, 9:20, 14:5, 14:24, 18:12, 18:19, 18:23, 20:5, 20:19, 20:20, 21:13, 32:17, 36:22, 40:13, 55:3, 55:6, 66:22, 66:23, 68:5, 78:2, 78:18, 79:11, 83:17, 105:15, 105:20, 108:22
**nighttime** [1] - 8:3
**nine** [1] - 15:22
**NO** [1] - 77:1
**noise** [2] - 18:25, 96:20
**none** [1] - 46:5
**noon** [1] - 39:9
**normally** [1] - 48:4
**northwest** [1] - 86:22
**note** [2] - 28:19, 43:1
**notebooks** [1] - 107:14
**notes** [3] - 59:11, 77:18, 109:5
**nothing** [6] - 6:5, 27:1, 62:14
**notice** [1] - 46:1
**noticed** [1] - 8:7
**nurse** [1] - 33:5
**NW** [5] - 1:13, 1:16, 1:19, 1:23, 109:12
**NYU** [1] - 66:17

## O

**oath** [2] - 46:23, 48:23
**objection** [38] - 5:19, 7:5, 7:9, 9:11, 9:12, 10:15, 12:22, 22:2, 31:23, 31:24, 33:14, 33:22, 34:3, 37:24, 39:15, 41:13, 42:12, 45:16, 45:17, 45:18, 65:6, 68:12, 68:16, 68:20, 68:22, 68:23, 70:12, 70:13, 75:7, 76:14, 85:9, 85:19, 85:22, 85:23, 89:9, 104:7, 104:10, 104:15
**obscenities** [2] -

---

55:11, 55:12
**obscured** [1] - 76:23
**observation** [1] - 67:12
**observe** [5] - 74:21, 76:6, 76:12, 76:17, 83:1
**observed** [2] - 89:5, 102:10
**observer** [6] - 67:3, 67:6, 67:7, 67:13, 69:2, 78:1
**observers** [8] - 67:9, 67:10, 67:17, 67:19, 67:20, 67:21, 67:24, 77:18
**observing** [2] - 6:23, 7:24
**obstructing** [1] - 71:23
**obviously** [1] - 81:2
**occurred** [3] - 102:19, 105:16, 105:25
**occurring** [1] - 97:16
**October** [18] - 5:2, 6:21, 8:1, 17:11, 31:16, 48:6, 48:13, 49:7, 59:14, 66:20, 66:23, 66:24, 82:17, 83:1, 105:15, 105:22, 105:24, 105:25
**OF** [6] - 1:1, 1:6, 1:9, 1:12, 1:19, 109:1
**Offense** [1] - 86:5
**offense** [2] - 83:16, 83:19
**offer** [1] - 85:24
**offering** [1] - 34:16
**OFFICE** [1] - 1:19
**office** [4] - 36:2, 86:14, 106:4, 107:10
**officer** [44] - 11:18, 11:19, 21:11, 24:5, 24:16, 24:18, 25:13, 33:21, 34:14, 35:1, 35:2, 40:12, 40:15, 53:10, 53:11, 53:13, 53:15, 53:21, 53:23, 53:25, 54:1, 54:7, 61:20, 61:23, 61:24, 62:1, 63:11, 63:19, 63:20, 75:2, 75:16, 75:17, 75:20, 75:25, 82:16, 83:22, 91:5, 92:17, 93:9, 100:7, 100:11, 102:11, 102:19, 103:25
**Officer** [41] - 13:23, 46:1, 46:4, 46:6, 82:3, 82:14, 83:10,

---

90:5, 90:9, 91:18, 91:23, 92:3, 92:7, 94:6, 94:24, 95:10, 95:12, 95:16, 96:21, 97:6, 100:5, 100:7, 100:10, 100:16, 100:21, 100:22, 101:8, 101:11, 102:2, 102:3, 102:8, 103:7, 104:5, 105:9, 105:18, 106:16, 106:25, 107:3, 107:23, 108:2
**officers** [42] - 10:21, 10:24, 12:6, 12:15, 23:16, 23:17, 23:19, 27:20, 33:2, 34:11, 35:15, 39:5, 40:25, 44:18, 46:18, 51:19, 52:11, 53:2, 53:4, 55:14, 56:3, 58:7, 60:17, 60:19, 60:22, 71:17, 71:25, 73:10, 74:2, 74:8, 74:12, 74:13, 74:24, 75:12, 75:14, 76:3, 76:19, 76:23, 77:7, 77:11, 83:6
**Officers** [1] - 81:2
**OFFICES** [1] - 1:12
**official** [2] - 85:2, 109:10
**Official** [1] - 1:22
**OFFICIAL** [1] - 109:1
**often** [1] - 47:21
**oftentimes** [1] - 47:15
**Oklahoma** [4] - 47:6, 47:7, 47:8
**old** [3] - 4:14, 15:16, 66:9
**once** [4] - 58:13, 73:19, 96:4, 96:6
**one** [51] - 6:21, 7:3, 7:18, 7:19, 10:22, 11:3, 11:6, 11:17, 11:25, 12:4, 14:10, 14:13, 16:15, 17:18, 20:9, 21:14, 22:18, 22:21, 23:13, 23:23, 24:6, 25:13, 26:4, 28:7, 28:9, 36:13, 36:16, 37:1, 37:2, 37:4, 40:3, 42:9, 44:11, 44:15, 45:15, 52:11, 54:1, 54:6, 54:18, 54:24, 56:11, 59:16, 69:4, 74:12, 75:2, 75:14, 76:20, 79:19, 97:24, 103:20
**open** [4] - 24:13,

---

24:15, 27:11, 76:21
**opened** [2] - 43:2, 43:8
**operations** [1] - 94:13
**opportunity** [3] - 57:9, 108:4, 108:14
**opposing** [1] - 31:5
**opposition** [3] - 19:3, 19:23, 19:24
**order** [8] - 19:15, 21:21, 21:22, 22:1, 22:6, 22:8, 37:20, 86:17
**ordered** [1] - 21:17
**ordering** [1] - 71:5
**orders** [2] - 22:5, 22:25
**organizing** [1] - 20:11
**originally** [1] - 40:11
**outside** [11] - 7:8, 19:2, 28:6, 34:2, 38:7, 42:15, 65:17, 68:15, 80:22, 104:14, 106:12
**overalls** [1] - 50:8
**overhand** [1] - 24:11
**overruled** [5] - 5:20, 10:16, 22:3, 33:15, 39:16, 75:8, 76:16, 89:11
**own** [2] - 37:5, 49:7
**owns** [1] - 47:12

## P

**p.m** [5] - 1:5, 31:17, 68:6, 105:25, 108:25
**pace** [1] - 80:24
**pack** [2] - 72:13, 72:14
**package** [1] - 92:3
**Page** [3] - 49:5, 57:6, 57:12
**page** [2] - 57:14, 58:9
**PAGE** [1] - 2:2
**paid** [1] - 17:3
**pain** [2] - 29:16, 29:18
**painful** [2] - 29:22, 33:9
**palm** [2] - 27:11, 76:21
**palms** [2] - 24:13, 24:15
**paper** [2] - 31:1, 31:7
**paralegal** [2] - 30:22, 84:5
**parents'** [1] - 68:5
**part** [11] - 20:2, 20:11, 38:14, 50:3, 52:14, 52:15, 57:24, 60:9, 71:6, 95:8, 96:22
**partially** [1] - 60:10
**participate** [1] - 17:23

**participated** [1] - 83:6
**participating** [2] - 18:7, 67:24
**particular** [3] - 21:10, 42:6, 42:8
**patience** [1] - 107:7
**patients** [1] - 17:9
**Pause** [6] - 14:18, 59:12, 62:21, 65:20, 79:20, 103:18
**pause** [1] - 70:10
**pavement** [4] - 27:6, 27:12, 27:18, 27:19
**paying** [1] - 8:9
**PD-251** [7] - 84:7, 84:22, 85:5, 85:7, 85:12, 85:18, 88:20
**Pennsylvania** [3] - 15:19, 15:21, 58:14
**people** [18] - 3:9, 16:17, 16:19, 16:20, 17:2, 18:1, 21:9, 21:20, 22:4, 23:12, 39:14, 50:16, 50:19, 55:10, 55:12, 73:17, 73:20, 79:11
**per** [1] - 69:11
**period** [2] - 52:9, 98:23
**periphery** [2] - 6:14, 6:16
**permission** [3] - 31:22, 70:9, 88:4
**person** [9] - 17:18, 23:9, 52:8, 54:21, 54:23, 90:5, 90:8, 90:9, 101:7
**personally** [3] - 18:16, 88:8, 88:9
**perspective** [1] - 14:14
**Philadelphia** [11] - 15:19, 15:20, 16:12, 16:13, 16:17, 18:4, 41:6, 41:7, 41:16, 44:8, 47:23
**philosophy** [1] - 66:13
**photo** [2] - 40:1, 71:6
**photograph** [2] - 32:3, 71:8
**physical** [2] - 58:19, 91:21
**physically** [4] - 22:18, 64:7, 86:15, 94:2
**physician** [4] - 33:6, 33:7, 33:16, 35:5
**picture** [2] - 30:22, 31:9
**pictures** [2] - 31:15, 31:18

**pieces** [3] - 24:23, 24:25, 25:10
**pinned** [11] - 11:15, 11:17, 26:7, 26:9, 26:25, 27:6, 29:9, 60:7, 60:8, 63:20, 64:6
**pinning** [1] - 64:7
**place** [6] - 20:18, 24:14, 63:23, 93:13, 100:23, 102:7
**placed** [9] - 24:12, 27:11, 30:8, 30:15, 35:16, 54:12, 55:16, 61:11, 77:12
**placing** [1] - 79:9
**Plaintiff** [2] - 1:3, 1:12
**plaintiff** [12] - 3:19, 3:20, 4:5, 13:8, 34:5, 43:2, 43:13, 65:16, 69:12, 78:8, 82:2, 104:18
**Plaintiff's** [24] - 8:14, 84:6, 84:10, 84:21, 85:7, 85:12, 87:5, 87:10, 88:3, 88:13, 88:23, 89:4, 89:7, 89:13, 91:13, 91:22, 91:25, 94:1, 94:11, 95:15, 95:21, 102:20, 103:22
**plaintiff's** [2] - 14:11, 45:12
**plan** [2] - 18:24, 108:1
**planned** [1] - 18:22
**planning** [1] - 67:4
**planted** [1] - 43:14
**platoon** [2] - 95:7, 105:11
**play** [9] - 9:3, 9:5, 9:14, 96:3, 96:13, 97:19, 98:2, 99:16, 103:3
**playing** [16] - 9:15, 9:18, 96:2, 96:10, 97:20, 98:3, 98:11, 98:19, 98:21, 99:5, 99:12, 99:15, 99:20, 101:1, 103:4, 103:16
**plaza** [1] - 73:15
**Plaza** [1] - 94:15
**plead** [1] - 40:9
**Point** [6] - 16:12, 16:13, 16:24
**point** [33] - 11:6, 11:20, 11:25, 12:5, 13:5, 13:20, 20:22, 22:18, 22:22, 23:25, 29:16, 32:21, 36:8, 39:1, 43:10, 43:13,

51:23, 52:11, 52:22, 55:24, 71:24, 72:4, 72:10, 72:25, 73:9, 76:6, 77:16, 78:21, 79:9, 82:21, 83:3, 92:17, 94:8
**pole** [16] - 12:13, 24:17, 51:1, 52:16, 52:18, 52:22, 53:4, 53:22, 54:10, 72:17, 72:21, 73:9, 78:9, 78:13, 79:9, 79:25
**Police** [3] - 84:25, 86:17, 88:6
**police** [87] - 10:3, 12:15, 18:15, 18:17, 20:23, 21:1, 21:6, 21:10, 21:19, 22:5, 22:7, 22:19, 22:24, 23:14, 24:5, 24:16, 24:18, 26:11, 27:2, 27:20, 29:3, 30:1, 30:6, 30:18, 31:10, 31:13, 32:17, 35:13, 35:14, 35:16, 39:6, 40:12, 40:15, 40:25, 44:18, 51:14, 51:16, 51:19, 52:4, 55:11, 61:20, 61:24, 62:1, 63:11, 63:18, 63:19, 64:7, 67:11, 67:12, 67:22, 69:14, 69:16, 69:25, 71:3, 71:17, 71:25, 72:2, 72:3, 74:1, 74:2, 74:8, 74:12, 74:21, 75:10, 75:12, 75:14, 75:16, 75:19, 75:25, 76:2, 76:19, 76:23, 77:7, 77:11, 83:22, 87:23, 87:24, 88:2, 88:10, 88:15, 89:5, 93:8, 102:11, 102:19, 103:25, 107:21
**policies** [4] - 18:5, 19:3, 19:23, 19:24
**Political** [1] - 87:8, 87:20
**political** [3] - 88:13, 89:3, 89:14
**poor** [1] - 18:6
**portion** [7] - 49:2, 50:19, 50:24, 59:18, 93:14, 93:17, 94:10
**position** [6] - 12:12, 16:23, 16:24, 63:15, 103:6, 103:14
**positioned** [4] - 23:19, 74:18, 75:1, 75:12
**possession** [10] -

24:1, 24:3, 40:16, 61:19, 62:3, 84:4, 91:12, 91:21, 92:8, 92:10
**possessions** [1] - 40:20
**possibility** [3] - 105:13, 108:11, 108:17
**possibly** [1] - 63:6
**posture** [1] - 97:14
**PPWB** [3] - 83:21, 83:25, 84:3
**PPWD** [1] - 84:1
**practices** [1] - 107:21
**prepare** [1] - 108:4
**present** [5] - 34:4, 36:17, 36:20, 83:1, 100:16
**presented** [1] - 14:11
**preserved** [1] - 103:24
**press** [1] - 95:18
**pressed** [1] - 60:11
**pressure** [1] - 30:4
**pressures** [1] - 17:10
**presumed** [1] - 42:22
**pretrial** [4] - 3:5, 3:13, 38:2, 108:7
**pretty** [5] - 12:11, 48:18, 51:4, 66:24, 100:1
**Prevention** [3] - 16:12, 16:13, 16:24
**previous** [2] - 16:23, 16:24
**previously** [1] - 84:7
**primarily** [1] - 67:22
**prison** [1] - 63:6
**privatization** [1] - 20:3
**problem** [2] - 48:5, 85:21
**problems** [1] - 18:17
**procedure** [1] - 39:13
**proceed** [5] - 28:25, 45:25, 47:1, 76:11, 77:3
**proceeded** [1] - 77:13
**proceeding** [4] - 45:15, 46:9, 46:11, 80:12
**proceedings** [1] - 109:6
**Proceedings** [1] - 1:25
**process** [1] - 102:9
**processed** [4] - 40:2, 91:15, 104:9, 105:6
**processing** [2] - 61:1, 92:3
**produced** [2] - 1:25, 84:7

**professionally** [1] - 72:19
**program** [1] - 67:7
**programs** [1] - 19:16
**progress** [2] - 72:5, 107:20
**prohibited** [5] - 40:16, 40:17, 61:19, 62:3, 84:4
**prone** [1] - 60:7
**proper** [1] - 82:24
**properly** [2] - 38:19, 92:5
**property** [9] - 40:2, 41:1, 91:15, 91:21, 92:4, 94:12, 103:24
**propose** [1] - 45:10
**props** [1] - 20:11
**protect** [1] - 26:22
**protest** [23] - 6:9, 13:12, 17:25, 18:2, 20:18, 20:20, 20:22, 48:7, 48:12, 49:23, 50:21, 67:2, 67:25, 68:3, 68:7, 69:11, 69:16, 69:20, 69:24, 70:4, 73:15, 73:18, 77:15
**protester** [9] - 6:24, 7:15, 7:16, 22:21, 22:22, 23:6, 23:13, 23:22, 69:1
**protesters** [29] - 6:22, 6:25, 10:3, 10:5, 10:6, 10:13, 12:3, 12:11, 18:20, 21:25, 22:24, 51:9, 52:12, 55:2, 55:5, 67:14, 67:16, 69:18, 70:1, 70:7, 70:8, 71:3, 71:5, 72:3, 73:12, 74:16, 77:14, 79:14, 87:21
**protesting** [2] - 68:10, 92:25
**protests** [20] - 5:11, 5:14, 5:18, 5:22, 6:6, 6:20, 7:2, 7:4, 7:12, 7:15, 7:23, 7:25, 17:15, 17:17, 67:10, 67:18, 67:23, 68:10, 69:10, 69:15
**provide** [1] - 7:11
**provided** [1] - 13:5
**providing** [1] - 78:16
**psychotherapist** [1] - 42:9
**public** [3] - 20:3, 67:11, 85:2
**publish** [3] - 9:8, 84:9,

86:1
**pull** [3] - 53:7, 84:5, 95:14
**pulled** [7] - 53:13, 53:21, 54:11, 54:21, 54:24, 77:12, 78:14
**pulling** [3] - 93:6, 102:12, 102:13
**purposes** [1] - 45:13
**pursue** [1] - 43:18
**push** [1] - 10:4
**pushed** [2] - 11:10, 22:18
**pushing** [2] - 10:3, 11:1
**put** [18] - 25:11, 25:13, 26:4, 26:7, 29:14, 30:7, 30:9, 30:22, 31:9, 31:13, 32:1, 35:18, 41:9, 70:9, 85:15, 87:12, 91:15, 92:5

**Q**

**quality** [1] - 6:1
**quarter** [1] - 44:23
**QUESTION** [3] - 49:6, 49:10, 49:13
**questioning** [1] - 106:25
**questionnaire** [1] - 36:12
**questions** [16] - 9:16, 12:25, 15:3, 15:5, 36:12, 36:15, 36:17, 36:20, 44:21, 65:11, 77:20, 79:16, 80:6, 81:4, 95:19, 106:23
**quick** [2] - 26:4, 28:24
**quicker** [5] - 35:4, 64:20, 64:21, 80:24
**quickly** [2] - 23:3, 23:7
**quite** [2] - 25:21, 80:24

**R**

**R-1** [2] - 94:11, 94:19
**rain** [1] - 50:13
**raise** [1] - 65:25
**raised** [1] - 47:8
**ray** [1] - 56:17
**rayed** [1] - 35:9
**rays** [2] - 33:17, 35:7
**RDR** [3] - 1:21, 109:3, 109:10
**re** [1] - 46:20
**re-take** [1] - 46:20
**read** [18] - 36:4, 36:8, 36:10, 36:11, 36:13, 36:19, 36:21, 37:1,

37:2, 37:4, 37:5, 49:2, 57:9, 57:14, 57:15, 58:6, 61:13, 79:3
**reading** [1] - 49:5
**ready** [1] - 16:21
**real** [2] - 33:17, 35:6
**reality** [1] - 4:25
**really** [11] - 17:1, 18:9, 24:22, 35:18, 39:13, 40:3, 41:24, 64:18, 69:17, 81:4, 99:1
**reason** [5] - 10:14, 22:23, 56:11, 58:5, 64:17
**reasons** [4] - 56:8, 64:12, 64:18, 64:21
**recalled** [2] - 80:11, 80:13
**receive** [2] - 41:7, 41:11
**received** [2] - 59:2, 59:7
**receiving** [1] - 59:23
**Recess** [1] - 45:21
**recognize** [7] - 8:20, 32:2, 46:3, 46:6, 70:17, 70:18, 70:19
**recognized** [1] - 70:21
**recognizes** [1] - 3:9
**recollection** [2] - 78:23, 88:5
**record** [6] - 10:19, 15:14, 24:9, 27:10, 46:5, 82:24
**recorded** [1] - 1:25
**red** [2] - 97:3, 97:5
**redirect** [1] - 62:17
**REDIRECT** [2] - 62:22, 79:22
**reduced** [1] - 62:5
**reference** [1] - 87:6
**referring** [2] - 75:24, 100:21
**refers** [2] - 87:20, 95:6
**reflect** [7] - 10:19, 24:9, 27:10, 46:5, 82:24, 88:23, 95:5
**reflected** [7] - 88:2, 88:13, 89:13, 89:16, 91:25, 92:20, 102:19
**reflecting** [1] - 89:4, 89:7
**refresh** [2] - 57:17, 78:23
**refuse** [1] - 33:21, 35:2, 58:8
**refused** [7] - 35:11, 56:7, 56:11, 57:24, 64:10, 64:19, 64:22

**regarding** [3] - 13:6, 38:9, 38:21
**regroup** [1] - 22:20
**regular** [1] - 69:1
**relate** [1] - 88:24
**related** [1] - 89:8
**relates** [1] - 89:14
**relating** [2] - 64:10, 78:18
**relation** [5] - 5:13, 21:4, 49:11, 93:8, 93:9
**relatively** [1] - 70:2
**released** [5] - 30:4, 35:4, 39:9, 40:19, 41:4
**relevance** [5] - 68:17, 68:20, 68:22, 68:23, 68:25
**relevant** [2] - 46:16, 68:19
**remainder** [1] - 93:17
**remaining** [1] - 77:14
**remember** [20] - 14:24, 32:7, 44:10, 48:19, 49:3, 49:14, 53:8, 54:4, 54:5, 54:14, 56:15, 56:21, 72:6, 78:16, 92:8, 92:12, 92:16, 94:5
**remembered** [1] - 13:9
**remind** [2] - 46:22, 107:12
**removing** [1] - 93:6
**rented** [1] - 5:24
**repeat** [7] - 57:21, 61:6, 61:16, 89:12, 93:24, 100:10, 105:4
**repeatedly** [1] - 75:2
**rephrase** [2] - 23:4, 41:14
**report** [13] - 84:24, 85:5, 85:8, 85:16, 85:17, 86:4, 86:5, 86:7, 86:10, 86:12, 88:20, 89:16, 94:21
**reported** [1] - 85:14
**Reporter** [3] - 1:21, 1:22, 109:10
**REPORTER** [1] - 109:1
**reporting** [3] - 90:4, 90:8, 90:9
**reports** [1] - 94:12
**representation** [1] - 58:4
**research** [2] - 45:7, 107:14
**reserve** [2] - 81:9, 106:25, 108:1

**resist** [1] - 26:1
**Resistance** [3] - 20:14, 20:16, 51:7
**resistance** [1] - 27:4
**resisting** [12] - 11:14, 11:20, 27:24, 28:1, 29:4, 76:2, 76:3, 76:5, 76:6, 76:12, 76:13, 76:17
**resolution** [2] - 42:17, 45:13
**resolved** [2] - 43:24, 46:16
**resources** [3] - 16:18, 16:21, 20:4
**respect** [3] - 43:19, 46:12, 75:12
**respond** [2] - 36:7, 36:24
**Responder** [2] - 15:25, 16:2
**responder** [1] - 16:4
**responding** [1] - 83:14
**response** [2] - 33:11, 60:19
**rest** [3] - 10:13, 12:10, 80:12
**restraints** [1] - 29:14
**result** [1] - 46:14
**retrieve** [1] - 92:6
**retrieved** [1] - 93:18
**returned** [2] - 58:13, 86:16
**review** [1] - 108:15
**reviews** [2] - 57:16, 79:5
**ribs** [2] - 33:8, 60:3
**ridden** [1] - 105:14
**ride** [2] - 105:11, 105:14
**riding** [3] - 70:4, 102:9, 102:12
**rights** [11] - 36:5, 36:9, 36:10, 36:14, 36:13, 36:14, 36:19, 36:21, 37:3, 61:13, 63:7
**ring** [1] - 71:4
**river** [1] - 105:12
**road** [3] - 43:11, 70:20, 72:5
**Robinson** [25] - 13:23, 81:2, 83:10, 90:6, 91:18, 91:23, 92:4, 92:7, 94:24, 95:10, 100:5, 100:7, 100:11, 100:16, 100:21, 101:8, 101:11, 102:3, 102:8, 103:7, 104:5, 105:9, 105:18,

107:23, 108:2
**Robinson's** [2] - 94:6, 100:22
**rode** [1] - 101:13
**role** [2] - 7:4, 7:23
**Room** [2] - 1:22, 109:11
**route** [1] - 18:22
**routinely** [2] - 69:1, 69:10
**row** [4] - 28:10, 28:12, 28:13
**rug** [1] - 32:14
**ruled** [4] - 38:19, 43:25, 104:18, 104:19
**ruling** [1] - 38:3
**run** [2] - 33:13, 33:16
**running** [1] - 74:23

**S**

**S-1** [3] - 94:12, 94:21
**safe** [1] - 16:22
**safety** [1] - 16:10
**sanction** [1] - 104:20
**sat** [1] - 30:9
**Saturday** [7] - 8:5, 8:10, 9:19, 18:12, 18:19, 21:13
**saw** [25] - 3:6, 3:8, 9:16, 12:10, 12:21, 13:15, 14:1, 54:13, 58:17, 58:18, 59:18, 70:3, 73:21, 74:22, 75:2, 77:6, 78:8, 78:11, 78:14, 93:4, 93:10, 93:19, 98:13, 100:15, 104:4
**scared** [2] - 26:10, 28:2
**scene** [6] - 10:2, 92:6, 98:18, 101:21, 101:23, 102:13
**school** [4] - 66:14, 66:18, 67:4, 78:6
**School** [2] - 66:14, 66:16
**scooter** [1] - 95:7
**screen** [14] - 6:19, 30:22, 32:1, 70:10, 70:15, 70:22, 95:17, 96:9, 96:22, 96:23, 97:22, 101:15, 103:12
**se** [1] - 69:11
**seat** [3] - 45:11, 65:21, 107:19
**seated** [6] - 45:23, 54:13, 55:16, 55:20,

60:15, 77:12
**Second** [8] - 55:24, 86:18, 86:23, 90:23, 90:24, 90:25, 91:5, 91:14
**second** [7] - 36:14, 37:4, 38:15, 46:7, 79:19, 86:20, 86:21
**seconds** [4] - 29:25, 54:16, 59:19, 100:19
**see** [71] - 6:12, 6:15, 8:6, 10:4, 10:6, 11:5, 11:8, 11:16, 11:20, 11:22, 12:5, 12:8, 12:12, 12:15, 13:18, 13:21, 13:23, 13:25, 17:9, 19:25, 20:1, 20:3, 24:23, 24:25, 25:9, 30:13, 32:5, 35:9, 45:7, 45:20, 56:25, 58:6, 60:17, 61:10, 69:12, 70:15, 71:1, 71:2, 72:22, 72:25, 73:6, 73:9, 74:4, 74:20, 76:20, 76:22, 76:24, 77:7, 78:13, 82:19, 84:15, 84:20, 86:3, 91:3, 93:23, 93:25, 94:1, 96:6, 96:25, 97:4, 98:4, 98:6, 98:7, 98:12, 98:23, 99:2, 99:18, 100:16, 107:10, 107:16, 108:22
**seed** [1] - 43:14
**seeing** [3] - 92:13, 94:6, 94:21
**seeking** [1] - 104:20
**seem** [1] - 27:3
**seemingly** [1] - 10:14
**self** [1] - 41:9
**self-care** [1] - 41:9
**sense** [3] - 34:4, 35:9, 70:18
**sent** [1] - 37:7
**sentence** [1] - 63:6
**separate** [1] - 67:23
**separated** [1] - 42:1
**SESSION** [1] - 1:9
**Seventh** [3] - 86:19, 91:1, 105:11
**several** [3] - 48:12, 65:8, 102:25
**shape** [1] - 108:14
**shark** [1] - 20:15
**Shark** [1] - 20:17
**Shawn** [7] - 8:6, 10:10, 12:3, 14:23, 15:9, 15:15, 82:16

**SHAWN** [3] - 1:2, 2:5, 15:10
**sheet** [1] - 36:18
**sheets** [1] - 31:7
**shelter** [2] - 16:24, 17:1
**shift** [3] - 105:15, 105:17, 105:20
**shirt** [1] - 28:10
**shocked** [2] - 63:10, 63:13
**shoes** [2] - 50:10, 50:11
**shortly** [2] - 22:16, 75:17
**shorts** [1] - 70:24
**shove** [1] - 98:10, 98:12, 98:13
**show** [9] - 27:3, 30:24, 30:25, 31:4, 31:18, 31:22, 38:12, 71:6, 99:2
**showed** [3] - 24:7, 24:11, 78:23
**showing** [3] - 23:6, 24:12, 57:6
**shown** [1] - 8:14
**shows** [2] - 4:25, 14:13
**Sibley** [6] - 30:19, 32:25, 33:1, 81:21, 90:20, 91:6
**side** [17] - 6:19, 11:18, 23:16, 24:4, 24:6, 27:7, 27:8, 27:11, 33:8, 36:6, 59:24, 60:8, 71:2, 75:3, 76:21, 100:4, 105:12
**sides** [1] - 52:6
**sidewalk** [12] - 9:23, 21:17, 21:21, 21:23, 21:24, 22:1, 22:4, 51:24, 52:12, 54:13, 55:17, 55:20
**sight** [1] - 91:24
**sign** [6] - 13:18, 13:21, 13:23, 14:4, 51:1, 78:20
**signals** [1] - 27:14
**signed** [3] - 13:5, 78:16, 79:8
**significance** [2] - 34:13, 88:19
**significant** [1] - 74:23
**signifies** [3] - 87:9, 89:15, 94:19
**signify** [2] - 85:18, 86:10, 94:18
**signifying** [1] - 90:16
**signs** [7] - 27:3, 49:23,

49:25, 50:1, 50:2, 50:4, 50:21
**similar** [1] - 8:4
**simply** [3] - 5:21, 11:14, 12:3
**singing** [1] - 51:10
**singled** [4] - 8:11, 10:10, 10:11, 12:4
**sit** [2] - 54:6, 77:15
**sitting** [1] - 92:13
**six** [3] - 6:11, 22:11, 51:2
**size** [1] - 72:20
**skeleton** [1] - 20:15
**skin** [1] - 32:13
**sleep** [2] - 37:10, 37:18
**sleeping** [1] - 28:8
**slogan** [1] - 72:20
**slogans** [1] - 72:6
**slow** [1] - 81:6
**slowly** [2] - 23:7, 37:1
**small** [2] - 35:13, 61:4
**sneakers** [1] - 71:9
**social** [1] - 5:15
**solidarity** [1] - 73:17
**someone** [2] - 12:13, 93:16
**soon** [1] - 9:5
**sorry** [18] - 25:7, 27:18, 48:2, 52:2, 53:11, 55:21, 58:1, 71:13, 73:3, 73:5, 81:6, 83:18, 89:25, 93:14, 96:9, 96:20, 99:3, 102:24
**sort** [2] - 5:25, 99:7
**space** [1] - 97:24
**speaking** [1] - 67:17
**special** [2] - 8:9, 67:19
**specifically** [2] - 51:6, 69:13, 72:6, 88:1, 88:14
**speculate** [1] - 46:15
**spend** [2] - 42:23, 44:13
**spent** [2] - 43:6, 43:16
**splayed** [4] - 11:18, 76:20, 76:24, 77:4
**spot** [1] - 95:25
**stand** [5] - 4:7, 46:20, 53:17, 63:25, 65:25
**standing** [9] - 9:22, 23:12, 23:14, 28:14, 52:24, 53:1, 53:4, 53:12, 53:15, 54:2, 100:20, 101:4
**stands** [1] - 95:6
**start** [6] - 17:9, 21:3, 63:23, 67:4, 81:17,

102:3
**started** [2] - 9:23, 75:18
**starting** [1] - 49:5
**state** [4] - 15:13, 41:15, 41:17, 64:13
**statement** [9] - 13:5, 13:8, 13:14, 34:16, 36:5, 78:16, 78:21, 78:24, 79:8
**statements** [3] - 87:11, 87:15, 87:16
**STATES** [2] - 1:1, 1:10
**States** [1] - 109:11
**station** [3] - 61:1, 61:3, 61:13
**stationary** [1] - 102:10
**stay** [4] - 12:18, 28:3, 35:10, 77:9
**staying** [3] - 35:9, 49:13, 49:24
**stem** [1] - 38:18
**stemming** [1] - 46:13
**stenographic** [1] - 109:5
**stenography** [1] - 1:25
**step** [1] - 69:19
**stick** [34] - 12:6, 23:23, 23:25, 24:3, 24:4, 24:17, 24:18, 24:23, 25:1, 25:10, 25:14, 40:18, 91:10, 91:11, 91:25, 92:6, 92:10, 92:14, 92:19, 93:1, 93:4, 93:11, 93:15, 93:17, 93:19, 93:23, 94:6, 94:8, 104:1, 104:5, 105:8
**sticking** [1] - 71:3
**still** [7] - 46:22, 58:22, 70:10, 71:7, 99:9, 102:2, 105:9
**stipulations** [1] - 19:16
**stop** [22] - 21:18, 28:1, 29:15, 76:2, 76:3, 76:13, 95:25, 96:4, 96:7, 96:11, 96:18, 98:4, 98:5, 98:6, 98:22, 99:6, 99:18, 99:21, 101:2, 101:3, 103:5, 103:14
**Stop** [2] - 27:24, 29:3
**stopped** [5] - 22:13, 22:14, 22:16, 51:19, 52:8
**story** [1] - 36:6
**street** [9] - 9:23, 9:24, 18:9, 18:21, 18:23, 51:17, 51:24, 70:2,

72:8
**Street** [5] - 1:13, 1:16, 1:19, 21:16, 51:22
**streets** [2] - 51:10, 69:25
**stretch** [3] - 28:24, 65:19, 79:6
**strike** [9] - 10:15, 12:5, 13:23, 13:25, 14:3, 33:22, 75:2, 104:4, 104:11
**striking** [9] - 11:1, 11:2, 29:20, 74:21, 74:24, 74:25, 75:10, 94:12, 94:23
**strong** [1] - 6:25
**struck** [9] - 26:17, 53:22, 53:24, 54:8, 54:9, 75:4, 75:6, 76:18, 105:7
**struggling** [1] - 16:17
**stuck** [1] - 77:17
**suffered** [1] - 38:14
**suffering** [1] - 58:23
**suggesting** [1] - 43:2
**suggestion** [1] - 43:4
**Suite** [2] - 1:13, 1:16
**Sunday** [2] - 8:5, 39:8
**supervisor** [1] - 77:19
**support** [1] - 103:25
**surprised** [7] - 25:21, 25:22, 25:24, 64:13, 64:14, 75:6, 75:9
**surprising** [1] - 75:11
**Suspect** [1] - 90:13
**Suspects** [1] - 90:12
**Suspicion** [2] - 89:19, 89:21
**suspicious** [1] - 90:1
**sustained** [4] - 12:24, 65:9, 85:10, 104:8
**sweatshirt** [1] - 50:12
**swing** [2] - 72:25, 73:6
**swivels** [1] - 5:8
**swore** [1] - 48:25
**Sworn** [4] - 4:8, 15:10, 66:2, 82:9
**swung** [1] - 12:13
**system** [1] - 85:15

**T**

**table** [1] - 46:2
**take-down** [1] - 101:11
**TAMARA** [1] - 1:15
**tap** [1] - 96:24
**Taylors** [1] - 50:11
**technician** [1] - 16:1
**technology** [1] - 84:16
**telephone** [1] - 76:25

**Telephone** [1] - 76:8
**ten** [4] - 9:25, 11:24, 75:5, 75:23
**tender** [1] - 77:18
**term** [2] - 63:1, 67:6
**terms** [4] - 32:10, 88:1, 88:14, 94:18
**testified** [23] - 51:9, 52:21, 53:7, 55:9, 56:7, 56:10, 56:14, 57:25, 58:2, 58:13, 59:13, 59:21, 60:12, 61:4, 62:24, 64:23, 73:21, 78:1, 78:8, 79:24, 87:1, 90:21, 104:4
**testify** [5] - 3:6, 3:7, 46:8, 57:22, 64:14
**testifying** [7] - 34:10, 43:15, 56:15, 56:21, 58:12, 59:22, 91:24
**testimony** [17] - 13:11, 43:3, 48:7, 49:3, 49:14, 52:21, 53:8, 53:10, 57:7, 57:12, 59:2, 60:6, 60:16, 64:10, 68:18, 72:2, 87:22
**tests** [1] - 33:13
**Thau** [3] - 83:10, 95:12, 102:2
**THE** [157] - 1:1, 1:1, 1:9, 3:2, 3:5, 3:14, 3:17, 3:20, 3:22, 3:24, 4:3, 4:7, 5:6, 5:20, 7:6, 7:9, 7:18, 7:20, 8:16, 9:4, 9:7, 9:11, 9:13, 10:16, 12:24, 14:17, 15:4, 15:6, 19:6, 19:10, 19:12, 19:13, 19:21, 19:22, 22:3, 25:4, 25:8, 27:13, 28:9, 28:12, 28:15, 28:18, 28:20, 28:23, 30:23, 31:3, 31:23, 31:25, 33:15, 33:24, 34:3, 34:12, 34:19, 34:21, 38:2, 38:5, 38:8, 38:18, 38:23, 39:16, 39:18, 41:14, 42:13, 42:16, 42:21, 42:25, 43:8, 43:18, 43:22, 44:22, 45:4, 45:10, 45:19, 45:22, 46:24, 47:1, 47:25, 48:3, 57:4, 57:8, 57:15, 62:16, 62:20, 64:3, 64:4, 65:7, 65:9, 65:12, 65:14, 65:15,

65:18, 65:21, 65:22, 65:23, 65:24, 65:25, 68:13, 68:16, 68:20, 68:22, 69:4, 70:12, 75:8, 76:7, 76:9, 76:16, 77:2, 77:21, 79:2, 79:6, 79:17, 80:7, 80:9, 80:13, 80:16, 80:18, 80:20, 80:25, 81:6, 81:11, 81:13, 81:19, 81:23, 81:25, 82:4, 82:5, 82:6, 82:7, 82:8, 84:12, 84:15, 84:18, 85:10, 85:20, 85:25, 89:11, 103:19, 103:21, 104:8, 104:12, 104:15, 104:23, 106:10, 106:13, 106:16, 106:23, 107:2, 107:4, 107:5, 107:19, 107:23, 108:1, 108:6, 108:9, 108:13, 108:20, 108:22
**themselves** [4] - 67:24, 71:25, 72:9, 81:5
**third** [2] - 36:15, 75:17
**three** [11] - 6:18, 10:22, 20:9, 35:24, 35:25, 36:1, 44:7, 73:20, 79:15, 83:11, 83:13
**threw** [4] - 10:21, 10:22, 69:15, 74:7
**throwing** [2] - 74:9, 74:10
**thrown** [9] - 10:14, 10:17, 10:18, 11:10, 12:9, 13:15, 54:25, 69:19, 69:22
**tie** [1] - 82:23
**tight** [1] - 25:18
**tired** [2] - 35:21, 106:18
**today** [19] - 13:11, 44:16, 54:7, 56:7, 56:22, 56:23, 57:25, 58:2, 58:11, 58:12, 58:22, 64:12, 81:16, 81:17, 81:20, 82:19, 90:18, 92:13, 95:3
**TODD** [2] - 2:10, 82:9
**together** [3] - 87:17, 91:19, 91:20
**tomorrow** [5] - 107:8, 107:10, 107:15, 108:3, 108:14

**took** [15] - 14:10, 30:19, 35:15, 44:9, 56:3, 73:24, 74:2, 91:14, 91:21, 92:4, 92:8, 92:10, 92:17, 93:12, 102:7
**top** [11] - 10:23, 27:2, 28:12, 32:13, 63:12, 64:7, 71:18, 93:16, 96:22, 96:23, 100:17
**topic** [1] - 69:3
**torso** [1] - 75:16
**total** [1] - 92:19
**touching** [1] - 27:12
**toward** [3] - 88:7, 88:10, 88:15
**towards** [10] - 18:6, 55:11, 70:6, 70:7, 75:1, 87:23, 87:24, 88:2, 88:9, 89:5
**train** [3] - 17:22, 44:9, 44:11
**trained** [2] - 67:9, 67:20
**training** [2] - 4:19, 59:1
**TRANSCRIPT** [1] - 1:9
**transcript** [3] - 1:25, 109:5, 109:6
**transcription** [1] - 1:25
**transport** [2] - 37:20, 90:21
**transporting** [1] - 33:2, 33:21, 34:10, 34:14, 35:1, 35:2, 35:15, 39:5, 58:7, 61:23, 91:6
**travel** [1] - 45:12
**traveling** [3] - 51:16, 51:20, 81:16
**treat** [2] - 56:16, 57:20
**treated** [1] - 54:8
**treatment** [21] - 16:20, 32:21, 32:24, 33:18, 33:21, 34:8, 34:11, 35:3, 35:6, 35:11, 41:8, 41:11, 56:8, 56:11, 57:23, 58:8, 60:23, 64:11, 64:19, 64:22
**triage** [1] - 33:4
**TRIAL** [1] - 1:9
**trial** [6] - 14:8, 14:19, 14:21, 14:22, 42:16, 42:17
**tried** [1] - 37:10
**tripod** [2] - 6:5, 6:6
**trouble** [2] - 28:7, 37:13

**true** [5] - 13:16, 51:13, 80:17, 109:4, 109:6
**truth** [2] - 34:17, 48:25
**try** [8] - 17:2, 26:1, 26:22, 40:24, 96:15, 96:24, 108:13, 108:15
**trying** [6] - 5:17, 23:8, 28:3, 38:12, 60:22, 60:24, 102:4, 104:16
**twice** [2] - 17:25, 44:7
**twisted** [1] - 25:12
**two** [19] - 7:3, 10:22, 17:18, 21:14, 21:18, 24:11, 31:7, 37:5, 44:7, 59:13, 59:16, 62:5, 66:10, 71:22, 74:3, 75:5, 75:14, 75:23, 81:14
**type** [4] - 22:23, 47:16, 86:5, 86:13
**typed** [1] - 87:8
**typewriter** [1] - 97:24
**typically** [3] - 18:1, 20:1, 37:23

### U

**U.S** [1] - 1:22
**ultimate** [1] - 45:13
**ultimately** [4] - 23:22, 43:25, 89:1, 100:22
**unable** [2] - 19:1, 29:7
**unclear** [1] - 100:14
**under** [9] - 30:15, 46:22, 48:23, 55:16, 61:11, 63:3, 64:6, 64:8, 92:20
**underneath** [2] - 29:9, 63:20
**understood** [6] - 36:18, 61:11, 74:15, 96:8, 99:19, 107:11
**UNISON** [1] - 4:2
**unit** [2] - 95:6, 95:8
**United** [1] - 109:11
**UNITED** [2] - 1:1, 1:10
**University** [3] - 66:12, 66:14, 66:15
**unpaid** [1] - 17:3
**up** [45] - 5:8, 13:20, 22:6, 22:8, 22:9, 22:10, 22:25, 23:1, 23:2, 24:12, 24:14, 25:5, 30:22, 32:1, 37:20, 37:22, 47:6, 47:8, 48:1, 53:18, 53:19, 63:25, 65:19, 68:5, 70:1, 70:5, 71:3, 72:24, 76:21,

79:3, 84:5, 91:14, 95:14, 98:9, 98:16, 99:1, 100:25, 101:13, 102:2, 102:4, 102:7, 102:9, 102:12, 102:13, 103:2
**Upended** [1] - 89:20
**upper** [1] - 90:19
**upright** [3] - 22:15, 52:24, 60:9

### V

**V-1** [2] - 94:12, 94:23
**van** [1] - 39:6
**various** [2] - 16:20, 56:8
**verbal** [1] - 53:17
**verbalize** [1] - 63:21
**victim** [2] - 90:4, 90:5
**video** [38] - 3:7, 3:8, 3:9, 3:10, 6:1, 8:25, 9:3, 9:14, 9:18, 9:19, 9:22, 10:1, 11:25, 14:10, 14:13, 54:13, 59:18, 70:10, 70:11, 70:13, 71:7, 95:15, 96:2, 96:10, 97:20, 98:3, 98:11, 98:19, 98:21, 99:5, 99:12, 99:15, 99:20, 101:1, 103:4, 103:8, 103:14, 103:16
**videotape** [1] - 95:17
**view** [2] - 6:18, 92:1
**view-finder** [1] - 6:18
**violence** [1] - 75:11
**violent** [1] - 41:20
**Virginia** [3] - 66:7, 66:12, 68:4
**visible** [2] - 11:5, 12:15
**vision** [1] - 71:23
**visualizing** [1] - 92:13
**voice** [3] - 18:10, 25:4, 48:1
**voir** [1] - 46:2
**volunteer** [2] - 17:4, 67:15
**vs** [1] - 1:5

### W

**wait** [1] - 73:3
**waited** [1] - 33:4
**waiting** [1] - 33:5
**walk** [1] - 4:1
**walking** [1] - 51:10
**wall** [6] - 10:4, 10:5, 12:3, 23:1, 71:5,

77:14
**Washington** [15] - 1:4, 1:13, 1:16, 1:20, 1:23, 5:4, 5:10, 17:13, 17:14, 19:18, 66:24, 67:1, 68:2, 69:25, 109:12
**watch** [2] - 9:15, 80:12
**watched** [1] - 8:22
**watching** [1] - 69:15
**ways** [1] - 16:20
**weapon** [9] - 40:16, 40:17, 61:20, 62:3, 84:4, 90:15, 91:9, 93:25, 94:1
**weapons** [2] - 91:10, 92:20
**wear** [2] - 67:19, 67:20
**wearing** [9] - 50:6, 50:17, 50:19, 70:23, 71:17, 74:1, 82:22, 100:5, 105:9
**weather** [1] - 77:1
**Wednesday** [8] - 81:18, 107:11, 107:16, 107:20, 108:10, 108:16, 108:17, 108:23
**week** [5] - 48:9, 49:12, 49:16, 49:18, 49:20
**weekend** [5] - 6:20, 7:2, 7:25, 8:2, 18:11
**weight** [1] - 30:4
**welcome** [1] - 45:22
**Westfahl** [93] - 8:6, 8:9, 10:11, 10:17, 10:21, 10:25, 11:5, 11:12, 11:20, 11:25, 12:5, 12:12, 12:19, 13:12, 13:15, 14:5, 14:23, 15:9, 15:15, 15:16, 19:7, 24:10, 31:6, 34:14, 39:17, 45:1, 46:8, 46:9, 46:20, 47:6, 47:12, 49:6, 57:9, 62:24, 65:13, 68:8, 69:12, 69:14, 69:22, 71:18, 71:20, 72:11, 72:12, 72:22, 72:25, 73:6, 73:10, 73:22, 73:24, 74:17, 74:20, 74:24, 75:4, 75:6, 75:13, 76:4, 76:5, 76:6, 76:12, 77:5, 77:10, 77:11, 78:8, 79:9, 79:13, 80:1, 80:4, 82:16, 82:19, 82:25, 83:2, 83:7, 83:14, 83:16, 83:19, 87:1,

88:12, 90:13, 90:20, 91:6, 92:14, 93:9, 94:22, 97:18, 100:8, 100:11, 100:23, 101:8, 101:11, 102:10, 104:1, 104:4, 105:7
**WESTFAHL** [3] - 1:2, 2:5, 15:10
**Westfahl's** [11] - 11:16, 12:8, 45:25, 46:12, 46:17, 75:1, 75:3, 75:15, 76:18, 88:24, 90:17
**wheezy** [1] - 37:25
**white** [12] - 28:10, 50:11, 50:25, 72:20, 97:11, 97:12, 97:14, 101:3, 101:17, 101:18
**whole** [2] - 89:8, 89:15
**Wilderness** [2] - 15:24, 16:2
**wilderness** [2] - 16:5, 59:1
**William** [1] - 15:15
**WILLIAM** [1] - 1:18
**win** [2] - 41:21, 43:15
**winter** [1] - 16:25
**Wisconsin** [1] - 86:22
**wish** [1] - 36:15
**withdrew** [1] - 104:18
**withheld** [1] - 38:19
**witness** [19] - 4:4, 4:5, 7:10, 8:13, 10:20, 15:9, 27:10, 27:13, 30:24, 31:2, 57:5, 65:15, 80:10, 80:18, 81:15, 84:11, 104:17, 106:14
**WITNESS** [15] - 2:2, 3:22, 19:10, 19:13, 19:22, 39:18, 46:24, 64:4, 65:14, 65:22, 65:24, 80:9, 82:5, 82:7, 107:4
**Witness** [5] - 57:16, 79:5, 97:7, 101:6, 101:20
**witnessed** [1] - 75:9
**witnesses** [2] - 81:8, 108:7
**woke** [2] - 37:20, 37:22
**wooden** [9] - 51:1, 72:21, 91:25, 92:6, 93:19, 93:23, 104:1, 104:5, 105:7
**words** [4] - 27:16, 49:7, 56:13, 87:7

**Worker** [2] - 17:7, 17:8
**World** [7] - 5:12, 5:14, 8:1, 19:8, 19:14, 20:1, 48:7
**worried** [4] - 63:13, 64:23, 65:1, 65:2
**wrongfully** [1] - 44:17

## X

**x-ray** [1] - 56:17
**x-rayed** [1] - 35:9
**x-rays** [2] - 33:17, 35:7

## Y

**year** [2] - 18:1, 66:15
**years** [2] - 15:22, 85:13
**York** [2] - 66:14, 66:15
**yourself** [23] - 4:12, 6:21, 6:24, 26:22, 32:2, 57:15, 58:14, 66:5, 70:21, 71:11, 79:3, 90:9, 90:24, 95:22, 96:1, 96:6, 97:6, 98:4, 98:6, 98:23, 99:2, 99:18, 101:5
**youth** [1] - 102:6

## Z

**zoom** [1] - 12:1
**zoomed** [3] - 11:25, 12:2, 32:22