```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2      - - - - - - - - - - - - - - - x
        SHAWN WESTFAHL,
 3                                      CA No:  1:11-cv-02210-CRC
                        Plaintiff,
 4                                      Washington, D.C.
                                        Thursday, July 30, 2015
 5      vs.                             2:20 p.m.

 6      DISTRICT OF COLUMBIA, et al.,

 7                        Defendants.
        - - - - - - - - - - - - - - - x
 8      _____

 9          TRANSCRIPT OF JURY TRIAL ~ AFTERNOON SESSION
         HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
10                  UNITED STATES DISTRICT JUDGE
        _____
11      APPEARANCES:

12      For the Plaintiff:      JEFFREY LOUIS LIGHT, ESQ.
                                LAW OFFICES OF JEFFREY LIGHT
13                              1712 Eye Street, NW, Suite 915
                                Washington, DC 20006
14                              (202) 277-6213

15                              TAMARA LOUISE MILLER, ESQ.
                                MILLERMASCIOLA
16                              1850 K Street NW, Suite 1150
                                Washington, DC 20006
17                              (202) 223-8181

18      For the Defendants:     KERSLYN D. FEATHERSTONE, ESQ.
                                WILLIAM J. CHANG, ESQ.
19                              OFFICE OF ATTORNEY GENERAL/DC
                                441 Fourth Street, NW
20                              Washington, DC 20001
                                (202) 724-6600
21
        Court Reporter:         Lisa A. Moreira, RDR, CRR
22                              Official Court Reporter
                                U.S. Courthouse, Room 6718
23                              333 Constitution Avenue, NW
                                Washington, DC  20001
24                              202-354-3187

25      Proceedings recorded by mechanical stenography; transcript
        produced by computer-aided transcription
```

P R O C E E D I N G S

1

2          THE COURT:  Okay.  Anything before we call the

3     jury?

4          MS. FEATHERSTONE:  No, Your Honor.

5          MR. LIGHT:  No, Your Honor.

6          THE COURT:  Mr. Light, will you be proceeding, or

7     Ms. Miller?

8          MR. LIGHT:  It will be me, Your Honor.

9          (Jury enters courtroom)

10          THE COURT:  Okay.  Please be seated.

11          Mr. Light, please proceed.

12          MR. LIGHT:  Thank you.

13          Ladies and gentlemen of the jury, when a

14     government agent violates the individual rights guaranteed

15     to us by the Bill of Rights and violates our fundamental

16     rights under the First Amendment and the Fourth Amendment,

17     we have two choices.  One of them is to let them get away

18     with it.  The second is to file a lawsuit like this one to

19     enforce the guarantees of the Bill of Rights.  Courageously,

20     Mr. Westfahl has chosen to bring this suit not only to

21     uphold his rights, but to uphold the United States

22     Constitution.  The rights that we all enjoy.

23          Today, in this courthouse, a jury of

24     Mr. Westfahl's peers -- you, members of the jury -- have to

25     decide whether to give life and meaning to the words in the

1    Bill of Rights.  Please remember the reasons we are suing.

2            First, the defendants violated Mr. Westfahl's

3    rights.  Second, the defendants violated the safety rule

4    that police may never use excessive force.  Third, the

5    defendants have not taken responsibility for their actions.

6    Fourth, we are forced to sue here to enforce the Bill of

7    Rights.  We are forced here to enforce the safety rule that

8    is so key to all of our safety.

9            You've heard many times today the word "safety,"

10   and you heard it many times yesterday from the expert

11   witnesses, Mr. Klotz and Mr. Reiter.  You heard Officer

12   Robinson use it.  The right amount of force, the appropriate

13   amount of force, not an excessive amount of force, is what

14   keeps us safe.  Not just the individual who the force is

15   being used against, not just the police officer, but our

16   whole community.

17           The safety rule that I've described to you

18   is not my rule.  It's not Ms. Miller's rule.  It's not

19   Mr. Westfahl's rule.  It's the law.  It's the Constitution.

20   The Constitution, as the judge has instructed you,

21   guarantees the right to be free from excessive force.

22           When you go back into the jury room, you'll have a

23   copy of this instruction, and it makes very clear that

24   excessive force is never to be used, and it says if you find

25   the defendant used greater force than was reasonably

1     necessary in the circumstances, you must -- you must -- find

2     that the defendant is liable for a violation of the

3     Constitution.

4          Mr. Westfahl injured no one.  He committed no

5     crime.  But he paid a price for exercising his First

6     Amendment rights attending that protest.  He was beaten and

7     falsely arrested.  He was defamed.

8          The defendants wrongfully injured Mr. Westfahl.

9     They refused to comply with the Constitution and the

10    universal safety rule.  Have they paid a price?  It's up to

11    you, members of the jury, to determine whether they get away

12    free or whether they'll be held to account for their

13    actions.  This case, like I said, is about holding the

14    defendants accountable, but before we get to that, let's

15    talk about the facts of this particular case.

16         Now, there are a lot of facts that are in dispute,

17    but there are a lot that are not, and there are also a lot

18    of facts that are not rebutted.  When I say "undisputed," I

19    mean that both sides agree that that's what happened.  And

20    when I say "unrebutted," I mean that we presented evidence,

21    and the other side didn't contradict it.

22         First, Mr. Westfahl passionately believes in

23    fighting poverty, making this world a better place, both in

24    his community and around the world.  That's not rebutted.

25    His passion led him to come down from Philadelphia to

1    Washington, D.C., to take part in a march against the

2    policies of the World Bank and IMF.

3          On October 9, 2010, Mr. Westfahl came down and

4    joined other protesters to make their voices heard in

5    Washington, D.C.  During the march, he carried a flag stick.

6    At one point, the police decided to stop the march.  There

7    was an order for the protesters to get up on the sidewalk.

8    There was an order for the protesters to get up against the

9    building.  The police corralled the protesters, and Officer

10   Robinson grabs Mr. Westfahl and puts him in a bear hug.

11   Officer Robinson takes Mr. Westfahl to the ground and

12   repeatedly makes contact with Mr. Westfahl's head and neck

13   area with his elbow or arm.

14         Officer Cory sees Robinson striking Mr. Westfahl,

15   and Officer Cory punches Mr. Westfahl as well.

16         Mr. Westfahl is scared.  He's in pain.  He's

17   thinking, "If I just stay still, the beating will stop."

18         Two eyewitnesss had an unobstructed view,

19   Mr. Biros and Mr. Ace, both of whom were shocked at how

20   Mr. Westfahl was treated.  Neither of these witnesses saw

21   Mr. Westfahl strike anybody with a stick or otherwise.

22         Eventually, the officers stopped hitting

23   Mr. Westfahl.  Mr. Westfahl's placed in handcuffs.  He's

24   visibly injured.  There is an abrasion and laceration to his

25   forehead.

1              The police have no injuries.

2              Mr. Westfahl is told that he's being charged with

3     felony APO, assault on a police officer.  He's shocked to

4     hear this and very scared.  He thinks to himself, "I know

5     I'm innocent.  I'm looking forward to a trial so I can prove

6     it."

7              Mr. Westfahl is taken to the emergency room for

8     treatments for the abrasion on his forehead and his other

9     injuries.  He tells the doctor about the pain he's feeling

10    to his ribs, the abrasions and the lacerations he suffered,

11    which were caused by the police.

12             Mr. Westfahl's then taken to a police district

13    where he's placed in a cell.  The cell is cold, and

14    Mr. Westfahl is tired.  He's in that cell for hours.

15             He's then taken to the hospital a second time, and

16    then brought back to the police station again.  He then goes

17    to Central Cell Block where he's fingerprinted and a mug

18    shot is taken.  Mr. Westfahl spends the rest of his time on

19    Sunday and Monday morning in a cell at Central Cell Block,

20    and then finally gets to see a judge for his arraignment.

21             Standing in front of a courtroom full of people,

22    there are charges read out loud to everybody.

23             MS. FEATHERSTONE:  Objection.

24             THE COURT:  Overruled.

25             MR. LIGHT:  There are charges read to everybody so

1    everybody in the courtroom can hear.  Mr. Westfahl committed

2    an assault on a police officer and possessed a prohibited

3    weapon.

4            He's released.  He goes back to Philadelphia, but

5    he's still scared and anxious.  He feels isolated.

6            He comes back to D.C. twice for court.  He talks

7    about his emotional wounds with a friend of his who is a

8    crisis counselor, and he treats his own physical wounds

9    himself.  Finally, Mr. Westfahl comes to court and brings

10   this lawsuit and is here testifying.

11           Now, let's talk about what you, the jury, have to

12   decide.  First, you need to decide who do you believe in

13   this case?  Do you believe the two independent witnesses,

14   Mr. Biros and Mr. Ace?  Or do you believe the cops who are

15   trying to protect their reputation?

16           The two independent witnesses have no motivation

17   to lie.  Mr. Biros was at the march to shoot a video for his

18   social justice film class.  His only motivation was to make

19   a good video.  That was his job, and he did it well.  You

20   saw the product of his work.  He wasn't a protester.  He

21   didn't know Mr. Westfahl before the march.  He was just

22   trying to make a good video and graduate from film school at

23   Emerson College.

24           Mr. Ace was at the march as an independent legal

25   observer.  His only motivation was to be a good observer, to

1    pay close attention to what was happening.  That was his

2    job, and he did it well.  He wasn't a protester.  He didn't

3    know Mr. Westfahl before the march.  He was just trying to

4    gain experience as a legal observer and go to law school.

5            The police officers who testified, however, do

6    have a motivation to lie.  All of the police officers that

7    testified in this case worked at the same police district,

8    7D, at that time.  They all knew each other.  They were all

9    on the same team.

10           As Mr. Ace told you, one of the officers said,

11   "Let's do this," and that's when the attack happened.

12           It makes sense that the police officers would lie

13   to protect each other and the police department in this

14   lawsuit.  Their reputations are on the line.

15           Additionally, all three of the officers who

16   testified to -- all three officers who testified about the

17   incident with Mr. Westfahl participated in that beating.

18   They're not independent neutral observers like Mr. Ace or

19   Mr. Biros.

20           So how do we know that the police officers are

21   lying, and that Mr. Biros, Mr. Ace, and Mr. Westfahl are

22   telling the truth?  You look at the video because the video

23   doesn't lie.

24           The officers contradict each other.  They

25   contradict themselves.  Was it half a stick, or was it a

1    full stick?  Was it this that you see here today, or was it

2    twice the length of this stick?  Did the stick come down

3    like this?  Was it in a jabbing motion like Sergeant Mack

4    told you, or like Officer Cory told you it came down?  Did

5    it break?  If it was a full stick, did it break on Officer

6    Robinson's helmet?  Did it come down, or was it a side-to-

7    side motion?

8            They can't get their stories straight, and none of

9    those accounts make any sense.  If there had been an eight-

10   foot long or -- I'm sorry, six- or seven-foot long -- that's

11   taller than me.  I'm only 5'8".  Somebody holding that up in

12   the air, you would have seen that on the video, that coming

13   down on somebody's head.  You don't see it in the video.

14   That's because it didn't happen.

15           You do see on one of the videos some motion,

16   right?  It's not this kind of a motion.  What you see is on

17   the MPD video, consistent with Mr. Westfahl's story, a

18   police officer grabbing the stick from him, comes up, breaks

19   down.

20           Now, the police officers' stories have changed

21   quite a lot over time.  It's clear what happened.  The

22   police lied, and they don't want to get caught.  The video

23   caught them, and then they had to change their story.

24           They're trying to suggest that they couldn't tell

25   the truth at their depositions because they hadn't seen the

1    video yet.  Well, we didn't try to trick them.  We turned

2    the video over in discovery.  They could have watched it

3    before doing their depositions.  If they didn't know what

4    happened, when they were under oath they should have said,

5    "I don't know what happened.  I don't remember."

6           But you heard the videotaped deposition.  You saw

7    and heard Ms. Miller read to you from the transcript all of

8    these inconsistencies, because when they finally see the

9    video, they change their story.

10          Another thing that happened once they saw the

11   videos is suddenly their memory vanishes.  They come in, and

12   they can't remember any of the details that they seemed to

13   recount so well before.

14          Officer Robinson testified, "Up until two weeks

15   ago, I had no recollection."  Two weeks before this trial he

16   had no idea what had happened, he said.

17          Then he told you, "My recollection is still not

18   great."  Even as he was sitting here in the courtroom

19   telling you what he thought happened, his recollection

20   wasn't good.  And he doesn't remember being able to see well

21   either.  And he told you again, "My memory's real foggy."

22          Next, Officer Cory.  He couldn't see what was

23   going on either at that point because his back was to the

24   crowd.  He didn't see who did it now.

25          Sergeant Mack testified and gave a very different

1    story than at his deposition and very simply said, "Yes, I'm

2    giving different testimony now than what you're seeing in

3    the video."  He didn't know was it complete or if it broke

4    on its way down.  He just didn't know.  And when he was

5    caught, his explanation was, "Poor choice of words."  No, it

6    was a lie.

7             Now, after you decide who's telling the truth and

8    who's lying, we'll get to the specifics of what happened

9    the night of the march.

10            What happened?  The key issues you need to decide

11   are whether Mr. Westfahl struck Officer Robinson on the head

12   with a flag stick, whether Mr. Westfahl was actively

13   resisting, and whether the police officers used excessive

14   force even if you believe their account that Mr. Westfahl

15   had, in fact, struck somebody on the head.

16            So you saw the video a lot of times, and I'm not

17   going to go over this too much, but there are a few points I

18   want to remind you about of what you saw with your own eyes.

19   You saw with your own eyes that Officer Robinson was -- you

20   saw with your own eyes that Officer Robinson was on the

21   left, and the flag pole comes down on the right.

22            Flag pole.  Officer Robinson.

23            MS. FEATHERSTONE:  Objection.

24            THE COURT:  Overruled.

25            MR. LIGHT:  You saw with your own eyes that the

1    first physical contact between Mr. Westfahl and the police

2    was when the police pushed Mr. Westfahl.  Mr. Westfahl was

3    not the initial aggressor.  He was not an aggressor at all.

4    It was the police.

5            You saw with your own eyes that Mr. Westfahl's

6    right arm was pinned underneath his body, and he could not

7    give it to the officers.  You can see Mr. Westfahl's right

8    hand.  It's visible.  You can see his palm open in the next

9    picture.

10           And you saw with your own eyes, despite what

11   Officer Robinson told you, he was grinding Mr. Westfahl's

12   head into the ground using his elbow to repeatedly strike

13   Mr. Westfahl's head.  You saw that.  You saw the elbow

14   strikes, and every one of those elbow strikes Officer

15   Robinson is telling you was for safety.  How safe do you

16   think Mr. Westfahl felt having that elbow repeatedly come

17   down onto his head?

18           You saw with your own eyes Officer Robinson

19   forcing his knee into Mr. Westfahl's head and neck area.

20   You saw with your own eyes Officers Cory and Robinson

21   punching Mr. Westfahl while he's lying on the ground

22   defenseless, and you saw that this interaction lasted 30

23   seconds, not 10 seconds.  This was not a split-second

24   decision.  Mr. Westfahl was a victim of police brutality

25   that entire time.

1        Now, you heard from a number of expert witnesses

2    as well, and both of the experts are very well-esteemed.

3    They both came in and sounded pretty convincing, and there

4    were, in fact, a lot of areas that they agreed with.  One of

5    the key ones is that in both of their professional opinions,

6    if Mr. Westfahl had not committed an APO and had not struck

7    with the flag pole anybody, hadn't assaulted Officer

8    Robinson, wasn't being aggressive, the force used against

9    him was excessive.

10       You also heard both of the experts tell you that

11   excessive force may never be used; not even if somebody's

12   yelling obscenities or they're insulting the police officer.

13   Whether it's at a protest downtown, or whether it's in your

14   own community, the police may never use excessive force.

15       And it's an objective test.  That means that you

16   don't look at what Officer Robinson told you he thought was

17   justified.  You are to look at, from everything you know

18   about what happened that night, was it reasonable from the

19   perspective of a reasonable officer.

20       Now, let's talk about the testimony, some of the

21   highlights of each of the witnesses presented by plaintiff.

22       Mr. Biros was only about ten feet away.  He was

23   very close.  He saw batons, fists, and elbows coming down.

24   He saw Shawn Westfahl being pulled out of the crowd for no

25   reason, and clearly on Mr. Biros's video, as well as in his

1    perception of the event at the time, if there had been a

2    six- to seven-foot flag, Mr. Biros would have caught it on

3    his video because he was there to capture all of the

4    excitement.  He wasn't there to film for the protesters or

5    for the police.

6          Mr. Ace, he was so close to what happened.  He

7    testified he was just a couple of feet away.  You can see

8    there his green hat in the top corner so you can identify

9    him.  Look how close he is.  He has a completely

10   unobstructed view to what's going on.  And he told you that

11   two of the police officers, one said to the other "Let's do

12   this" before the attack happened, and that he had never

13   witnessed police brutality like this before in his life.

14         He never saw Mr. Westfahl hit anyone, and he saw

15   Officer Robinson using elbow strikes.  He didn't say

16   anything about a sliding forearm.  He saw Mr. Westfahl

17   beaten, as he told you, and Mr. Westfahl was not resisting.

18   In fact, he told you that Mr. Westfahl's hand was splayed.

19   He could see there was nothing in it.

20         Mr. Westfahl didn't exaggerate.  He didn't come

21   and tell you this is the second coming of Rodney King.  He

22   didn't exaggerate.  He told you what happened, and when he

23   didn't know what happened, he didn't know what pushed him,

24   he told you, "I don't know."

25         He told you what happened, the real version.  An

1    officer took the stick from him and broke it.

2            He raised his hands.  He showed you the motion

3    that he did with his hands.  When he did that, the police

4    officers knew he had no weapons in his hands.  They saw that

5    he was defenseless; that he was not resisting.

6            So when they took him to the ground -- and Officer

7    Robinson's trying to tell you hands can be deadly.  Hands

8    can kill.  I don't know what he has in his hands, but he

9    knew full well that there was nothing in Mr. Westfahl's

10   hands.

11           Mr. Westfahl also told you why he's here today.

12   He came to testify because he was wronged by the police.

13           You also have to decide if Officer Cory violated

14   Mr. Westfahl's First Amendment rights, and in this country

15   we have the right to freedom of speech, to freedom of

16   assembly, to freedom of expression.  We have the right to

17   criticize the government, the IMF, and even the police.  You

18   can even do that using profanity.  We can say, "F the

19   police."  And you know what, if somebody says "F the

20   police," that doesn't give the police a free pass to beat

21   the person and to arrest them, charge him with a felony, and

22   accuse him of committing a hate crime.

23           Mr. Westfahl was simply punished for participating

24   in a protest because Officer Cory heard other protesters

25   chanting "F the police."  Officer Cory put in the public

1    document, the PD-251, that Mr. Westfahl had committed a

2    political hate crime, and you can see it right there in

3    black and white.

4         You heard Officer Cory tell you that the hate

5    crime designation, that doesn't really matter.  It wasn't an

6    actual charge.  It was just something he wrote on the

7    report.  But that doesn't make any sense.  If it didn't

8    matter, why would he have put it on this report?  Officer

9    Cory put it there because he wanted Mr. Westfahl to be

10   punished for participating in a march where people were

11   chanting "F the police," where people were criticizing the

12   police.

13        Now, the Court's given you pretty lengthy jury

14   instructions, and I'd like to highlight just a couple of

15   them for you.  One of them is going to be Instruction No.

16   11.  It's about the burden of proof.

17        So I want you all to understand this is not a

18   criminal case, and you may have heard the term "beyond a

19   reasonable doubt" before.  This is not a case involving

20   beyond a reasonable doubt.  This involves preponderance of

21   the evidence.

22        What this instruction says is, "If, after

23   considering all of the evidence, the evidence favoring the

24   plaintiff's side of an issue is more convincing and causes

25   you to believe the probability of truth favors the

1    plaintiff, then plaintiff will have succeeded."  So what

2    that means is that you don't need to believe 100 percent or

3    to an absolute certainty either version's side.  As long as

4    you believe 51 percent, more likely than not, Mr. Westfahl

5    and our side is telling the truth, then you will find for

6    plaintiff on that claim.

7            The next instruction I want to highlight for you

8    is from 13.  It's about credibility of witnesses.  And as

9    you heard the Court tell you, there are a lot of different

10   ways for you to assess the credibility of a witness:

11   appearance on the witness stand, their demeanor.  There are

12   a couple of things I want to focus on here that are in this

13   instruction:  "whether the witness impresses you as a

14   truthful individual, whether the witness impresses you as

15   having an accurate memory and recollection."

16           So who are you going to believe?  Somebody that

17   comes in here and repeatedly tells you, "My memory's foggy.

18   I just remembered two weeks ago something that happened

19   five years ago.  I don't remember"; or Mr. Westfahl and

20   Mr. Biros and Mr. Ace, who gave clear and concise testimony,

21   testified about what they remembered?  And on some of the

22   details that you wouldn't expect them to remember, they

23   didn't remember, and they told you about it.

24           Whether the witness has any motive for not telling

25   the truth, we went over that.  Whether the witness had a

1    full opportunity to observe the matters about which he or

2    she has testified.  So, again, you saw how close Ace and

3    Biros were, and you saw testimony from the other side that

4    things were being seen from behind.  Cory couldn't see

5    exactly who it was that had the stick come down on Officer

6    Robinson.  They didn't seem to have a good view.

7            Whether the witnesses have any friendship.  Well,

8    we know that all of the officers involved here, they knew

9    each other.  They were at 7D.

10           And finally, whether the testimony has been making

11   inconsistent statements that would impeach them.  And this

12   is a key thing that came up quite a bit here.  You heard a

13   lot about these depositions.  In the deposition, the

14   officers are under oath, just like they were in court today.

15   And the judge has specifically instructed you that if a

16   witness has been confronted with a prior statement that they

17   made, and that prior statement is inconsistent, as so many

18   of them undoubtedly were, then you may consider the prior

19   statement when you assess the truthfulness of the testimony

20   in court; that is, the testimony they gave.

21           Now, if you find for Mr. Westfahl, you're going to

22   need to award him an amount for damages.  The judge has

23   instructed you, and you'll see reflected on the verdict

24   form, there are no dollar amounts.  There are no dollar

25   amounts you're going to see anywhere so you need to make a

1    decision of what will fully and fairly and completely

2    compensate Mr. Westfahl for his physical and emotional pain

3    and anguish, humiliation, loss of basic human dignity, loss

4    of freedom, and being falsely accused of a crime.

5           What you may not consider is feeling sorry for

6    the defendants.  You cannot consider the fact that money

7    will not make the pain and humiliation go away.  You may not

8    consider the fact that there's probably not enough money to

9    balance the loss of harm for something as important as our

10   freedom.  You may not consider that.

11          You need to consider what it is that will make

12   Mr. Westfahl whole from this experience.  You cannot

13   consider if you dislike me or Ms. Miller, if you like the

14   government attorneys, or you like the defendants.  Your

15   personal feelings about whether you like them or dislike

16   them, you need to put those aside.  You can't consider if

17   you liked or didn't like the subject matter of the protest

18   or what the other protesters were doing or saying.  Outside

19   reasons have nothing to do with following this Court's

20   instructions or providing fair compensation.

21          You must not let any of the other jurors consider

22   those outside reasons either.  Outside reasons undermine the

23   very purpose of the law.  So in deliberations, if these

24   points come up, make sure you point them out and say that

25   they're not allowed.

1          As a juror, you are sworn to follow the law, and

2    one part of that law is to uphold your oath and keep those

3    reasons out.  This lawsuit is the only way that the

4    defendants can be held accountable in this court, and

5    the only way to hold them accountable is to award

6    Mr. Westfahl damages in an amount sufficient to make up

7    for all of the losses and harms that were caused to him.

8    If your verdict is for less than the full and fair amount

9    to which Mr. Westfahl is entitled, defendants walk away

10   without having been forced to meet their responsibilities.

11          Now, when Mr. Westfahl went back and told his

12   family about what happened, what do you imagine?  Do you

13   think they said, "Oh, man, you're going to be out $20 for a

14   bus ticket now"?  No, they said, "Are you all right?"

15   That's what we would all say if we heard a story --

16          MS. FEATHERSTONE:  Objection.

17          THE COURT:  Overruled.

18          MR. LIGHT:  If we heard a story about somebody

19   that was injured, we would say, "Are you all right?  How are

20   you feeling?  Are you going to be okay?  What did it feel

21   like?"  We'd be concerned.  Did the person suffer?  Are they

22   going to continue to suffer?  These are the things that we

23   care about.

24          We think about the most --

25          MS. FEATHERSTONE:  Objection, Your Honor.

```
1              THE COURT:  Overruled.

2              MR. LIGHT:  We think about the most important

3    things first, the emotional losses and harms.  The most

4    important things.  It's up to you to decide what are those

5    most important things and compensate Mr. Westfahl for the

6    losses and harms that he suffered.

7              Now, we're going to -- how am I doing on time?

8              THE COURT:  Wrap it up.

9              MR. LIGHT:  When you go back into the jury room,

10   you're going to see this verdict form, and I'll show you,

11   it's three pages long.  And there are a number of questions

12   on here for you to answer.  The first ones are about Officer

13   Robinson so if you agree that we've proven our case that

14   Robinson used excessive force, put a checkmark there; that

15   he committed an assault against Mr. Westfahl, put a

16   checkmark there; that he committed a battery, checkmark

17   there.

18             The same for Officer Cory.  There's also a claim

19   for false arrest against Cory.

20             And you keep going through all of these questions,

21   and for each of the ones that you think that plaintiff has

22   prevailed, you put a yes.  And finally, you enter the amount

23   there, and the foreperson signs and dates.

24             It's up to you, ladies and gentlemen filling out

25   this verdict form, to make sure that the Bill of Rights is
```

1    not just words on a parchment, that it still has effect and

2    meaning over two centuries after being adopted.  From

3    Madison, Jefferson, and Hamilton, Washington, to you.

4           It is no small burden to be a juror.  Please give

5    full meaning and life to the words in the Bill of Rights.  I

6    ask you to issue a decision in this case that you will be

7    proud of not just today, but 20 years from now, because

8    Mr. Westfahl will have to live with the decision, but so

9    will you.  It is an awesome responsibility.  We are

10   confident that each and every one of you is up to the job.

11          Thank you.

12          THE COURT:  Ms. Featherstone.

13          MS. FEATHERSTONE:  Good afternoon, ladies and

14   gentlemen of the jury.  Again, I'm Kerslyn Featherstone, and

15   William Chang and I are here representing Former Officer

16   Robert Robinson, Officer Todd Cory, and the District of

17   Columbia.  We appreciate your service.  This will be the

18   last time that we'll have an opportunity to come before you

19   so I want to make sure I get that out to you, that we really

20   do appreciate your service in listening to all of the

21   evidence in this case, paying careful attention to the

22   witnesses, the video that you've seen several times, and the

23   testimony in general in this case.

24          At the beginning of this case we told you that

25   this case was about an assault on a police officer, not a

1    First Amendment march; a case where Officer Robinson was a

2    member of a unit that responded to 21st and L Street, and as

3    he responded to that unit, to that scene, he was struck in

4    the head with a flag pole.  Believing it to be Mr. Westfahl,

5    he reached up, grabbed him, pulled him down, and tried to

6    place him under arrest.

7           His fellow officers saw what happened and came

8    over to aid him, Officer Todd Cory and Sergeant Craig Mack,

9    and what could have been a large altercation really was, as

10   Lou Reiter told you, a controlled arrest.  In a matter of

11   seconds, it was over.

12          The plaintiff wants you to believe that this has

13   anything to do with the IMF/World Bank protest, and ladies

14   and gentlemen, I submit to you, it has nothing to do with

15   the IMF protest.  The officers had been on this detail since

16   2:00 or 3:00 that afternoon.  We're now at 11:00 p.m.  They

17   were standing over at the IMF building near Freedom Plaza.

18   They got a call to come over to 21st and L because the

19   protesters had gotten rowdy.  They were throwing trash

20   receptacles in the street, walking up a one-way street the

21   wrong way, just chanting and becoming visibly agitated and

22   disruptive.  So the police officer said, "You know what.

23   They've been doing this all day.  That's it.  We have to cut

24   it off."

25          They called for CDU 74, motor bikes and scooters.

1    Those officers responded.  Those officers responded, and

2    what they found was a disruptive crowd.

3            Now, you've been shown this video, and the

4    plaintiff wants you to hold Officer Robinson and Officer

5    Cory responsible for every officer on the scene.  Officers

6    who may have done things to protesters are not the subject

7    of this lawsuit, ladies and gentlemen.  You have to look at

8    this case as it relates to Officer Todd Cory and Officer

9    Robinson.  What did plaintiff prove by a preponderance of

10   the evidence against each of those officers?  That's what

11   matters here.

12           Now, you did hear testimony from two eyewitnesss,

13   Ben Biros and Max Ace.  What's interesting about their

14   testimony is they didn't see anything before Mr. Westfahl

15   was on the ground.  In fact, neither of them saw

16   Mr. Westfahl holding the sign and putting it down, as

17   Mr. Westfahl himself said he did.  He said on the stand, he

18   said, "I was holding that sign up, and I put it down like

19   this."

20           Now, he claims his intention was to hand it off to

21   someone.  He never said he was pushed back and the sign fell

22   because of that.  If you remember, and you're going to be

23   the judge of the recollection of the witnesses' testimony so

24   I'll rely on you to remember this, but Mr. Westfahl said he

25   was holding that sign, and he took it down like this,

1    consistent with the motion of what Officer Cory said and

2    consistent with the length when Officer Mack saw it.

3          Now, the video is just from one perspective,

4    ladies and gentlemen, and it's a blurry, shaky perspective.

5    It doesn't capture everything.  It's from one angle.  It's

6    not from an angle that every officer was viewing the

7    situation from, and you have a police camera that was also

8    out there taking it from a different angle.  So this notion

9    that if it's not on the video, it must not have happened,

10   ladies and gentlemen, that doesn't work here because the

11   video is not going to show everything because the person

12   can't be everywhere at every given moment during this

13   protest.

14         It wasn't a panoramic camera that was going around

15   and capturing every moment as it was happening.  It's the

16   one view of Mr. Biros as he's holding his camera from

17   wherever he's standing.  People are walking in front of the

18   camera.  The camera's shaking.  It's loud.  It's chaotic.

19         Lou Reiter told you that.  Mr. Klotz said that.

20   And all the officers told you that, and you can see for

21   yourself, ladies and gentlemen.  It was a chaotic situation.

22         Now, plaintiff brings up a good point here.  This

23   isn't a criminal case, and you don't have to decide, when

24   you go back in that jury room, whether or not Mr. Westfahl

25   actually hit Officer Robinson.  The question that you'll

1    have to determine, ladies and gentlemen, is what a

2    reasonable officer, a reasonable -- objectively reasonable

3    officer under the same circumstances, would he have

4    believed that Mr. Westfahl struck him in the head, which

5    caused him to react head down and pull Mr. Robinson out

6    of -- Mr. Westfahl out of the crowd.  An objectively

7    reasonable officer.

8           It doesn't -- it's not yes, we have to find that

9    Mr. Westfahl did it.  You may not ever get to that

10   conclusion, but you don't have to reach it, ladies and

11   gentlemen.  Don't make yourself go back there and try to

12   figure out something that you don't have to do.

13          Officer Robinson believed that he had been struck

14   by Mr. Westfahl.  Why?  Because Mr. Westfahl was carrying a

15   sign.  He was in arms length of him, and he was the only

16   person around him at the time that it happened.  It was

17   reasonable for him to reach in, and any officer standing

18   there in that same situation in that same circumstance would

19   believe the same.

20          And so having believed you've just been struck in

21   the head by a huge flag pole -- and you saw those flag poles

22   on the video.  They were huge.  This is just part of the

23   flag stick.  More of the stick, plus the large IMF

24   Resistance flag.  Huge flag.  Whether they come down like

25   this or he did this, it happened.

1              You have to wonder, why would Officer Robinson,

2    who's just come down there, who had been standing up at

3    Freedom Plaza, come to the scene, single out Mr. Westfahl,

4    of all the protesters out there, grab him, and pull him

5    down?  You have to wonder why would he do that?  What's the

6    motivation?  No one heard Mr. Westfahl chanting "F the

7    police."  Robinson hadn't been there very long before this

8    happened.

9              Officer Cory's dismounting his bike and sees an

10   officer take a hit to the head.  Sergeant Mack's coming from

11   the other side.  He sees Officer Robinson hit to the head.

12   What happens next is utter confusion.  What you see is an

13   officer who's been struck.  We've got to get this guy, and

14   we've got to get him down fast.

15             Now, Mr. Westfahl says, "I wasn't resisting."

16   Officer Robinson gave clear commands.  That's a part of the

17   use of force continuum, ladies and gentlemen.  It may sound

18   loud on the video, "Stop resisting, stop resisting, give us

19   your arm."  He specifically said what the resistance was.

20   Mr. Klotz didn't hear it until on the stand yesterday.

21   "Give us your arm.  Stop resisting."

22             The fact that Mr. Westfahl's saying "I'm not

23   resisting" doesn't mean he can't be resisting.  You can't

24   measure tension by looking at the video.  Again, you have to

25   look at it from the reasonable -- the objective reasonable

1    officer in the same circumstance.

2         Officer Robinson's -- I mean, he's been hit in the

3    head.  He's taken someone down.  He doesn't know who's

4    around him.  He sees another officer there, but he's not

5    measuring, "Okay, what is this officer doing?  Let me look

6    at him and see what he's doing to determine what I need to

7    do."  No.

8         He's like, "I've got to get this guy's arm out and

9    get him in handcuffs before he strikes again.  I don't know

10   what happened to that stick.  I don't know what's in his

11   hands.  I don't know what he's going to do."  A controlled

12   take-down.

13        Officer Todd Cory told you, "I saw movement as

14   I'm walking up, and I ran over to aid Officer Robinson."

15   He's on the ground -- and you'll see the video.  Officer

16   Robinson -- I'm sorry, Officer Cory's on the ground trying

17   to get Mr. Westfahl's arm.  His bicycle falls on him.  He's

18   still trying to grab that arm out.  He can't get it.

19        "Stop resisting.  Give us your arm."  Repeatedly.

20   And it wasn't until Officer Todd Cory administered that

21   softening blow on his side that he was able to get that arm

22   out, and it was over.

23        He's not being pummeled, as Mr. Light said.  This

24   is no Rodney king here.  This is a very controlled take-

25   down.  Very controlled.  Get the issue resolved, and get

1    Mr. Westfahl seated away from the crowd.  Stop the threat or

2    the potential threat.

3           What is an officer to think after having been

4    struck in the head with a pole?  What's going to happen

5    next?  He's completely caught off guard.

6           No, Officer Robinson's memory was not the best

7    after he was struck in the head, but he was very clear that

8    he was struck in the head.

9           Now, plaintiff claims that the officers are lying.

10   They're trying to cover something up.  But there's nothing

11   to cover up here.  Sergeant Mack thought he had bear-hugged

12   him and took him down to the ground.  He admitted in

13   documents, "Oh, I was engaging in the force.  I took him

14   down."

15          But then, when he was deposed -- I'm sorry, when

16   he came into court, he says, you know, "After looking at

17   this video more closely, I wasn't involved at all.  In fact,

18   I just grabbed his legs at the end."

19          When things are happening in a very fast-paced

20   motion, adrenaline's running, you've seen someone struck,

21   you've been struck, sometimes things get hazy, but at the

22   end of the day, the issue is you need to get them down and

23   get it resolved, and that's what happened here.

24          Officer Todd Cory, he says, "I administered

25   softening blows."  Less than full-force strikes in a muscle

1    to get a person to come into compliance.  When you look at

2    the video, you really don't see those softening blows that

3    he administered, but he admitted that he did give them.

4           So once again, the video doesn't show everything.

5    It doesn't show everything, and you can't let that be the

6    only thing you rely on.

7           Now, the police video shows it from a different

8    angle.  It shows the flag movement from a different angle

9    that you see, and you immediately see the officers rush in

10   after that flag movement like this.

11          I'm going to let you see it in slow motion on a

12   slide.  I'm going to take you through it.  Just watch.  The

13   officers are moving in.  The flag comes up.  Flag comes

14   down.

15          (Video playing)

16          There was no push being made there.  That flag is

17   coming up, and it's coming down, and it's hitting Officer

18   Robinson, and immediately the police reacted.

19          What happens on the ground is getting him into

20   compliance, for him to stop resisting, stop turtling his

21   body.  Yes, palms can be out, but you can still be

22   resisting.  Arms can be tense, and you're not giving your

23   arm.  Cory's trying to lock his arm inside and pull it out.

24   He couldn't get it.  That's resistance, ladies and gentlemen

25   of the jury.

1          And an officer, as Lou Reiter and Mr. Klotz told

2     you, can use force if it's appropriate and necessary, as

3     long as it's the minimum force.  This notion of it was

4     deadly force because he was -- his arm was near his neck,

5     there's no evidence here that Robinson intended to choke him

6     or put his arm on his neck to stop him from breathing.  They

7     were trying to get his arms from behind his back.

8     Robinson's moving up.  You'll see it.  He's trying to get

9     him down.  The forearm slides.  It happens.  But there's no

10    evidence here that Mr. Westfahl [sic] was striking him

11    intentionally in his neck.  This is a quick-paced movement

12    going on, fast moving situation trying to become resolved.

13         Once this is over, Mr. Westfahl's seated to the

14    curb.  The officers notice a small abrasion on his forehead.

15    They immediately engage him.  "Mr. Westfahl, are you

16    injured?"

17         "F you.  I want my lawyer."

18         The officers still completed the paperwork and

19    take him for treatment to the hospital.

20         He gets to the hospital.  The doctor tries to

21    treat him.  He says, "No, I don't have health insurance.

22    That's why I can't be treated."

23         And he told you on the stand the doctor said, "Oh,

24    I was going to do an x-ray.  Nothing can be done anyway, but

25    don't worry about it."

1          But that's not what Plaintiff's Exhibit No. 4, the

2     PD-313, says.

3          Can I have the ELMO, please?

4          THE COURTROOM DEPUTY:  Sure.

5          MS. FEATHERSTONE:  What the PD-313 says is here.

6     "Treatment refused by patient against the advice of

7     attending physician," and it's signed.  "Against the advice

8     of the attending physician."

9          You didn't hear the physician come in here and

10    tell you that.  It was Mr. Westfahl who told you that.  But

11    the document says specifically, and Dr. Carney checked off,

12    it was against his advice.

13         Talk about credibility of witnesses, ladies and

14    gentlemen, you have to think of all credibility of

15    witnesses, including Mr. Westfahl.  What is his motive here?

16    As Mr. Light told you over and over, he wants these officers

17    to pay.  In fact, Officer Robinson told you on the scene he

18    says, "I'm going to sue you.  I'm going to sue you."  That's

19    the first thing he thought immediately proceeding this

20    incident, about suing.  "I'm going to sue you."

21         The fact that he just possibly committed an APO

22    and was injured, the first thing he's thinking about is,

23    "Oh, I'm going to sue you," and that's what he blurts out

24    when he's being asked, "Are you okay?  What's wrong with

25    you?"

1          Now, Officer Cory has claims against him for false

2     arrest.  False arrest, as you'll see in the instructions

3     you'll get, he can't be liable for that if he had probable

4     cause to make the arrest.  And what's probable cause?  The

5     instructions will tell you.  What I can tell you here is if

6     Officer Cory reasonably believed that Mr. Westfahl struck an

7     officer and committed the crime of APO, then he had probable

8     cause to make that arrest.  He had a good faith belief.

9     He's walking up, and he sees a fellow officer hit, and he

10    grabs the suspect, and he pulls him out.  That's a good

11    faith belief.

12         Officer Cory believed that he'd just seen a fellow

13    officer being struck.  So he can't be liable for a false

14    arrest because he had a good faith belief for it.  That's

15    the probable cause standard.

16         That doesn't mean that it actually had to happen.

17    It doesn't mean that we have to prove beyond a reasonable

18    doubt that it happened.  Did he have a good faith belief

19    when he placed him under arrest?  That's what determines

20    whether or not this was false arrest, and I submit to you

21    that he had a good faith belief because he'd just seen it

22    with his own eyes.

23         Now, Officer Cory is the arresting officer.  He

24    completes paperwork in the normal course of his duties.  The

25    PD-163, you saw that, and you'll have a copy in the back.

1            The PD-251, you've seen that.  Again, you'll have

2      it in the back.  These are paperworks that are completed as

3      part of an arrest package.

4            Mr. Westfahl claims that that is defamation, the

5      fact that Officer Cory completed the paperwork based on what

6      he saw and what his fellow officers saw, but he never proved

7      that it was actually published to anybody.  There's no

8      testimony in the record that it was published.

9            It was prepared, and you heard that.  He and

10     Officer Robinson prepared the paperwork, but you never

11     heard any other testimony about that paperwork and where it

12     went after that.  And Mr. Westfahl never proved to you or

13     showed -- gave you any information about how did that

14     publication harm him, because there was no publication, and

15     there was no harm.

16            He went on to become an EMT.  He went on to become

17     a wilderness rescuer.  He got his certifications.  He's got

18     jobs.  He's moved on.  He hasn't shown in any way that the

19     fact that he was arrested for APO harmed his reputation.  He

20     hasn't even shown that, in fact, Officer Cory did anything

21     other than write it in the document and the arrest paperwork

22     as part of his arrest.

23            Ladies and gentlemen, the claim of defamation

24     simply is not here.  These are just claims that are thrown

25     up against the wall.  Everything that he can think of.

1    There's no defamation here.

2            There's this notion of 20/20 hindsight.  You heard

3    Mr. Reiter talk about it, and you heard Mr. Klotz talk about

4    it.  And experts often do that.  They're asked to go back

5    and look at a situation, and they're asked to kind of look

6    at it and see what happened and give their opinions about

7    what could or could not have happened or what should or

8    should not have happened.  But ladies and gentlemen, you

9    cannot employ that 20/20 hindsight, and the instructions

10   will tell you that.

11           The instructions will tell you that you have to

12   look at this from the reasonable officer standard that we

13   talked about; that a reasonable officer, what would they

14   have done in the same set of circumstances and facts.  You

15   will have to think about an officer who would have been

16   there amongst that crowd of protesters who had been

17   disorderly and disruptive and who had been corralled and

18   were told they had to stop protesting.  You have to think

19   about the noise level that was present, as Lou Reiter told

20   you, the sirens and horns and yelling and screaming, and

21   about whether or not an officer could reasonably believe

22   that he was struck, taken down, and the subject was then

23   resisting arrest.

24           Looking at the videos to aid you, but you have to

25   then put in your mind, "Let me go back to that night."  What

1    would a reasonable officer in that circumstance do at that

2    moment in time?  Not here, five years later while we're

3    sitting in the courtroom and back in the jury room.  What

4    would an officer have done back then?  And that's what you

5    have to decide.

6            Officer Cory has also had a claim brought against

7    him for this First Amendment violation of Mr. Westfahl, for

8    engaging in the protest.  And what you'll see in the

9    elements of First Amendment -- and the Court has already

10   told you the first element's been met, right?  He's engaging

11   in a protest.  So that's automatically a First Amendment

12   engagement, but the problem here is they have to show that

13   Officer Cory's action was a substantial motivating factor

14   to his actions, and it had to be based on that protest.

15           Officer Cory's worked the Seventh District his

16   entire career at the MPD.  He's had things said to him.

17   He's been called names.  It doesn't bother him.  He never

18   even heard Mr. Westfahl say anything.  So how can it be a

19   substantial motivating factor for him to help Officer

20   Robinson or place him under arrest because of a protest, a

21   protest that he really didn't see Mr. Westfahl engaging in,

22   nor did he hear Mr. Westfahl say, "F the police"?  It

23   doesn't make sense.

24           Again, the plaintiff wants you to believe this

25   is about the protest when it has nothing to do with the

1    protest.  The protesters were going home.  And if

2    Mr. Westfahl hadn't have done what he did, he would have

3    been going home, too.  But instead, he thought he could get

4    slick in the middle of a crowd and pop an officer in the

5    head.  "Oh, I didn't do anything."  But unfortunately he

6    was seen by officers who were approaching, and that's why

7    Mr. Westfahl was placed under arrest.

8            Ladies and gentlemen, you now have a serious and

9    important job to do in the back.  You have to sit back and

10   go over all the testimony you've heard, weigh all of the

11   evidence that you've seen, and think reasonably because you

12   are allowed to use the one thing that the Court doesn't talk

13   about, which is your common sense.

14           If an officer's been struck in the head, would a

15   reasonable officer believe that he needed to take this

16   person down?  Yes.

17           If a person's on the ground not giving their arms

18   after he just struck an officer and they can't see his

19   arms -- they're not worried about what's around them, who's

20   doing what, "I need to get this man's arms out" -- is it

21   reasonable for them to believe he's resisting?  Yes.  And

22   that's what you'll have to decide in the back.

23           Was what Officers Robinson and Cory did reasonable

24   under these circumstances given what they believed occurred,

25   and would a reasonable officer in that same set of

1    circumstances believe that as well?  And I'm confident that

2    you'll return a verdict in favor of Officer Cory and Officer

3    Robinson on those constitutional claims that they've been

4    accused of, and you'll also return a verdict on the common

5    law claims.

6              There's no defamation here.  That's -- you can

7    check that immediately when you get to the back.  There's

8    just no defamation.

9              There's no false arrest here.  Was Officer Cory

10   reasonable in his belief?  Did he have a good faith reason?

11   Yes, he did.  You can easily check that off.

12             But look at the evidence again.  Watch the

13   police video, the flag movement, the immediate take-down

14   with Mr. Westfahl.  Reasonable.  That's your keyword back

15   there, reasonable.  Not absolute; reasonable.

16             If plaintiff has not proven his burden in this,

17   ladies and gentlemen, you must return a verdict in favor of

18   Officer Cory, Officer Robinson, and the District of

19   Columbia.

20             Again, I want to thank you for your attention and

21   your time.  Thank you.

22             THE COURT:  Ms. Featherstone, can counsel approach

23   just one quick minute.

24             (The following is a conference held at the

25              bench outside the hearing of the jury)

```
 1              THE COURT:  Who's rebutting?

 2              MR. LIGHT:  It's going to be fairly brief, about

 3      five minutes.

 4              THE COURT:  You, okay.  There's no punitive

 5      damage.

 6              MR. LIGHT:  That's right.

 7              THE COURT:  So no "send a message to the

 8      District," okay?

 9              MR. LIGHT:  Understood.

10              THE COURT:  You can say "hold them accountable."

11      There was no objection, but you came close to the line in

12      closing regarding saying that people lie.

13              MR. LIGHT:  I understand.

14              THE COURT:  None of that, okay?

15              MR. LIGHT:  Thank you.

16              THE COURT:  Okay.

17              (This is the end of the bench conference)

18              THE COURT:  Mr. Light.

19              MR. LIGHT:  Ladies and gentlemen, when you go back

20      to the jury room, you have two things you're going to need

21      to do.  Deliberate, and then fill out a verdict.

22              In your deliberations, questions are going to come

23      up.  You'll be discussing all of the issues if people ask

24      certain questions like, "What do we do?  The video doesn't

25      show everything.  What do you make of that?"
```

1          Well, it's true, no video is going to show

2     everything that's happened.  That's why there were live

3     witnesses here as well.  But even though a video doesn't

4     show everything doesn't mean that things can just be

5     imagined that weren't there.

6          If a six- or seven-foot pole had come down and

7     struck Mr. Robinson on the head, you would have seen that on

8     the video.  This is not a video that's a fixture on a

9     building just pointing in one direction.  There's a person

10     holding it.  There's a videographer, a film student, holding

11     it.  And as you can see in the video, he moves around.  He

12     zooms in and out.  He's looking for what -- where's the

13     action.  What's going on.  He certainly would have caught on

14     video, had he seen it, a seven-foot stick coming down on

15     somebody's head.  That would have been good for his film

16     class.

17          You can see in the videos several of the flags.

18     You can see how big they are, how high they go up.  You

19     would have seen it.

20          Now, somebody might also say, "Do we really need

21     to figure out whether Mr. Westfahl actually hit Robinson

22     over the head, or maybe there's some way we can just gloss

23     over that?"  As Ms. Featherstone said, you might not even

24     have to answer that question.  Well, the reason they don't

25     want you to answer that question is because the police

1    officers lied about it.  They want you to forget that.

2              MS. FEATHERSTONE:  Objection.

3              THE COURT:  Please approach.

4              (The following is a conference held at the

5               bench outside the hearing of the jury)

6              THE COURT:  I thought I said no --

7              MR. LIGHT:  It's just to credibility.  I'm just

8    saying that they weren't -- their testimony wasn't truthful.

9    That's all.

10             MS. FEATHERSTONE:  He's saying that they lied.

11             THE COURT:  Don't use the word "lie."

12             MR. LIGHT:  Understood.

13             THE COURT:  Okay.

14             (This is the end of the bench conference)

15             MR. LIGHT:  The reason that the District doesn't

16   want you to think about it is because the officers are being

17   disingenuous.  People might also ask, "Why did they pick

18   Westfahl?  He must have been doing something wrong, if they

19   grabbed him and threw him to the ground.  Surely they

20   wouldn't have done it for no reason."  Well, it could have

21   been that he was up front.  Maybe he was the closest one for

22   Robinson to grab.  Maybe it was because he was holding a

23   flag pole.  Maybe it was because, as Mr. Westfahl testified,

24   he was trying to create a buffer between himself and the

25   police, and Officer Robinson didn't like that.  There could

1    be any number of reasons why Mr. Westfahl was targeted.

2         The government would also like to tell you, "Well,

3    sometimes things get hazy."  And the police officers, if

4    anything had been hazy, when they were deposed, they could

5    have said, "Things are hazy."  When they wrote their use of

6    force report, they could have said, "Things are hazy."

7    they didn't.  They made specific allegations as to what

8    Mr. Westfahl did and what happened, and those things are not

9    the testimony that you're hearing from them today.  They

10   changed their story when they saw the video.

11        Somebody might also say, "Well, maybe it did or

12   didn't happen that the stick came down, but aren't we

13   supposed to be deciding what a reasonable person would do?"

14   And that's true.  Figure out what a reasonable officer would

15   do under the circumstances.  But these circumstances are

16   just not whatever they're imagining in their head.  The

17   circumstances -- you can't look in their head.  You can't

18   just trust what they're saying about what's in their head.

19   You have objective evidence you can look at.

20        If Officer Robinson had been hit so hard on the

21   head with this helmet, he's just going to get back on his

22   bicycle and ride off?  He just shook the cobwebs out, got

23   back on his bike and went back -- stayed on duty.  Never got

24   injured.  Never got any treatment.

25        You have this objective evidence that you can look

1    at.  The evidence is that only one person came away from

2    this encounter and had to go to the emergency room.

3         So don't get too caught up in what was going on in

4    people's minds, because people can tell you things, what was

5    going on in their mind five years ago, and if it's not

6    consistent with the evidence, you need to believe the

7    objective evidence.  Mr. Klotz and Mr. Reiter both made very

8    clear that the test for reasonable force is an objective

9    one.

10        Ms. Featherstone also suggested that Mr. Westfahl,

11   I guess, didn't have anything better to do so he just

12   decided to come down to D.C. and pop an officer on the head.

13   Like, well, maybe I'll get ice cream today, and maybe I'll

14   pop an officer on the head.  Do you think that with all of

15   those police officers around he'd take a seven-foot pole and

16   violently strike somebody over the head breaking it in

17   half -- it wasn't me -- and think he'd get away with that?

18   Do you think that was his plan?  "I'm just going to come

19   down, hit a police officer on the head during this protest,

20   and I'll just kind of sneak off."

21        That's not what happened.  Mr. Westfahl didn't do

22   anything to deserve what happened to him.

23        I hope that you've come to now appreciate that

24   this is an important case for Mr. Westfahl, for all of us,

25   and I hope you've come to appreciate the true value of this

1    case and what's at stake here.  We've carried the burden of

2    this case for years.  I've been working on this case for

3    five years.  When I go over to the chair and sit down, I'm

4    done.  The burden is then on each and every one of you.

5         You need to give meaning and value and decide what

6    this case is about and return a verdict.  The burden's on

7    you, and I beg you to give it the thoughtful consideration

8    that it deserves.

9         THE COURT:  Thank you, Mr. Light.

10        Okay.  Ladies and gentlemen, now is the time for

11   your deliberations.  When you go back to the jury room, the

12   first thing that you should do is to select a foreperson.

13   The foreperson will preside over your deliberations and will

14   be your spokesperson here in court.

15        There are no specific rules for selecting a

16   foreperson.  That's up to you, but be mindful of your

17   mission, which is to reach a fair and just verdict based on

18   the evidence.  Consider selecting someone who will be able

19   to facilitate your discussions, who can help you organize

20   the evidence, who will encourage civility and mutual respect

21   amongst all of you, who will invite each juror to speak up

22   regarding his or her views, and who will promote a full and

23   fair consideration of the evidence.

24        As I've told you at the beginning of the case, and

25   I've reminded you many times thereafter, please do not

1      communicate with anyone not on the jury regarding the case,

2      including any electronic communications about the case.

3              If it becomes necessary during your deliberations

4      to communicate with me, you may send a note through

5      Mr. Coates, the courtroom deputy, signed by either your

6      foreperson or by any one of the members of the jury.  No

7      member of the jury should try to communicate with me except

8      through a signed note, and I will never communicate with any

9      one of you concerning the merits of the case except in

10     writing or orally here in court.

11             Bear in mind that you are to never, under any

12     circumstances, reveal to any person, including the courtroom

13     deputy and to me, how you all are voting until after you

14     have reached a unanimous verdict.  That means you shouldn't

15     send me a note or tell me in open court how you're divided

16     on any particular claim, four to four, seven to one, or

17     anything like that, or whether the vote favors the plaintiff

18     or the defendant.  It doesn't matter.

19             It's your duty as jurors to consult with one

20     another and to deliberate expecting to reach an agreement.

21     You must decide the case for yourself, but you should do so

22     only after thoroughly discussing it with your fellow jurors.

23     You should not hesitate to change an opinion when you are

24     convinced that it's wrong.

25             You should not be influenced to vote in any way on

1    any question because another juror favors a particular

2    decision or holds a different opinion from your own.  You

3    should reach an agreement only if you can do so in good

4    conscience.  In other words, you should not surrender your

5    honest beliefs about the effect or weight of the evidence

6    merely to return a verdict or solely because of other

7    jurors' opinions.

8           The attitude and conduct of jurors at the

9    beginning of their deliberations are matters of considerable

10   importance.  It may not be useful for a juror, upon entering

11   the jury room, to voice a strong expression of an opinion on

12   the case or to announce a determination to stand for a

13   certain verdict.  When one does that at the outset, a sense

14   of pride might cause that juror to hesitate to back away

15   from an announced position after a discussion of the case.

16          Many jurors also find it useful to avoid an

17   initial vote upon retiring to the jury room.  Calmly

18   reviewing and discussing the case at the beginning of

19   deliberations is often a more useful way to proceed.

20          Remember that you are not partisans or advocates.

21   You're the judges of the facts.  Your verdict must represent

22   the considered judgment of each juror, and in order to

23   return a verdict, each juror must agree on the verdict.  In

24   other words, your verdicts must be unanimous.

25          As counsel has informed you, a special verdict

1    form has been prepared for your convenience.  Take the form

2    to the jury room.  You will see that the verdict contains --

3    the verdict form contains several questions.  The answers to

4    each question must be the unanimous answer of the jury.

5          Your foreperson will write the unanimous answer of

6    the jury in the space provided at the end of each question.

7    As you'll see from the instructions in the verdict form,

8    depending upon how you answer a question, it may or may not

9    be necessary to answer the next question.  Follow the

10   instructions provided.

11         The foreperson will then date and sign the special

12   verdict form and so complete it, and will return it to the

13   courtroom.

14         We will try to, as soon as possible, send back to

15   the jury room all of the exhibits that have been admitted

16   into evidence.  You may examine any or all of them as you

17   consider your verdicts.  Please keep in mind that the

18   exhibits that were only marked for identification purposes

19   but were not admitted into evidence will not be given to you

20   to examine or to consider in reaching your verdict.

21         I understand that we have a special laptop that

22   will be set up in the jury room for you to view the video

23   evidence, and it will enable you to view it in full speed or

24   at reduced speed, and you should obviously feel free to do

25   that.

1          We will also send back a copy of the jury

2     instructions that I read.  You should refer to them as you

3     please during your deliberations.

4          Again, as I've already instructed you, while you

5     may refer to any particular portion of the instructions, you

6     are to consider the instructions as a whole, and you may not

7     follow some and ignore others.

8          If you have any questions about the instructions,

9     you should feel free to send out a note, and please return

10    the instructions to the courtroom deputy when your verdict

11    is rendered.

12         Once you've reached a verdict, send out a note

13    through the courtroom deputy telling me that you have

14    reached your verdict and have your foreperson sign the note.

15    Again, don't tell me what your verdict is.  The foreperson

16    should fill out and sign the verdict form that you'll have.

17    We'll then call you into the courtroom, and I will ask your

18    foreperson to announce your verdict in open court.

19         Okay?  Please wait to start your deliberations

20    until after we have sent back the exhibits.  That should not

21    be too long.  You can just make yourself comfortable.  We'll

22    get the exhibits back, and the instructions back, and you

23    can get started.

24         Generally, for -- it's about 3:40 now.  Out of

25    consideration for the court staff, we generally -- the court

1    day ends at 5:30.  If, for some reason, you want -- you feel

2    that it would be helpful to deliberate beyond that, send out

3    a note letting us know that, and we will discuss it with the

4    parties and decide whether to keep you over or not.

5    Otherwise, why don't you go until 5:30 today and come back

6    tomorrow morning.  That's fine, too.  Okay?  But let us know

7    what your views are.

8              With that, I will dismiss you back to the jury

9    room and wish you luck.  Yes, take your notebooks with you.

10             (Jury exits courtroom)

11             THE COURT:  Okay.  Congratulations.

12             MS. FEATHERSTONE:  Thank you, Your Honor.

13             THE COURT:  Okay.  We have emails for everyone,

14   right?

15             (Recess taken)

16             THE COURT:  Okay.  We've got more of a technical

17   note.  So what's on the video -- just for the record, the

18   jury note reads, "Defendants' Exhibit 1 appears to have a

19   five-minute-and-35-second video on the DVD.  No one

20   remembers watching that video in court.  Are we allowed to

21   watch that entire thing?"

22             MS. FEATHERSTONE:  Your Honor, I raised this with

23   plaintiff's counsel just before we turned over the jury

24   exhibits.  Exhibit 1 is the full Ben Biros DVD.  The point

25   where this encounter takes place is around the three-minute-

1    and-17-second mark.

2            THE COURT:  Okay.

3            MS. FEATHERSTONE:  But the plaintiff's counsel

4    provided not the full DVD of Mr. Biros, but just the

5    abbreviated section of what occurred.  So we have no

6    objection to the jury not considering the entire DVD because

7    it wasn't played, and it really is only relevant around the

8    three-minute-17-second mark until the conclusion of the

9    incident.

10           THE COURT:  Okay.

11           MS. FEATHERSTONE:  But we both moved into evidence

12   the full video.

13           THE COURT:  The full video was moved in.

14           MS. FEATHERSTONE:  DVD.

15           THE COURT:  There was no objection.

16           MS. FEATHERSTONE:  Correct.

17           THE COURT:  Okay.  So they have it.  I'm not sure

18   I can tell them they can't consider it, but what else is on

19   the video?

20           MS. FEATHERSTONE:  It's just various moments of

21   him capturing the protest throughout the night.  I think

22   there's a situation where him and some friend are playing on

23   the scavenger hunt in front of the White House.  It's just

24   silliness on the video, but we really wanted to focus in on

25   the three-minute point.

1          We did not want to alter the video in any way by

2     taking it apart and taking away from it any particular

3     portion of it so we just presented the entire DVD, but we

4     did not indicate that we intended it to be at that three-

5     minute-and-17-second mark.

6          Okay.  We just got a second note, which I will

7     read.  First question:  "Can we have a second laptop?  We

8     would like to view the two videos simultaneously."

9          Second question:  "We will not finish today.  Can

10    we reconvene tomorrow morning at 9:00 a.m.?"

11         With respect to these questions, we'll obviously

12    call them in, dismiss them for the day, have them come back

13    at 9:00 a.m., and I don't have a problem giving them a

14    second laptop unless you all do.  Do you have one?

15         MR. LIGHT:  We would need to provide one of our

16    own.  I don't have a laptop I can give them, but --

17         MS. FEATHERSTONE:  The District provided the

18    laptop for the purposes of deliberation.  We had it cleansed

19    the way it was required by the Court --

20         THE COURT:  Okay.

21         MS. FEATHERSTONE:  -- and we had all programs

22    removed, but we don't have --

23         THE COURT:  You don't have a second one?

24         MS. FEATHERSTONE:  -- an additional laptop.  No,

25    sir.

```
 1              THE COURT:  Mr. Coates, do we have a clean laptop
 2      that we can provide them, or no?
 3              THE COURTROOM DEPUTY:  Let me contact Mr. Cramer
 4      right now.  I'm going to say negative, but...
 5              THE COURT:  Okay.  Why don't we wait to do that
 6      until we resolve the first issue.
 7              Okay.  Mr. Light, what do you suggest we tell the
 8      jury with respect to the five-minute-and-35-second clip?
 9              MR. LIGHT:  Well, my understanding is they're both
10      in evidence.
11              THE COURT:  When you say "both," what do you mean?
12              MR. LIGHT:  What we've marked as Exhibit 1, which
13      is the abbreviated version, and what they submitted as
14      Exhibit 1, which is -- includes stuff in front of the White
15      House and other things that aren't relevant.  I understand
16      that they're both -- they were both moved into evidence, and
17      they're both in evidence.
18              I mean, the jury could consider it.  I think
19      that --
20              THE COURT:  Okay.  So we have -- I get it.
21      Plaintiff's Exhibit 1 and Defense Exhibit 1 are different.
22              MR. LIGHT:  They are different, not really in any
23      way that I think matters.  I'm sorry.
24              (Pause)
25              MR. LIGHT:  So the Defendants' Exhibit 1, when
```

1    that came in, none of the portions were played of that video

2    in court, and that's what their issue is.  We didn't

3    understand the physical thing that was going to be admitted,

4    the disk, was going to have all of the portions that aren't

5    really relevant on it.

6              MS. FEATHERSTONE:  They did, Your Honor.  I

7    specifically stated that to plaintiff's counsel when we were

8    preparing the exhibits.  I said, "Now this is the full Ben

9    Biros exhibit, and it plays more than just what, you know --

10   the incident."  Plaintiff's counsel knew very well.  I mean,

11   we talked about it, Your Honor.

12             THE COURT:  Okay.

13             MS. FEATHERSTONE:  And I was concerned because it

14   is --

15             THE COURT:  But both of you agree that the

16   versions that were not -- or the parts of Defendants'

17   Exhibit 1 that were not displayed in court are not relevant.

18   Is that --

19             MS. FEATHERSTONE:  Correct.

20             THE COURT:  Okay.  So now we have to figure out

21   what to do about that because they have material that both

22   parties agree is irrelevant to their deliberations.

23             MS. FEATHERSTONE:  It's irrelevant to the

24   deliberations, Your Honor, and I can mark on the video where

25   they should start, but plaintiff didn't object and knew we

1    were --

2              THE COURT:  I understand.  I understand.  Now how

3    do we deal with it?

4              We can do two things.  We can tell them only to

5    view the relevant portions of Defendants' Exhibit 1 --

6              MS. FEATHERSTONE:  Yes.

7              THE COURT:  -- or we can recall it and just give

8    them the relevant portions back.  That doesn't seem right to

9    me.  Or we can tell them just to rely on Plaintiff's Exhibit

10   1, if you agree that it captures --

11             MS. FEATHERSTONE:  I can withdraw Defendants'

12   Exhibit No. 1, if that's permissible at this juncture of the

13   trial, but it's not that we're trying to provide them more

14   information, but we just didn't want to alter the original

15   video.

16             THE COURT:  Okay.  I'm not comfortable with

17   withdrawing an exhibit once it's been sent back.

18             MS. FEATHERSTONE:  Okay.

19             THE COURT:  So what I'd like to do is to instruct

20   them that the relevant portion of Defense Exhibit 1 is the

21   period from whatever minute to whatever minute --

22             MR. LIGHT:  Yes.

23             MS. FEATHERSTONE:  Okay.

24             THE COURT:  -- and just have them focus on that --

25             MS. FEATHERSTONE:  Okay.

1          THE COURT:  -- instead of manipulating exhibits at

2     this point.

3          MS. FEATHERSTONE:  Very well, Your Honor.  And I

4     will find that footage time and provide it.

5          THE COURT:  Okay.  And we can give them that

6     tomorrow morning, I take it.

7          MS. FEATHERSTONE:  Okay.

8          THE COURT:  So why don't we call them in, dismiss

9     them for the day, and tomorrow morning tell them the

10    relevant excerpt from Defendants' Exhibit 1.

11         MS. FEATHERSTONE:  Very well, Your Honor.

12         (Jury enters courtroom)

13         THE COURT:  Okay.  So we've received both of your

14    notes.

15         With respect to Defense Exhibit 1, tomorrow

16    morning we will give you the minute range that is relevant

17    to the case.  There is some -- as you suspected, there's

18    some extraneous stuff on either side of Defendants' Exhibit

19    1 that is not relevant to the case so we will give you the

20    range that is relevant, and so you should view only that,

21    that range, and that should roughly correspond to

22    Plaintiff's Exhibit 1.

23         Okay.  With respect to the second laptop, we will

24    see what we can do.  The court staff has to scrub the laptop

25    so that there's nothing else on it, and we will try to get a

```
 1    second video.  I can't promise you that we will be able to,

 2    but we will try our best.

 3              And as to your third question, yes, you can leave.

 4    We will dismiss you until 9:00 tomorrow morning.  So once

 5    again, please don't discuss the case, don't do any

 6    independent research about the case, your notes will stay in

 7    the jury room, and we will see you tomorrow morning at 9:00

 8    a.m.

 9              Have a good night.

10              (Jury exits courtroom)

11              THE COURT:  Okay.  Anything else?

12              MS. MILLER:  Just one thing.  I won't be here

13    tomorrow.  I'm actually scheduled to go out of town with my

14    family.

15              THE COURT:  Where are you going?

16              MS. MILLER:  I hate to say it.  Martha's Vineyard.

17              THE COURT:  Have fun.

18              MS. MILLER:  So I'm enjoying some time off so I do

19    have to leave here.  Counsel will be here, but I wish you

20    all the best.

21              THE COURT:  Okay.  Have a nice break.

22                       (Whereupon the hearing was

23                        adjourned at 5:35 p.m.)

24

25
```

1        <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2

3             I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8        Dated this 20th day of August, 2015.

9

10                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
                                Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$20** [1] - 20:13

## /

**/s/Lisa** - 57:10

## 1

**1** [16] - 49:18, 49:24,
52:12, 52:14, 52:21,
52:25, 53:17, 54:5,
54:10, 54:12, 54:20,
55:10, 55:15, 55:19,
55:22
**10** [1] - 12:23
**100** [1] - 17:2
**11** [1] - 16:16
**1150** [1] - 1:16
**11:00** [1] - 23:16
**13** [1] - 17:8
**1712** [1] - 1:13
**1850** [1] - 1:16
**1:11-cv-02210-CRC**
[1] - 1:3

## 2

**20** [1] - 22:7
**20/20** [2] - 35:2, 35:9
**20001** [3] - 1:20, 1:23,
57:12
**20006** [2] - 1:13, 1:16
**2010** [1] - 5:3
**2015** [2] - 1:4, 57:8
**202** [3] - 1:14, 1:17,
1:20
**202-354-3187** [1] -
1:24
**20th** [1] - 57:8
**21st** [2] - 23:2, 23:18
**223-8181** [1] - 1:17
**277-6213** [1] - 1:14
**2:00** [1] - 23:16
**2:20** [1] - 1:5

## 3

**30** [2] - 1:4, 12:22
**333** [2] - 1:23, 57:12
**3:00** [1] - 23:16
**3:40** [1] - 48:24

## 4

**4** [1] - 32:1
**441** [1] - 1:19

## 5

**5'8"** [1] - 9:11

**51** [1] - 17:4
**5:30** [2] - 49:1, 49:5
**5:35** [1] - 56:23

## 6

**6718** [2] - 1:22, 57:11

## 7

**724-6600** [1] - 1:20
**74** [1] - 23:25
**7D** [2] - 8:8, 18:9

## 9

**9** [1] - 5:3
**915** [1] - 1:13
**9:00** [4] - 51:10, 51:13,
56:4, 56:7

## A

**a.m** [3] - 51:10, 51:13,
56:8
**abbreviated** [2] - 50:5,
52:13
**ability** [1] - 57:7
**able** [4] - 10:20, 28:21,
44:18, 56:1
**abrasion** [3] - 5:24,
6:8, 31:14
**abrasions** [1] - 6:10
**absolute** [2] - 17:3,
38:15
**account** [2] - 4:12,
11:14
**accountable** [4] -
4:14, 20:4, 20:5,
39:10
**accounts** [1] - 9:9
**accurate** [2] - 17:15,
57:5
**accuse** [1] - 15:22
**accused** [2] - 19:4,
38:4
**Ace** [10] - 5:19, 7:14,
7:24, 8:10, 8:18,
8:21, 14:6, 17:20,
18:2, 24:13
**action** [2] - 36:13,
40:13
**actions** [2] - 3:5, 4:13,
36:14
**actively** [1] - 11:12
**actual** [1] - 16:6
**additional** [1] - 51:24
**additionally** [1] - 8:15
**adjourned** [1] - 56:23
**administered** [1] -
28:20, 29:24, 30:3

17:11
**admitted** [5] - 29:12,
30:3, 47:15, 47:19,
53:3
**adopted** [1] - 22:2
**adrenaline's** [1] -
29:20
**advice** [3] - 32:6, 32:7,
32:12
**advocates** [1] - 46:20
**AFTERNOON** [1] - 1:9
**afternoon** [2] - 22:13,
23:16
**agent** [1] - 2:14
**aggressive** [1] - 13:8
**aggressor** [2] - 12:3
**agitated** [1] - 23:21
**ago** [4] - 10:15, 17:18,
17:19, 43:5
**agree** [6] - 4:19, 21:13,
46:23, 53:15, 53:22,
54:10
**agreed** [1] - 13:4
**agreement** [2] - 45:20,
46:3
**aid** [3] - 23:8, 28:14,
35:24
**aided** [1] - 1:25
**air** [1] - 9:12
**al** [1] - 1:6
**allegations** [1] - 42:7
**allowed** [3] - 19:25,
37:12, 49:20
**alter** [2] - 51:1, 54:14
**altercation** [1] - 23:9
**Amendment** [8] - 2:16,
4:6, 15:14, 23:1,
36:7, 36:9, 36:11
**amount** [5] - 3:12,
3:13, 18:22, 20:6,
20:8, 21:22
**amounts** [1] - 18:24,
18:25
**and-17-second** [1] -
50:1
**angle** [5] - 25:5, 25:6,
25:8, 30:8
**anguish** [1] - 19:3
**announce** [2] - 46:12,
48:18
**announced** [1] - 46:15
**answer** [7] - 21:12,
40:24, 40:25, 47:4,
47:5, 47:8, 47:9
**answers** [1] - 47:3
**anxious** [1] - 7:5
**anyway** [1] - 31:24
**apart** [1] - 51:2
**APO** [5] - 6:3, 13:6,
32:21, 33:7, 34:19
**appearance** [1] -

**APPEARANCES** [1] -
1:11
**appreciate** [4] - 22:17,
22:20, 43:23, 43:25
**approach** [2] - 38:22,
41:3
**approaching** [1] - 37:6
**appropriate** [2] - 3:12,
31:2
**area** [2] - 5:13, 12:19
**areas** [1] - 13:4
**arm** [13] - 5:13, 12:6,
27:19, 27:21, 28:8,
28:17, 28:18, 28:19,
28:21, 30:23, 31:4,
31:6
**arms** [6] - 26:15,
30:22, 31:7, 37:17,
37:19, 37:20
**arraignment** [1] - 6:20
**arrest** [18] - 15:21,
21:19, 23:6, 23:10,
33:2, 33:4, 33:8,
33:14, 33:19, 33:20,
34:3, 34:21, 34:22,
35:23, 36:20, 37:7,
38:9
**arrested** [2] - 4:7,
34:19
**arresting** [1] - 33:23
**aside** [1] - 19:16
**assault** [4] - 6:3, 7:2,
7:15, 22:25
**assaulted** [1] - 13:7
**assembly** [1] - 15:16
**assess** [2] - 17:10,
18:19
**attack** [2] - 8:11, 14:12
**attending** [3] - 4:6,
32:7, 32:8
**attention** [3] - 8:1,
22:21, 38:20
**attitude** [1] - 46:8
**ATTORNEY** [1] - 1:19
**attorneys** [1] - 19:14
**August** [1] - 57:8
**automatically** [1] -
36:11
**Avenue** [2] - 1:23,
57:12
**avoid** [1] - 46:16
**award** [2] - 18:22, 20:5
**awesome** [1] - 22:9

## B

**balance** [1] - 19:9
**Bank** [2] - 5:2, 23:13
**based** [1] - 34:5,

36:14, 44:17
**basic** [1] - 19:3
**batons** [1] - 13:23
**battery** [1] - 21:16
**bear** [3] - 5:10, 29:11,
45:11
**bear-hugged** [1] -
29:11
**beat** [1] - 15:20
**beaten** [2] - 4:6, 14:17
**beating** [2] - 5:17, 8:17
**become** [3] - 31:12,
34:16
**becomes** [1] - 45:3
**becoming** [1] - 23:21
**BEFORE** [1] - 1:9
**beg** [1] - 44:7
**beginning** [4] - 22:24,
44:24, 46:9, 46:18
**behind** [2] - 18:4, 31:7
**belief** [5] - 33:8, 33:11,
33:14, 33:18, 33:21,
38:10
**beliefs** [1] - 46:5
**believes** [1] - 4:22
**Ben** [3] - 24:13, 49:24,
53:8
**bench** [4] - 38:25,
39:17, 41:5, 41:14
**best** [4] - 29:6, 56:2,
56:20, 57:6
**better** [2] - 4:23, 43:11
**between** [2] - 12:1,
41:24
**beyond** [4] - 16:18,
16:20, 33:17, 49:2
**bicycle** [2] - 28:17,
42:22
**big** [1] - 40:18
**bike** [2] - 27:9, 42:23
**bikes** [1] - 23:25
**Bill** [6] - 2:15, 2:19,
3:1, 3:6, 21:25, 22:5
**Biros** [14] - 5:19, 7:14,
7:17, 8:19, 8:21,
13:22, 14:2, 17:20,
18:3, 24:13, 25:16,
49:24, 50:4, 53:9
**Biros's** [1] - 13:25
**bit** [1] - 18:12
**black** [1] - 16:3
**Block** [2] - 6:17, 6:19
**blow** [1] - 28:21
**blows** [2] - 29:25, 30:2
**blurry** [1] - 25:4
**blurts** [1] - 32:23
**body** [2] - 12:6, 30:21
**bother** [1] - 36:17
**break** [3] - 9:5, 56:21

**breaking** [1] - 43:16
**breaks** [1] - 9:18
**breathing** [1] - 31:6
**brief** [1] - 39:2
**bring** [1] - 2:20
**brings** [2] - 7:9, 25:22
**broke** [2] - 11:3, 15:1
**brought** [2] - 6:16, 36:6
**brutality** [2] - 12:24, 14:13
**buffer** [1] - 41:24
**building** [3] - 5:9, 23:17, 40:9
**burden** [5] - 16:16, 22:4, 38:16, 44:1, 44:4
**burden's** [1] - 44:6
**bus** [1] - 20:14
**but..** [1] - 52:4

## C

**CA** [1] - 1:3
**calmly** [1] - 46:17
**camera** [4] - 25:7, 25:14, 25:16, 25:18
**camera's** [1] - 25:18
**cannot** [3] - 19:6, 19:12, 35:9
**capture** [2] - 14:3, 25:5
**captures** [1] - 54:10
**capturing** [2] - 25:15, 50:21
**care** [1] - 20:23
**career** [1] - 36:16
**careful** [1] - 22:21
**Carney** [1] - 32:11
**carried** [2] - 5:5, 44:1
**carrying** [1] - 26:14
**case** [32] - 4:13, 4:15, 7:13, 8:7, 16:18, 16:19, 21:13, 22:6, 22:21, 22:23, 22:24, 22:25, 23:1, 24:8, 25:23, 43:24, 44:1, 44:2, 44:6, 44:24, 45:1, 45:2, 45:9, 45:21, 46:12, 46:15, 46:18, 55:17, 55:19, 56:5, 56:6
**caught** [7] - 9:22, 9:23, 11:5, 14:2, 29:5, 40:13, 43:3
**caused** [3] - 6:11, 20:7, 26:5
**causes** [1] - 16:24
**CDU** [1] - 23:25
**cell** [4] - 6:13, 6:14,

6:19
**Cell** [2] - 6:17, 6:19
**Central** [2] - 6:17, 6:19
**centuries** [1] - 22:2
**certain** [2] - 39:24, 46:13
**certainly** [1] - 40:13
**certainty** [1] - 17:3
**CERTIFICATE** [1] - 57:1
**certifications** [1] - 34:17
**certify** [1] - 57:4
**chair** [1] - 44:3
**CHANG** [1] - 1:18
**Chang** [1] - 22:15
**change** [3] - 9:23, 10:9, 45:23
**changed** [2] - 9:20, 42:10
**chanting** [4] - 15:25, 16:11, 23:21, 27:6
**chaotic** [2] - 25:18, 25:21
**charge** [2] - 15:21, 16:6
**charged** [1] - 6:2
**charges** [2] - 6:22, 6:25
**check** [2] - 38:7, 38:11
**checked** [1] - 32:11
**checkmark** [3] - 21:14, 21:16
**choice** [1] - 11:5
**choices** [1] - 2:17
**choke** [1] - 31:5
**chosen** [1] - 2:20
**CHRISTOPHER** [1] - 1:9
**circumstance** [3] - 26:18, 28:1, 36:1
**circumstances** [9] - 4:1, 26:3, 35:14, 37:24, 38:1, 42:15, 42:17, 45:12
**civility** [1] - 44:20
**claim** [5] - 17:6, 21:18, 34:23, 36:6, 45:16
**claims** [7] - 24:20, 29:9, 33:1, 34:4, 34:24, 38:3, 38:5
**class** [2] - 7:18, 40:16
**clean** [1] - 52:1
**cleansed** [1] - 51:18
**clear** [6] - 3:23, 9:21, 17:20, 27:16, 29:7, 43:8
**clearly** [1] - 13:25
**clip** [1] - 52:8
**close** [6] - 8:1, 13:23,

14:6, 14:9, 18:2, 39:11
**closely** [1] - 29:17
**closest** [1] - 41:21
**closing** [1] - 39:12
**Coates** [2] - 45:5, 52:1
**cobwebs** [1] - 42:22
**cold** [1] - 6:13
**College** [1] - 7:23
**Columbia** [2] - 22:17, 38:19
**COLUMBIA** [2] - 1:1, 1:6
**comfortable** [2] - 48:21, 54:16
**coming** [7] - 9:12, 13:23, 14:21, 27:10, 30:17, 40:14
**commands** [1] - 27:16
**committed** [8] - 4:4, 7:1, 13:6, 16:1, 21:15, 21:16, 32:21, 33:7
**committing** [1] - 15:22
**common** [2] - 37:13, 38:4
**communicate** [4] - 45:1, 45:4, 45:7, 45:8
**communications** [1] - 45:2
**community** [3] - 3:16, 4:24, 13:14
**compensate** [2] - 19:2, 21:5
**compensation** [1] - 19:20
**complete** [3] - 11:3, 47:12, 57:6
**completed** [3] - 31:18, 34:2, 34:5
**completely** [3] - 14:9, 19:1, 29:5
**completes** [1] - 33:24
**compliance** [2] - 30:1, 30:20
**comply** [1] - 4:9
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concerned** [2] - 20:21, 53:13
**concerning** [1] - 45:9
**concise** [1] - 17:20
**conclusion** [2] - 26:10, 50:8
**conduct** [1] - 46:8
**conference** [4] - 38:24, 39:17, 41:4, 41:14

**confident** [2] - 22:10, 38:1
**confronted** [1] - 18:16
**confusion** [1] - 27:12
**congratulations** [1] - 49:11
**conscience** [1] - 46:4
**consider** [15] - 18:18, 19:5, 19:6, 19:8, 19:10, 19:11, 19:13, 19:16, 19:21, 44:18, 47:17, 47:20, 48:6, 50:18, 52:18
**considerable** [1] - 46:9
**consideration** [3] - 44:7, 44:23, 48:25
**considered** [1] - 46:22
**considering** [2] - 16:23, 50:6
**consistent** [4] - 9:17, 25:1, 25:2, 43:6
**constitutes** [1] - 57:4
**Constitution** [7] - 1:23, 2:22, 3:19, 3:20, 4:3, 4:9, 57:12
**constitutional** [1] - 38:3
**consult** [1] - 45:19
**contact** [3] - 5:12, 12:1, 52:3
**contains** [2] - 47:2, 47:3
**continue** [1] - 20:22
**continuum** [1] - 27:17
**contradict** [3] - 4:21, 8:24, 8:25
**controlled** [4] - 23:10, 28:11, 28:24, 28:25
**convenience** [1] - 47:1
**convinced** [1] - 45:24
**convincing** [2] - 13:3, 16:24
**COOPER** [1] - 1:9
**cops** [1] - 7:14
**copy** [3] - 3:23, 33:25, 48:1
**corner** [1] - 14:8
**corralled** [2] - 5:9, 35:17
**correct** [2] - 50:16, 53:19
**correspond** [1] - 55:21
**Cory** [32] - 5:14, 5:15, 9:4, 10:22, 12:20, 15:13, 15:24, 15:25, 16:4, 16:9, 18:4, 21:18, 21:19, 22:16, 23:8, 24:5, 24:8, 25:1, 28:13, 28:20,

29:24, 33:1, 33:6, 33:12, 33:23, 34:5, 34:20, 36:6, 37:23, 38:2, 38:9, 38:18
**Cory's** [5] - 27:9, 28:16, 30:23, 36:13, 36:15
**counsel** [7] - 38:22, 46:25, 49:23, 50:3, 53:7, 53:10, 56:19
**counselor** [1] - 7:8
**country** [1] - 15:14
**couple** [3] - 14:7, 16:14, 17:12
**courageously** [1] - 2:19
**course** [1] - 33:24
**Court** [7] - 1:21, 1:22, 17:9, 36:9, 37:12, 51:19, 57:10
**COURT** [54] - 1:1, 2:2, 2:6, 2:10, 6:24, 11:24, 20:17, 21:1, 21:8, 22:12, 38:22, 39:1, 39:4, 39:7, 39:10, 39:14, 39:16, 39:18, 41:3, 41:6, 41:11, 41:13, 44:9, 49:11, 49:13, 49:16, 50:2, 50:10, 50:13, 50:15, 50:17, 51:20, 51:23, 52:1, 52:5, 52:11, 52:20, 53:12, 53:15, 53:20, 54:2, 54:7, 54:16, 54:19, 54:24, 55:1, 55:5, 55:8, 55:13, 56:11, 56:15, 56:17, 56:21, 57:1
**court** [16] - 7:6, 7:9, 18:14, 18:20, 20:4, 29:16, 44:14, 45:10, 45:15, 48:18, 48:25, 49:20, 53:2, 53:17, 55:24
**Court's** [2] - 16:13, 19:19
**courthouse** [1] - 2:23
**Courthouse** [2] - 1:22, 57:11
**COURTROOM** [2] - 32:4, 52:3
**courtroom** [14] - 2:9, 6:21, 7:1, 10:18, 36:3, 45:5, 45:12, 47:13, 48:10, 48:13, 48:17, 49:10, 55:12, 56:10
**cover** [2] - 29:10, 29:11

**Craig** [1] - 23:8
**Cramer** [1] - 52:3
**cream** [1] - 43:13
**create** [1] - 41:24
**credibility** [5] - 17:8, 17:10, 32:13, 32:14, 41:7
**crime** [6] - 4:5, 15:22, 16:2, 16:5, 19:4, 33:7
**criminal** [2] - 16:18, 25:23
**crisis** [1] - 7:8
**criticize** [1] - 15:17
**criticizing** [1] - 16:11
**crowd** [5] - 10:24, 13:24, 24:2, 26:6, 29:1, 35:16, 37:4
**CRR** [3] - 1:21, 57:3, 57:10
**curb** [1] - 31:14
**cut** [1] - 23:23

**D**

**D.C** [5] - 1:4, 5:1, 5:5, 7:6, 43:12
**damage** [1] - 39:5
**damages** [2] - 18:22, 20:6
**date** [1] - 47:11
**Dated** [1] - 57:8
**dates** [1] - 21:23
**DC** [5] - 1:13, 1:16, 1:20, 1:23, 57:12
**deadly** [2] - 15:7, 31:4
**deal** [1] - 54:3
**decide** [13] - 2:25, 7:12, 11:7, 11:10, 15:13, 21:4, 25:23, 36:5, 37:22, 44:5, 45:21, 49:4
**decided** [2] - 5:6, 43:12
**deciding** [1] - 42:13
**decision** [5] - 12:24, 19:1, 22:6, 22:8, 46:2
**defamation** [5] - 34:4, 34:23, 35:1, 38:6, 38:8
**defamed** [1] - 4:7
**defendant** [3] - 3:25, 4:2, 45:18
**Defendants** [2] - 1:7, 1:18
**defendants** [9] - 3:2, 3:3, 3:5, 4:8, 4:14, 19:6, 19:14, 20:4, 20:9

**Defendants'** [7] - 49:18, 52:25, 53:16, 54:5, 54:11, 55:10, 55:18
**Defense** [3] - 52:21, 54:20, 55:15
**defenseless** [2] - 12:22, 15:5
**deliberate** [3] - 39:21, 45:20, 49:2
**deliberation** [1] - 51:18
**deliberations** [11] - 19:23, 39:22, 44:11, 44:13, 45:3, 46:9, 46:19, 48:3, 48:19, 53:22, 53:24
**demeanor** [1] - 17:11
**department** [1] - 8:13
**deposed** [2] - 29:15, 42:4
**deposition** [3] - 10:6, 11:1, 18:13
**depositions** [3] - 9:25, 10:3, 18:13
**DEPUTY** [2] - 32:4, 52:3
**deputy** [4] - 45:5, 45:13, 48:10, 48:13
**described** [1] - 3:17
**deserve** [1] - 43:22
**deserves** [1] - 44:8
**designation** [1] - 16:5
**despite** [1] - 12:10
**detail** [1] - 23:15
**details** [2] - 10:12, 17:22
**determination** [1] - 46:12
**determine** [3] - 4:11, 26:1, 28:6
**determines** [1] - 33:19
**different** [9] - 10:25, 11:2, 17:9, 25:8, 30:7, 30:8, 46:2, 52:21, 52:22
**dignity** [1] - 19:3
**direction** [1] - 40:9
**discovery** [1] - 10:2
**discuss** [2] - 49:3, 56:5
**discussing** [3] - 39:23, 45:22, 46:18
**discussion** [1] - 46:15
**discussions** [1] - 44:19
**disingenuous** [1] - 41:17
**disk** [1] - 53:4
**dislike** [2] - 19:13,

19:15
**dismiss** [1] - 49:8, 51:12, 55:8, 56:4
**dismounting** [1] - 27:9
**disorderly** [1] - 35:17
**displayed** [1] - 53:17
**dispute** [1] - 4:16
**disruptive** [3] - 23:22, 24:2, 35:17
**District** [6] - 22:16, 36:15, 38:18, 39:8, 41:15, 51:17
**district** [2] - 6:12, 8:7
**DISTRICT** [4] - 1:1, 1:1, 1:6, 1:10
**divided** [1] - 45:15
**doctor** [3] - 6:9, 31:20, 31:23
**document** [3] - 16:1, 32:11, 34:21
**documents** [1] - 29:13
**dollar** [2] - 18:24
**done** [7] - 24:6, 31:24, 35:14, 36:4, 37:2, 41:20, 44:4
**doubt** [3] - 16:19, 16:20, 33:18
**down** [39] - 4:25, 5:3, 9:2, 9:4, 9:6, 9:13, 9:19, 11:4, 11:21, 12:17, 13:23, 18:5, 23:5, 24:16, 24:18, 24:25, 26:5, 26:24, 27:2, 27:5, 27:14, 28:3, 28:12, 28:25, 29:12, 29:14, 29:22, 30:14, 30:17, 31:9, 35:22, 37:16, 38:13, 40:6, 40:14, 42:12, 43:12, 43:19, 44:3
**downtown** [1] - 13:13
**Dr** [1] - 32:11
**During** [1] - 5:5
**during** [4] - 25:12, 43:19, 45:3, 48:3
**duties** [1] - 33:24
**duty** [2] - 42:23, 45:19
**DVD** [6] - 49:19, 49:24, 50:4, 50:6, 50:14, 51:3

**E**

**easily** [1] - 38:11
**effect** [2] - 22:1, 46:5
**eight** [1] - 9:9
**either** [6] - 10:21, 10:23, 17:3, 19:22, 45:5, 55:18
**elbow** [6] - 5:13,

12:12, 12:13, 12:14, 12:16, 14:15
**elbows** [1] - 13:23
**electronic** [1] - 45:2
**element's** [1] - 36:10
**elements** [1] - 36:9
**ELMO** [1] - 32:3
**emails** [1] - 49:13
**emergency** [2] - 6:7, 43:2
**Emerson** [1] - 7:23
**emotional** [3] - 7:7, 19:2, 21:3
**employ** [1] - 35:9
**EMT** [1] - 34:16
**enable** [1] - 47:23
**encounter** [2] - 43:2, 49:25
**encourage** [1] - 44:20
**end** [5] - 29:18, 29:22, 39:17, 41:14, 47:6
**ends** [1] - 49:1
**enforce** [3] - 2:19, 3:6, 3:7
**engage** [1] - 31:15
**engagement** [1] - 36:12
**engaging** [4] - 29:13, 36:8, 36:10, 36:21
**enjoy** [1] - 2:22
**enjoying** [1] - 56:18
**enter** [1] - 21:22
**entering** [1] - 46:10
**enters** [2] - 2:9, 55:12
**entire** [5] - 12:25, 36:16, 49:21, 50:6, 51:3
**entitled** [1] - 20:9
**ESQ** [4] - 1:12, 1:15, 1:18, 1:18
**esteemed** [1] - 13:2
**et** [1] - 1:6
**event** [1] - 14:1
**eventually** [1] - 5:22
**everywhere** [1] - 25:12
**evidence** [26] - 4:20, 16:21, 16:23, 22:21, 24:10, 31:5, 31:10, 37:11, 38:12, 42:19, 42:25, 43:1, 43:6, 43:7, 44:18, 44:20, 44:23, 46:5, 47:16, 47:19, 47:23, 50:11, 52:10, 52:16, 52:17
**exactly** [1] - 18:5
**exaggerate** [1] - 14:20, 14:22
**examine** [2] - 47:16, 47:20
**except** [2] - 45:7, 45:9

**excerpt** [1] - 55:10
**excessive** [9] - 3:4, 3:13, 3:21, 3:24, 11:13, 13:9, 13:11, 13:14, 21:14
**excitement** [1] - 14:4
**exercising** [1] - 4:5
**exhibit** [2] - 53:9, 54:17
**Exhibit** [17] - 32:1, 49:18, 49:24, 52:12, 52:14, 52:21, 52:25, 53:17, 54:5, 54:9, 54:12, 54:20, 55:10, 55:15, 55:18, 55:22
**exhibits** [7] - 47:15, 47:18, 48:20, 48:22, 49:24, 53:8, 55:1
**exits** [2] - 49:10, 56:10
**expect** [1] - 17:22
**expecting** [1] - 45:20
**experience** [2] - 8:4, 19:12
**expert** [2] - 3:10, 13:1
**experts** [3] - 13:2, 13:10, 35:4
**explanation** [1] - 11:5
**expression** [2] - 15:16, 46:11
**extraneous** [1] - 55:18
**Eye** [1] - 1:13
**eyes** [9] - 11:18, 11:19, 11:20, 11:25, 12:5, 12:10, 12:18, 12:20, 33:22
**eyewitnesss** [2] - 5:18, 24:12

**F**

**facilitate** [1] - 44:19
**fact** [13] - 11:15, 13:4, 14:18, 19:6, 19:8, 24:15, 27:22, 29:17, 32:17, 32:21, 34:5, 34:19, 34:20
**factor** [2] - 36:13, 36:19
**facts** [5] - 4:15, 4:16, 4:18, 35:14, 46:20
**fair** [4] - 19:20, 20:8, 44:17, 44:23
**fairly** [2] - 19:1, 39:2
**faith** [6] - 33:8, 33:11, 33:14, 33:18, 33:21, 38:10
**falls** [1] - 28:17
**false** [6] - 21:19, 33:1, 33:2, 33:13, 33:20, 38:9

**falsely** [2] - 4:7, 19:4
**family** [2] - 20:12, 56:14
**fast** [3] - 27:14, 29:19, 31:12
**fast-paced** [1] - 29:19
**favor** [2] - 38:2, 38:17
**favoring** [1] - 16:23
**favors** [3] - 16:25, 45:17, 46:1
**FEATHERSTONE** [32] - 1:18, 2:4, 6:23, 11:23, 20:16, 20:25, 22:13, 32:5, 41:2, 41:10, 49:12, 49:22, 50:3, 50:11, 50:14, 50:16, 50:20, 51:17, 51:21, 51:24, 53:6, 53:13, 53:19, 53:23, 54:6, 54:11, 54:18, 54:23, 54:25, 55:3, 55:7, 55:11
**Featherstone** [5] - 22:12, 22:14, 38:22, 40:23, 43:10
**feelings** [1] - 19:15
**feet** [2] - 13:22, 14:7
**fell** [1] - 24:21
**fellow** [5] - 23:7, 33:9, 33:12, 34:6, 45:22
**felony** [2] - 6:3, 15:21
**felt** [1] - 12:16
**few** [1] - 11:17
**fighting** [1] - 4:23
**figure** [4] - 26:12, 40:21, 42:14, 53:20
**file** [1] - 2:18
**fill** [3] - 39:21, 48:16
**filling** [1] - 21:24
**film** [5] - 7:18, 7:22, 14:4, 40:10, 40:15
**finally** [5] - 6:20, 7:9, 10:8, 18:10, 21:22
**fine** [1] - 49:6
**fingerprinted** [1] - 6:17
**finish** [1] - 51:9
**first** [12] - 3:2, 4:22, 7:12, 12:1, 21:3, 21:12, 32:19, 32:22, 36:10, 44:12, 51:7, 52:6
**First** [7] - 2:16, 4:5, 15:14, 23:1, 36:7, 36:9, 36:11
**fists** [1] - 13:23
**five** [5] - 17:19, 36:2, 39:3, 43:5, 44:3
**five-minute-and-35-** **second** [2] - 49:19,

52:8
**fixture** [1] - 40:8
**flag** [19] - 5:5, 11:12, 11:21, 11:22, 13:7, 14:2, 23:4, 26:21, 26:23, 26:24, 30:8, 30:10, 30:13, 30:16, 38:13, 41:23
**flags** [1] - 40:17
**focus** [3] - 17:12, 50:24, 54:24
**foggy** [2] - 10:21, 17:17
**follow** [3] - 20:1, 47:9, 48:7
**following** [3] - 19:19, 38:24, 41:4
**foot** [6] - 9:10, 14:2, 40:6, 40:14, 43:15
**footage** [1] - 55:4
**FOR** [1] - 1:1
**force** [21] - 3:4, 3:12, 3:13, 3:14, 3:21, 3:24, 3:25, 11:14, 13:8, 13:11, 13:14, 21:14, 27:17, 29:13, 29:25, 31:2, 31:3, 31:4, 42:6, 43:8
**forced** [3] - 3:6, 3:7, 20:10
**forcing** [1] - 12:19
**forearm** [2] - 14:16, 31:9
**foregoing** [1] - 57:4
**forehead** [5] - 5:25, 6:8, 31:14
**foreperson** [10] - 21:23, 44:12, 44:13, 44:16, 45:6, 47:5, 47:11, 48:14, 48:15, 48:18
**forget** [1] - 41:1
**form** [9] - 18:24, 21:10, 21:25, 47:1, 47:3, 47:7, 47:12, 48:16
**Former** [1] - 22:15
**forward** [1] - 6:5
**four** [2] - 45:16
**Fourth** [2] - 1:19, 2:16
**fourth** [1] - 3:6
**free** [5] - 3:21, 4:12, 15:20, 47:24, 48:9
**Freedom** [2] - 23:17, 27:3
**freedom** [5] - 15:15, 15:16, 19:4, 19:10
**friend** [2] - 7:7, 50:22
**friendship** [1] - 18:7
**front** [5] - 6:21, 25:17,

41:21, 50:23, 52:14
**full** [16] - 6:21, 9:1, 9:5, 15:9, 18:1, 20:8, 22:5, 29:25, 44:22, 47:23, 49:24, 50:4, 50:12, 50:13, 53:8, 57:5
**full-force** [1] - 29:25
**fully** [1] - 19:1
**fun** [1] - 56:17
**fundamental** [1] - 2:15

## G

**gain** [1] - 8:4
**general** [1] - 22:23
**GENERAL/DC** [1] - 1:19
**generally** [2] - 48:24, 48:25
**gentlemen** [19] - 2:13, 21:24, 22:14, 23:14, 24:7, 25:4, 25:10, 25:21, 26:1, 26:11, 27:17, 30:24, 32:14, 34:23, 35:8, 37:8, 38:17, 39:19, 44:10
**given** [4] - 16:13, 25:12, 37:24, 47:19
**gloss** [1] - 40:22
**government** [4] - 2:14, 15:17, 19:14, 42:2
**grab** [3] - 27:4, 28:18, 41:22
**grabbed** [3] - 23:5, 29:18, 41:19
**grabbing** [1] - 9:18
**grabs** [2] - 5:10, 33:10
**graduate** [1] - 7:22
**great** [1] - 10:18
**greater** [1] - 3:25
**green** [1] - 14:8
**grinding** [1] - 12:11
**ground** [11] - 5:11, 12:12, 12:21, 15:6, 24:15, 28:15, 28:16, 29:12, 30:19, 37:17, 41:19
**guaranteed** [1] - 2:14
**guarantees** [2] - 2:19, 3:21
**guard** [1] - 29:5
**guess** [1] - 43:11
**guy** [1] - 27:13

## H

**half** [2] - 8:25, 43:17
**Hamilton** [1] - 22:3
**hand** [3] - 12:8, 14:18,

24:20
**handcuffs** [2] - 5:23, 28:9
**hands** [8] - 15:2, 15:3, 15:4, 15:7, 15:8, 15:10, 28:11
**hard** [1] - 42:20
**harm** [2] - 19:9, 34:14, 34:15
**harmed** [1] - 34:19
**harms** [3] - 20:7, 21:3, 21:6
**hat** [1] - 14:8
**hate** [4] - 15:22, 16:2, 16:4, 56:16
**hazy** [5] - 29:21, 42:3, 42:4, 42:5, 42:6
**head** [31] - 5:12, 9:13, 11:11, 11:15, 12:12, 12:13, 12:17, 12:19, 23:4, 26:4, 26:5, 26:21, 27:10, 27:11, 28:3, 29:4, 29:7, 29:8, 37:5, 37:14, 40:7, 40:15, 40:22, 42:16, 42:17, 42:18, 42:21, 43:12, 43:14, 43:16, 43:19
**health** [1] - 31:21
**hear** [6] - 6:4, 7:1, 24:12, 27:20, 32:9, 36:22
**heard** [22] - 3:9, 3:10, 3:11, 5:4, 10:6, 10:7, 13:1, 13:10, 15:24, 16:4, 16:18, 17:9, 18:12, 20:15, 20:18, 27:6, 34:9, 34:11, 35:2, 35:3, 36:18, 37:10
**hearing** [4] - 38:25, 41:5, 42:9, 56:22
**held** [4] - 4:12, 20:4, 38:24, 41:4
**HELD** [1] - 1:9
**helmet** [2] - 9:6, 42:21
**help** [2] - 36:19, 44:19
**helpful** [1] - 49:2
**hereby** [1] - 57:3
**hesitate** [2] - 45:23, 46:14
**high** [1] - 40:18
**highlight** [2] - 16:14, 17:7
**highlights** [1] - 13:21
**himself** [4] - 6:4, 7:9, 24:17, 41:24
**hindsight** [2] - 35:2, 35:9
**hit** [9] - 14:14, 25:25,

27:10, 27:11, 28:2, 33:9, 40:21, 42:20, 43:19
**hitting** [2] - 5:22, 30:17
**hold** [3] - 20:5, 24:4, 39:10
**holding** [6] - 4:13, 9:11, 24:16, 24:18, 24:25, 25:16, 40:10, 41:22
**holds** [1] - 46:2
**home** [2] - 37:1, 37:3
**honest** [1] - 46:5
**Honor** [11] - 2:4, 2:5, 2:8, 20:25, 49:12, 49:22, 53:6, 53:11, 53:24, 55:3, 55:11
**HONORABLE** [1] - 1:9
**hope** [2] - 43:23, 43:25
**horns** [1] - 35:20
**hospital** [2] - 6:15, 31:19, 31:20
**hours** [1] - 6:14
**House** [2] - 50:23, 52:15
**hug** [1] - 5:10
**huge** [3] - 26:21, 26:22, 26:24
**hugged** [1] - 29:11
**human** [1] - 19:3
**humiliation** [2] - 19:3, 19:7
**hunt** [1] - 50:23

## I

**ice** [1] - 43:13
**idea** [1] - 10:16
**identification** [1] - 47:18
**identify** [1] - 14:8
**ignore** [1] - 48:7
**imagine** [1] - 20:12
**imagined** [1] - 40:5
**imagining** [1] - 42:16
**IMF** [5] - 5:2, 15:17, 23:15, 23:17, 26:23
**IMF/World** [1] - 23:13
**immediate** [1] - 38:13
**immediately** [5] - 30:9, 30:18, 31:15, 32:19, 38:7
**impeach** [1] - 18:11
**importance** [1] - 46:10
**important** [6] - 19:9, 21:2, 21:4, 21:5, 37:9, 43:24
**impresses** [2] - 17:13, 17:14

**IN** [1] - 1:1
**incident** [4] - 8:17, 32:20, 50:9, 53:10
**includes** [1] - 52:14
**including** [3] - 32:15, 45:2, 45:12
**inconsistencies** [1] - 10:8
**inconsistent** [2] - 18:11, 18:17
**independent** [5] - 7:13, 7:16, 7:24, 8:18, 56:6
**indicate** [1] - 51:4
**individual** [3] - 2:14, 3:14, 17:14
**influenced** [1] - 45:25
**information** [2] - 34:13, 54:14
**informed** [1] - 46:25
**initial** [2] - 12:3, 46:17
**injured** [7] - 4:4, 4:8, 5:24, 20:19, 31:16, 32:22, 42:24
**injuries** [2] - 6:1, 6:9
**innocent** [1] - 6:5
**inside** [1] - 30:23
**instead** [2] - 37:3, 55:1
**instruct** [1] - 54:19
**instructed** [4] - 3:20, 18:15, 18:23, 48:4
**Instruction** [1] - 16:15
**instruction** [4] - 3:23, 16:22, 17:7, 17:13
**instructions** [14] - 16:14, 19:20, 33:2, 33:5, 35:9, 35:11, 47:7, 47:10, 48:2, 48:5, 48:6, 48:8, 48:10, 48:22
**insulting** [1] - 13:12
**insurance** [1] - 31:21
**intended** [2] - 31:5, 51:4
**intention** [1] - 24:20
**intentionally** [1] - 31:11
**interaction** [1] - 12:22
**interesting** [1] - 24:13
**invite** [1] - 44:21
**involved** [2] - 18:8, 29:17
**involves** [1] - 16:20
**involving** [1] - 16:19
**irrelevant** [2] - 53:22, 53:23
**isolated** [1] - 7:5
**issue** [6] - 16:24, 22:6, 28:25, 29:22, 52:6, 53:2

**issues** [2] - 11:10, 39:23

**J**

**jabbing** [1] - 9:3
**Jefferson** [1] - 22:3
**JEFFREY** [2] - 1:12, 1:12
**job** [4] - 7:19, 8:2, 22:10, 37:9
**jobs** [1] - 34:18
**joined** [1] - 5:4
**JUDGE** [1] - 1:10
**judge** [5] - 3:20, 6:20, 18:15, 18:22, 24:23
**judges** [1] - 46:21
**judgment** [1] - 46:22
**July** [1] - 1:4
**juncture** [1] - 54:12
**juror** [8] - 20:1, 22:4, 44:21, 46:1, 46:10, 46:14, 46:22, 46:23
**jurors** [5] - 19:21, 45:19, 45:22, 46:8, 46:16
**jurors'** [1] - 46:7
**jury** [39] - 2:3, 2:9, 2:13, 2:23, 2:24, 3:22, 4:11, 7:11, 16:13, 21:9, 22:14, 25:24, 30:25, 36:3, 38:25, 39:20, 41:5, 44:11, 45:1, 45:6, 45:7, 46:11, 46:17, 47:2, 47:4, 47:6, 47:15, 47:22, 48:1, 49:8, 49:10, 49:18, 49:23, 50:6, 52:8, 52:18, 55:12, 56:7, 56:10
**JURY** [1] - 1:9
**justice** [1] - 7:18
**justified** [1] - 13:17

**K**

**keep** [4] - 20:2, 21:20, 47:17, 49:4
**keeps** [1] - 3:14
**KERSLYN** [1] - 1:18
**Kerslyn** [1] - 22:14
**key** [4] - 3:8, 11:10, 13:5, 18:12
**keyword** [1] - 38:14
**kill** [1] - 15:8
**kind** [3] - 9:16, 35:5, 43:20
**King** [1] - 14:21
**king** [1] - 28:24

**Klotz** [6] - 3:11, 25:19, 27:20, 31:1, 35:3, 43:7
**knee** [1] - 12:19

**L**

**laceration** [1] - 5:24
**lacerations** [1] - 6:10
**ladies** [7] - 2:13, 21:24, 22:13, 23:13, 24:7, 25:4, 25:10, 25:21, 26:1, 26:10, 27:17, 30:24, 32:13, 34:23, 35:8, 37:8, 38:17, 39:19, 44:10
**laptop** [9] - 47:21, 51:7, 51:14, 51:16, 51:18, 51:24, 52:1, 55:23, 55:24
**large** [2] - 23:9, 26:23
**last** [1] - 22:18
**lasted** [1] - 12:22
**LAW** [1] - 1:12
**law** [6] - 3:19, 8:4, 19:23, 20:1, 20:2, 38:5
**lawsuit** [5] - 2:18, 7:10, 8:14, 20:3, 24:7
**lawyer** [1] - 31:17
**leave** [2] - 56:3, 56:19
**led** [1] - 4:25
**left** [1] - 11:21
**legal** [2] - 7:24, 8:4
**legs** [1] - 29:18
**length** [3] - 9:2, 25:2, 26:15
**lengthy** [1] - 16:13
**less** [2] - 20:8, 29:25
**letting** [1] - 49:3
**level** [1] - 35:19
**liable** [3] - 4:2, 33:3, 33:13
**lie** [7] - 7:17, 8:6, 8:12, 8:23, 11:6, 39:12, 41:11
**lied** [3] - 9:22, 41:1, 41:10
**life** [3] - 2:25, 14:13, 22:5
**LIGHT** [25] - 1:12, 1:12, 2:5, 2:8, 2:12, 6:25, 11:25, 20:18, 21:2, 21:9, 39:2, 39:6, 39:9, 39:13, 39:15, 39:19, 41:7, 41:12, 41:15, 51:15, 52:9, 52:12, 52:22, 52:25, 54:22

**light** [7] - 2:6, 2:11, 28:23, 32:16, 39:18, 44:9, 52:7
**likely** [1] - 17:4
**line** [2] - 8:14, 39:11
**LISA** [1] - 57:3
**Lisa** [1] - 1:21
**listening** [1] - 22:20
**live** [2] - 22:8, 40:2
**lock** [1] - 30:23
**look** [15] - 8:22, 13:16, 13:17, 14:9, 24:7, 27:25, 28:5, 30:1, 35:5, 35:12, 38:12, 42:17, 42:19, 42:25
**looking** [5] - 6:5, 27:24, 29:16, 35:24, 40:12
**loss** [2] - 19:3, 19:9
**losses** [3] - 20:7, 21:3, 21:6
**Lou** [2] - 23:10, 25:19, 31:1, 35:19
**loud** [3] - 6:22, 25:18, 27:18
**LOUIS** [1] - 1:12
**LOUISE** [1] - 1:15
**luck** [1] - 49:9
**lying** [4] - 8:21, 11:8, 12:21, 29:9

**M**

**Mack** [5] - 9:3, 10:25, 23:8, 25:2, 29:11
**Mack's** [1] - 27:10
**Madison** [1] - 22:3
**man** [1] - 20:13
**man's** [1] - 37:20
**manipulating** [1] - 55:1
**march** [10] - 5:1, 5:5, 5:6, 7:17, 7:21, 7:24, 8:3, 11:9, 16:10, 23:1
**mark** [4] - 50:1, 50:8, 51:5, 53:24
**marked** [2] - 47:18, 52:12
**Martha's** [1] - 56:16
**material** [1] - 53:21
**matter** [5] - 16:5, 16:8, 19:17, 23:10, 45:18
**matters** [4] - 18:1, 24:11, 46:9, 52:23
**Max** [1] - 24:13
**mean** [10] - 4:19, 4:20, 27:23, 28:2, 33:16, 33:17, 40:4, 52:11, 52:18, 53:10

**meaning** [4] - 2:25, 22:2, 22:5, 44:5
**means** [3] - 13:15, 17:2, 45:14
**measure** [1] - 27:24
**measuring** [1] - 28:5
**mechanical** [1] - 1:25
**meet** [1] - 20:10
**member** [2] - 23:2, 45:7
**members** [2] - 2:24, 4:11, 45:6
**memory** [3] - 10:11, 17:15, 29:6
**memory's** [2] - 10:21, 17:17
**merely** [1] - 46:6
**merits** [1] - 45:9
**message** [1] - 39:7
**met** [1] - 36:10
**middle** [1] - 17:4
**might** [5] - 40:20, 40:23, 41:17, 42:11, 46:14
**Miller** [3] - 2:7, 10:7, 19:13
**MILLER** [4] - 1:15, 56:12, 56:16, 56:18
**Miller's** [1] - 3:18
**MILLERMASCIOLA** [1] - 1:15
**mind** [4] - 35:25, 43:5, 45:11, 47:17
**mindful** [1] - 44:16
**minds** [1] - 43:4
**minimum** [1] - 31:3
**minute** [6] - 38:23, 49:25, 50:25, 54:21, 55:16
**minute-and-17-second** [1] - 51:5
**minutes** [1] - 39:3
**mission** [1] - 44:17
**moment** [3] - 25:12, 25:15, 36:2
**moments** [1] - 50:20
**Monday** [1] - 6:19
**money** [2] - 19:6, 19:8
**Moreira** [2] - 1:21, 57:10
**MOREIRA** [1] - 57:3
**morning** [8] - 6:19, 49:6, 51:10, 55:6, 55:9, 55:16, 56:4, 56:7
**most** [4] - 20:24, 21:2, 21:3, 21:5
**motion** [8] - 9:3, 9:7, 9:15, 9:16, 15:2, 25:1, 29:20, 30:11

**motivating** [2] - 36:13, 36:19
**motivation** [5] - 7:16, 7:18, 7:25, 8:6, 27:6
**motive** [2] - 17:24, 32:15
**motor** [1] - 23:25
**moved** [4] - 34:18, 50:11, 50:13, 52:16
**movement** [5] - 28:13, 30:8, 30:10, 31:11, 38:13
**moves** [1] - 40:11
**moving** [3] - 30:13, 31:8, 31:12
**MPD** [2] - 9:17, 36:16
**MR** [23] - 2:5, 2:8, 2:12, 6:25, 11:25, 20:18, 21:2, 21:9, 39:2, 39:6, 39:9, 39:13, 39:15, 39:19, 41:7, 41:12, 41:15, 51:15, 52:9, 52:12, 52:22, 52:25, 54:22
**MS** [34] - 2:4, 6:23, 11:23, 20:16, 20:25, 22:13, 32:5, 41:2, 41:10, 49:12, 49:22, 50:3, 50:11, 50:14, 50:16, 50:20, 51:17, 51:21, 51:24, 53:6, 53:13, 53:19, 53:23, 54:6, 54:11, 54:18, 54:23, 54:25, 55:3, 55:7, 55:11, 56:12, 56:16, 56:18
**mug** [1] - 6:17
**muscle** [1] - 29:25
**must** [11] - 4:1, 19:21, 25:9, 38:17, 41:18, 45:21, 46:21, 46:23, 46:24, 47:4
**mutual** [1] - 44:20

**N**

**names** [1] - 36:17
**near** [2] - 23:17, 31:4
**necessary** [4] - 4:1, 31:2, 45:3, 47:9
**neck** [5] - 5:12, 12:19, 31:4, 31:6, 31:11
**need** [15] - 7:12, 11:10, 17:2, 18:22, 18:25, 19:11, 19:16, 28:6, 29:22, 37:20, 39:20, 40:20, 43:6, 44:5, 51:15
**needed** [1] - 37:15
**negative** [1] - 52:4

**neutral** [1] - 8:18
**never** [15] - 3:4, 3:24, 13:11, 13:14, 14:12, 14:14, 24:21, 34:6, 34:10, 34:12, 36:17, 42:23, 42:24, 45:8, 45:11
**next** [6] - 10:22, 12:8, 17:7, 27:12, 29:5, 47:9
**nice** [1] - 56:21
**night** [5] - 11:9, 13:18, 35:25, 50:21, 56:9
**noise** [1] - 35:19
**none** [3] - 9:8, 39:14, 53:1
**normal** [1] - 33:24
**note** [10] - 45:4, 45:8, 45:15, 48:9, 48:12, 48:14, 49:3, 49:17, 49:18, 51:6
**notebooks** [1] - 49:9
**notes** [5] - 55:14, 56:6, 57:5
**nothing** [8] - 14:19, 15:9, 19:19, 23:14, 29:10, 31:24, 36:25, 55:25
**notice** [1] - 31:14
**notion** [3] - 25:8, 31:3, 35:2
**number** [3] - 13:1, 21:11, 42:1
**NW** [5] - 1:13, 1:16, 1:19, 1:23, 57:12

**O**

**oath** [3] - 10:4, 18:14, 20:2
**object** [1] - 53:25
**objection** [8] - 6:23, 11:23, 20:16, 20:25, 39:11, 41:2, 50:6, 50:15
**objective** [6] - 13:15, 27:25, 42:19, 42:25, 43:7, 43:8
**objectively** [2] - 26:2, 26:6
**obscenities** [1] - 13:12
**observe** [1] - 18:1
**observer** [2] - 7:25, 8:4
**observers** [1] - 8:18
**obviously** [2] - 47:24, 51:11
**occurred** [2] - 37:24, 50:5
**October** [1] - 5:3

**OF** [6] - 1:1, 1:6, 1:9, 1:12, 1:19, 57:1
**OFFICE** [1] - 1:19
**Officer** [72] - 3:11, 5:9, 5:11, 5:14, 5:15, 9:4, 9:5, 10:14, 10:22, 11:11, 11:19, 11:20, 11:22, 12:11, 12:14, 12:18, 13:7, 13:16, 14:15, 15:6, 15:13, 15:24, 15:25, 16:4, 16:8, 18:5, 21:12, 21:18, 22:15, 22:16, 23:1, 23:8, 24:4, 24:8, 25:1, 25:2, 25:25, 26:13, 27:1, 27:9, 27:11, 27:16, 28:2, 28:13, 28:14, 28:15, 28:16, 28:20, 29:6, 29:24, 30:17, 32:17, 33:1, 33:6, 33:12, 33:23, 34:5, 34:10, 34:20, 36:6, 36:13, 36:15, 36:19, 38:2, 38:9, 38:18, 41:25, 42:20
**officer** [40] - 3:15, 6:3, 7:2, 9:18, 13:12, 13:19, 15:1, 22:25, 23:22, 24:5, 25:6, 26:2, 26:3, 26:7, 26:17, 27:10, 27:13, 28:1, 28:4, 28:5, 29:3, 31:1, 33:7, 33:9, 33:13, 33:23, 35:12, 35:13, 35:15, 35:21, 36:1, 36:4, 37:4, 37:15, 37:18, 37:25, 42:14, 43:12, 43:14, 43:19
**officer's** [1] - 37:14
**officers** [34] - 5:22, 8:5, 8:6, 8:10, 8:12, 8:15, 8:16, 8:20, 8:24, 11:13, 12:7, 14:11, 15:4, 18:8, 18:14, 23:7, 23:15, 24:1, 24:5, 24:10, 25:20, 29:9, 30:9, 30:13, 31:14, 31:18, 32:16, 34:6, 37:6, 41:1, 41:16, 42:3, 43:15
**Officers** [2] - 12:20, 37:23
**officers'** [1] - 9:20
**OFFICES** [1] - 1:12
**OFFICIAL** [1] - 57:1
**Official** [1] - 1:22
**official** [1] - 57:10

**often** [2] - 35:4, 46:19
**once** [6] - 10:10, 30:4, 31:13, 48:12, 54:17, 56:4
**one** [34] - 2:17, 2:18, 4:4, 5:6, 8:10, 9:15, 12:14, 13:4, 14:11, 16:15, 20:2, 22:10, 23:20, 25:3, 25:5, 25:16, 27:6, 37:12, 38:23, 40:9, 41:21, 43:1, 43:9, 44:4, 45:6, 45:9, 45:16, 45:19, 46:13, 49:19, 51:14, 51:15, 51:23, 56:12
**one-way** [1] - 23:20
**ones** [3] - 13:5, 21:12, 21:21
**open** [3] - 12:8, 45:15, 48:18
**opinion** [3] - 45:23, 46:2, 46:11
**opinions** [3] - 13:5, 35:6, 46:7
**opportunity** [2] - 18:1, 22:18
**orally** [1] - 45:10
**order** [3] - 5:7, 5:8, 46:22
**organize** [1] - 44:19
**original** [1] - 54:14
**otherwise** [2] - 5:21, 49:5
**outset** [1] - 46:13
**outside** [5] - 19:18, 19:22, 38:25, 41:5
**overruled** [4] - 6:24, 11:24, 20:17, 21:1
**own** [13] - 7:8, 11:18, 11:19, 11:20, 11:25, 12:5, 12:10, 12:18, 12:20, 13:14, 33:22, 46:2, 51:16

**P**

**p.m** [3] - 1:5, 23:16, 56:23
**paced** [2] - 29:19, 31:11
**package** [1] - 34:3
**pages** [1] - 21:11
**paid** [2] - 4:5, 4:10
**pain** [4] - 5:16, 6:9, 19:2, 19:7
**palm** [1] - 12:8
**palms** [1] - 30:21
**panoramic** [1] - 25:14
**paperwork** [6] - 31:18,

33:24, 34:5, 34:10, 34:11, 34:21
**paperworks** [1] - 34:2
**parchment** [1] - 22:1
**part** [6] - 5:1, 20:2, 26:22, 27:16, 34:3, 34:22
**participated** [1] - 8:17
**participating** [2] - 15:23, 16:10
**particular** [6] - 4:15, 45:16, 46:1, 48:5, 51:2
**parties** [2] - 49:4, 53:22
**partisans** [1] - 46:20
**parts** [1] - 53:16
**pass** [1] - 15:20
**passion** [1] - 4:25
**passionately** [1] - 4:22
**patient** [1] - 32:6
**Pause** [1] - 52:24
**pay** [2] - 8:1, 32:17
**paying** [1] - 32:17
**PD-163** [1] - 33:25
**PD-251** [2] - 16:1, 34:1
**PD-313** [2] - 32:2, 32:5
**peers** [1] - 2:24
**people** [8] - 6:21, 16:10, 16:11, 25:17, 39:12, 39:23, 41:17, 43:4
**people's** [1] - 43:4
**percent** [2] - 17:2, 17:4
**perception** [1] - 14:1
**period** [1] - 54:21
**permissible** [1] - 54:12
**person** [10] - 15:21, 20:21, 25:11, 26:16, 30:1, 37:16, 40:9, 42:13, 43:1, 45:12
**person's** [1] - 37:17
**personal** [1] - 19:15
**perspective** [2] - 13:19, 25:3, 25:4
**Philadelphia** [2] - 4:25, 7:4
**physical** [4] - 7:8, 12:1, 19:2, 53:3
**physician** [3] - 32:7, 32:8, 32:9
**pick** [1] - 41:17
**picture** [1] - 12:9
**pinned** [1] - 12:8
**place** [4] - 4:23, 23:6, 36:20, 49:25
**placed** [4] - 5:23, 6:13, 33:19, 37:7

**plaintiff** [14] - 13:21, 17:1, 17:6, 21:21, 23:12, 24:4, 24:9, 25:22, 29:9, 36:24, 38:16, 45:17, 53:25
**Plaintiff** [2] - 1:3, 1:12
**plaintiff's** [5] - 16:24, 49:23, 50:3, 53:7, 53:10
**Plaintiff's** [4] - 32:1, 52:21, 54:9, 55:22
**plan** [1] - 43:18
**played** [2] - 50:7, 53:1
**playing** [2] - 30:15, 50:22
**plays** [1] - 53:9
**Plaza** [2] - 23:17, 27:3
**plus** [1] - 26:23
**point** [7] - 5:6, 10:23, 19:24, 25:22, 49:24, 50:25, 55:2
**pointing** [1] - 40:9
**points** [2] - 11:17, 19:24
**pole** [9] - 11:21, 11:22, 13:7, 23:4, 26:21, 29:4, 40:6, 41:23, 43:15
**poles** [1] - 26:21
**police** [51] - 3:4, 3:15, 5:6, 5:9, 6:1, 6:3, 6:11, 6:12, 6:16, 7:2, 8:5, 8:6, 8:7, 8:12, 8:13, 8:20, 9:18, 9:20, 9:22, 11:13, 12:1, 12:2, 12:4, 12:24, 13:12, 13:14, 14:5, 14:11, 14:13, 15:3, 15:12, 15:17, 15:19, 15:20, 15:25, 16:11, 16:12, 22:25, 23:22, 25:7, 27:7, 30:7, 30:18, 36:22, 38:13, 40:25, 41:25, 42:3, 43:15, 43:19
**policies** [1] - 5:2
**political** [1] - 16:2
**Poor** [1] - 11:5
**pop** [3] - 37:4, 43:12, 43:14
**portion** [3] - 48:5, 51:3, 54:20
**portions** [4] - 53:1, 53:4, 54:5, 54:8
**position** [1] - 46:15
**possessed** [1] - 7:2
**possible** [1] - 47:14
**possibly** [1] - 32:21
**potential** [1] - 29:2
**poverty** [1] - 4:23

**prepared** [3] - 34:9, 34:10, 47:1
**preparing** [1] - 53:8
**preponderance** [2] - 16:20, 24:9
**present** [1] - 35:19
**presented** [3] - 4:20, 13:21, 51:3
**preside** [1] - 44:13
**pretty** [2] - 13:3, 16:13
**prevailed** [1] - 21:22
**price** [2] - 4:5, 4:10
**pride** [1] - 46:14
**probability** [1] - 16:25
**probable** [4] - 33:3, 33:4, 33:7, 33:15
**problem** [2] - 36:12, 51:13
**proceed** [2] - 2:11, 46:19
**proceeding** [2] - 2:6, 32:19
**proceedings** [1] - 57:6
**Proceedings** [1] - 1:25
**produced** [1] - 1:25
**product** [1] - 7:20
**profanity** [1] - 15:18
**professional** [1] - 13:5
**programs** [1] - 51:21
**prohibited** [1] - 7:2
**promise** [1] - 56:1
**promote** [1] - 44:22
**proof** [1] - 16:16
**protect** [2] - 7:15, 8:13
**protest** [16] - 4:6, 13:13, 15:24, 19:17, 23:13, 23:15, 25:13, 36:8, 36:11, 36:14, 36:20, 36:21, 36:25, 37:1, 43:19, 50:21
**protester** [2] - 7:20, 8:2
**protesters** [12] - 5:4, 5:7, 5:8, 5:9, 14:4, 15:24, 19:18, 23:19, 24:6, 27:4, 35:16, 37:1
**protesting** [1] - 35:18
**proud** [1] - 22:7
**prove** [3] - 6:5, 24:9, 33:17
**proved** [2] - 34:6, 34:12
**proven** [2] - 21:13, 38:16
**provide** [4] - 51:15, 52:2, 54:13, 55:4
**provided** [4] - 47:6, 47:10, 50:4, 51:17
**providing** [1] - 19:20

**public** [1] - 15:25
**publication** [2] - 34:14
**published** [2] - 34:7, 34:8
**pull** [2] - 26:5, 27:4, 30:23
**pulled** [2] - 13:24, 23:5
**pulls** [1] - 33:10
**pummeled** [1] - 28:23
**punches** [1] - 5:15
**punching** [1] - 12:21
**punished** [2] - 15:23, 16:10
**punitive** [1] - 39:4
**purpose** [1] - 19:23
**purposes** [2] - 47:18, 51:18
**push** [1] - 30:16
**pushed** [3] - 12:2, 14:23, 24:21
**put** [10] - 15:25, 16:8, 16:9, 19:16, 21:14, 21:15, 21:22, 24:18, 31:6, 35:25
**puts** [1] - 5:10
**putting** [1] - 24:16

## Q

**questions** [7] - 21:11, 21:20, 39:22, 39:24, 47:3, 48:8, 51:11
**quick** [2] - 31:11, 38:23
**quick-paced** [1] - 31:11
**quite** [2] - 9:21, 18:12

## R

**raised** [2] - 15:2, 49:22
**ran** [1] - 28:14
**range** [2] - 55:16, 55:20, 55:21
**ray** [1] - 31:24
**RDR** [3] - 1:21, 57:3, 57:10
**reach** [5] - 26:10, 26:17, 44:17, 45:20, 46:3
**reached** [4] - 23:5, 45:14, 48:12, 48:14
**reaching** [1] - 47:20
**react** [1] - 26:5
**reacted** [1] - 30:18
**read** [5] - 6:22, 6:25, 10:7, 48:2, 51:7
**reads** [1] - 49:18
**real** [2] - 10:21, 14:25
**really** [10] - 16:5,

22:19, 23:9, 30:2, 36:21, 40:20, 50:7, 50:24, 52:22, 53:5
**reason** [6] - 13:25, 38:10, 40:24, 41:15, 41:20, 49:1
**reasonable** [26] - 13:18, 13:19, 16:19, 16:20, 26:2, 26:7, 26:17, 27:25, 33:17, 35:12, 35:13, 36:1, 37:15, 37:21, 37:23, 37:25, 38:10, 38:14, 38:15, 42:13, 42:14, 43:8
**reasonably** [4] - 3:25, 33:6, 35:21, 37:11
**reasons** [6] - 3:1, 19:19, 19:22, 20:3, 42:1
**rebutted** [2] - 4:18, 4:24
**rebutting** [1] - 39:1
**received** [1] - 55:13
**receptacles** [1] - 23:20
**Recess** [1] - 49:15
**recollection** [5] - 10:15, 10:17, 10:19, 17:15, 24:23
**reconvene** [1] - 51:10
**record** [2] - 34:8, 49:17
**recorded** [1] - 1:25
**recount** [1] - 10:13
**reduced** [1] - 47:24
**refer** [2] - 48:2, 48:5
**reflected** [1] - 18:23
**refused** [2] - 4:9, 32:6
**regarding** [3] - 39:12, 44:22, 45:1
**Reiter** [7] - 3:11, 23:10, 25:19, 31:1, 35:3, 35:19, 43:7
**relates** [1] - 24:8
**released** [1] - 7:4
**relevant** [11] - 50:7, 52:15, 53:5, 53:17, 54:5, 54:8, 54:20, 55:10, 55:16, 55:19, 55:20
**rely** [3] - 24:24, 30:6, 54:9
**remember** [10] - 3:1, 10:5, 10:12, 10:20, 17:19, 17:22, 17:23, 24:22, 24:24, 46:20
**remembered** [2] - 17:18, 17:21
**remembers** [1] - 49:20
**remind** [1] - 11:18

**reminded** [1] - 44:25
**removed** [1] - 51:22
**rendered** [1] - 48:11
**repeatedly** [5] - 5:12, 12:12, 12:16, 17:17, 28:19
**report** [3] - 16:7, 16:8, 42:6
**REPORTER** [1] - 57:1
**Reporter** [3] - 1:21, 1:22, 57:10
**represent** [1] - 46:21
**representing** [1] - 22:15
**reputation** [2] - 7:15, 34:19
**reputations** [1] - 8:14
**required** [1] - 24:5
**rescuer** [1] - 34:17
**research** [1] - 56:6
**Resistance** [1] - 26:24
**resistance** [2] - 27:19, 30:24
**resisting** [14] - 11:13, 14:17, 15:5, 27:15, 27:18, 27:21, 27:23, 28:19, 30:20, 30:22, 35:23, 37:21
**resolve** [1] - 52:6
**resolved** [3] - 28:25, 29:23, 31:12
**respect** [5] - 44:20, 51:11, 52:8, 55:15, 55:23
**responded** [3] - 23:2, 23:3, 24:1
**responsibilities** [1] - 20:10
**responsibility** [2] - 3:5, 22:9
**responsible** [1] - 24:5
**rest** [1] - 6:18
**retiring** [1] - 46:17
**return** [8] - 38:2, 38:4, 38:17, 44:6, 46:6, 46:23, 47:12, 48:9
**reveal** [1] - 45:12
**reviewing** [1] - 46:18
**ribs** [1] - 6:10
**ride** [1] - 42:22
**rights** [7] - 2:14, 2:16, 2:21, 2:22, 3:3, 4:6, 15:14
**Rights** [6] - 2:15, 2:19, 3:1, 3:7, 21:25, 22:5
**Robert** [1] - 22:16
**Robinson** [45] - 3:12, 5:10, 5:11, 5:14, 10:14, 11:11, 11:19, 11:20, 11:22, 12:11,

12:15, 12:18, 12:20, 13:8, 13:16, 14:15, 18:6, 21:13, 21:14, 22:16, 23:1, 24:4, 24:9, 25:25, 26:5, 26:13, 27:1, 27:7, 27:11, 27:16, 28:14, 28:16, 30:18, 31:5, 32:17, 34:10, 36:20, 37:23, 38:3, 38:18, 40:7, 40:21, 41:22, 41:25, 42:20
**Robinson's** [5] - 9:6, 15:7, 28:2, 29:6, 31:8
**Rodney** [2] - 14:21, 28:24
**room** [15] - 3:22, 6:7, 21:9, 25:24, 36:3, 39:20, 43:2, 44:11, 46:11, 46:17, 47:2, 47:15, 47:22, 49:9, 56:7
**Room** [2] - 1:22, 57:11
**roughly** [1] - 55:21
**rowdy** [1] - 23:19
**rule** [7] - 3:3, 3:7, 3:17, 3:18, 3:19, 4:10
**rules** [1] - 44:15
**running** [1] - 29:20
**rush** [1] - 30:9

## S

**safe** [2] - 3:14, 12:15
**safety** [7] - 3:3, 3:7, 3:8, 3:9, 3:17, 4:10, 12:15
**saw** [33] - 5:20, 7:20, 10:6, 10:10, 11:16, 11:18, 11:19, 11:20, 11:25, 12:5, 12:10, 12:13, 12:18, 12:20, 12:22, 13:23, 13:24, 14:14, 14:16, 15:4, 18:2, 18:3, 23:7, 24:15, 25:2, 26:21, 28:13, 33:25, 34:6, 42:10
**scared** [3] - 5:16, 6:4, 7:5
**scavenger** [1] - 50:23
**scene** [4] - 23:3, 24:5, 27:3, 32:17
**scheduled** [1] - 56:13
**school** [2] - 7:22, 8:4
**scooters** [1] - 23:25
**screaming** [1] - 35:20
**scrub** [1] - 55:24
**seated** [3] - 2:10, 29:1,

31:13
**second** [12] - 2:18, 3:3, 6:15, 12:23, 14:21, 51:6, 51:7, 51:9, 51:14, 51:23, 55:23, 56:1
**seconds** [3] - 12:23, 23:11
**section** [1] - 50:5
**see** [40] - 6:20, 9:1, 9:13, 9:15, 9:16, 10:8, 10:20, 10:22, 10:24, 12:7, 12:8, 14:7, 14:19, 16:2, 18:4, 18:23, 18:25, 21:10, 24:14, 25:20, 27:12, 28:6, 28:15, 30:2, 30:9, 30:11, 31:8, 33:2, 35:6, 36:8, 36:21, 37:18, 40:11, 40:17, 40:18, 47:2, 47:7, 55:24, 56:7
**seeing** [1] - 11:2
**seem** [2] - 18:6, 54:8
**sees** [5] - 5:14, 27:9, 27:11, 28:4, 33:9
**select** [1] - 44:12
**selecting** [2] - 44:15, 44:18
**send** [8] - 39:7, 45:4, 45:15, 47:14, 48:1, 48:9, 48:12, 49:2
**sense** [6] - 8:12, 9:9, 16:7, 36:23, 37:13, 46:13
**sent** [2] - 48:20, 54:17
**Sergeant** [5] - 9:3, 10:25, 23:8, 27:10, 29:11
**serious** [1] - 37:8
**service** [2] - 22:17, 22:20
**SESSION** [1] - 1:9
**set** [3] - 35:14, 37:25, 47:22
**seven** [6] - 9:10, 14:2, 40:6, 40:14, 43:15, 45:16
**seven-foot** [5] - 9:10, 14:2, 40:6, 40:14, 43:15
**Seventh** [1] - 36:15
**several** [3] - 22:22, 40:17, 47:3
**shaking** [1] - 25:18
**shaky** [1] - 25:4
**SHAWN** [1] - 1:2
**Shawn** [1] - 13:24
**shocked** [2] - 5:19, 6:3

**shook** [1] - 42:22
**shoot** [1] - 7:17
**shot** [1] - 6:18
**show** [8] - 21:10, 25:11, 30:4, 30:5, 36:12, 39:25, 40:1, 40:4
**showed** [2] - 15:2, 34:13
**shown** [3] - 24:3, 34:18, 34:20
**shows** [2] - 30:7, 30:8
**sic** [1] - 31:10
**side** [10] - 4:21, 9:6, 9:7, 16:24, 17:3, 17:5, 18:3, 27:11, 28:21, 55:18
**side-to** [1] - 9:6
**sides** [1] - 4:19
**sidewalk** [1] - 5:7
**sign** [8] - 24:16, 24:18, 24:21, 24:25, 26:15, 47:11, 48:14, 48:16
**signed** [3] - 32:7, 45:5, 45:8
**signs** [1] - 21:23
**silliness** [1] - 50:24
**simply** [3] - 11:1, 15:23, 34:24
**simultaneously** [1] - 51:8
**single** [1] - 27:3
**sirens** [1] - 35:20
**sit** [2] - 37:9, 44:3
**sitting** [2] - 10:18, 36:3
**situation** [6] - 25:7, 25:21, 26:18, 31:12, 35:5, 50:22
**six** [3] - 9:10, 14:2, 40:6
**slick** [1] - 37:4
**slide** [1] - 30:12
**slides** [1] - 31:9
**sliding** [1] - 14:16
**slow** [1] - 30:11
**small** [2] - 22:4, 31:14
**sneak** [1] - 43:20
**social** [1] - 7:18
**softening** [3] - 28:21, 29:25, 30:2
**solely** [1] - 46:6
**someone** [4] - 24:21, 28:3, 29:20, 44:18
**sometimes** [2] - 29:21, 42:3
**soon** [1] - 47:14
**sorry** [5] - 9:10, 19:5, 28:16, 29:15, 52:23
**sound** [1] - 27:17
**sounded** [1] - 13:3

**space** [1] - 47:6
**special** [3] - 46:25, 47:11, 47:21
**specific** [2] - 42:7, 44:15
**specifically** [4] - 18:15, 27:19, 32:11, 53:7
**specifics** [1] - 11:8
**speech** [1] - 15:15
**speed** [2] - 47:23, 47:24
**spends** [1] - 6:18
**splayed** [1] - 14:18
**split** [1] - 12:23
**split-second** [1] - 12:23
**spokesperson** [1] - 44:14
**staff** [2] - 48:25, 55:24
**stake** [1] - 44:4
**stand** [5] - 17:11, 24:17, 27:20, 31:23, 46:12
**standard** [2] - 33:15, 35:12
**standing** [5] - 6:21, 23:17, 25:17, 26:17, 27:2
**start** [2] - 48:19, 53:25
**started** [1] - 48:23
**statement** [3] - 18:16, 18:17, 18:19
**statements** [1] - 18:11
**STATES** [2] - 1:1, 1:10
**States** [2] - 2:21, 57:11
**station** [1] - 6:16
**stay** [5] - 5:17, 56:6
**stayed** [1] - 42:23
**stenographic** [1] - 57:5
**stenography** [1] - 1:25
**stick** [16] - 5:5, 5:21, 8:25, 9:1, 9:2, 9:5, 9:18, 11:12, 15:1, 18:5, 26:23, 28:10, 40:14, 42:12
**still** [7] - 5:17, 7:5, 10:17, 22:1, 28:18, 30:21, 31:18
**Stop** [1] - 27:18
**stop** [10] - 5:6, 5:17, 27:18, 27:21, 28:19, 29:1, 30:20, 31:6, 35:18
**stopped** [1] - 5:22
**stories** [2] - 9:8, 9:20
**story** [7] - 9:17, 9:23, 10:9, 11:1, 20:15, 20:18, 42:10

**straight** [1] - 9:8
**Street** [4] - 1:13, 1:16, 1:19, 23:2
**street** [2] - 23:20
**strike** [3] - 5:21, 12:12, 43:16
**strikes** [5] - 12:14, 14:15, 28:9, 29:25
**striking** [2] - 5:14, 31:10
**strong** [1] - 46:11
**struck** [19] - 11:11, 11:15, 13:6, 23:3, 26:4, 26:13, 26:20, 27:13, 29:4, 29:7, 29:8, 29:20, 29:21, 33:6, 33:13, 35:22, 37:14, 37:18, 40:7
**student** [1] - 40:10
**stuff** [2] - 52:14, 55:18
**subject** [3] - 19:17, 24:6, 35:22
**submit** [2] - 23:14, 33:20
**submitted** [1] - 52:13
**substantial** [2] - 36:13, 36:19
**succeeded** [1] - 17:1
**suddenly** [1] - 10:11
**sue** [5] - 3:6, 32:18, 32:20, 32:23
**suffer** [2] - 20:21, 20:22
**suffered** [2] - 6:10, 21:6
**sufficient** [1] - 20:6
**suggest** [2] - 9:24, 52:7
**suggested** [1] - 43:10
**suing** [2] - 3:1, 32:20
**suit** [1] - 2:20
**Suite** [2] - 1:13, 1:16
**Sunday** [1] - 6:19
**supposed** [2] - 42:13
**surely** [1] - 41:19
**surrender** [1] - 46:4
**suspect** [2] - 33:10
**suspected** [1] - 55:17
**sworn** [1] - 20:1

## T

**take-down** [2] - 28:12, 38:13
**talks** [1] - 7:6
**taller** [1] - 9:11
**TAMARA** [1] - 1:15
**targeted** [1] - 42:1
**team** [1] - 8:9
**technical** [1] - 49:16

**ten** [1] - 13:22
**tense** [1] - 30:22
**tension** [1] - 27:24
**term** [1] - 16:18
**test** [2] - 13:15, 43:8
**testified** [10] - 8:5, 8:7, 8:16, 10:14, 10:25, 14:7, 17:21, 18:2, 41:23
**testify** [1] - 15:12
**testifying** [1] - 7:10
**testimony** [16] - 11:2, 13:20, 17:20, 18:3, 18:10, 18:19, 18:20, 22:23, 24:12, 24:14, 24:23, 34:8, 34:11, 37:10, 41:8, 42:9
**THE** [57] - 1:1, 1:1, 1:9, 2:2, 2:6, 2:10, 6:24, 11:24, 20:17, 21:1, 21:8, 22:12, 32:4, 38:22, 39:1, 39:4, 39:7, 39:10, 39:14, 39:16, 39:18, 41:3, 41:6, 41:11, 41:13, 44:9, 49:11, 49:13, 49:16, 50:2, 50:10, 50:13, 50:15, 50:17, 51:20, 51:23, 52:1, 52:3, 52:5, 52:11, 52:20, 53:12, 53:15, 53:20, 54:2, 54:7, 54:16, 54:19, 54:24, 55:1, 55:5, 55:8, 55:13, 56:11, 56:15, 56:17, 56:21
**themselves** [1] - 8:25
**thereafter** [1] - 44:25
**they've** [2] - 23:23, 38:3
**thinking** [2] - 5:17, 32:22
**thinks** [1] - 6:4
**third** [2] - 3:4, 56:3
**thoroughly** [1] - 45:22
**thoughtful** [1] - 44:7
**threat** [2] - 29:1, 29:2
**three** [6] - 8:15, 8:16, 21:11, 49:25, 50:25, 51:4
**three-minute** [2] - 49:25, 50:25
**three-minute-17-second** [1] - 50:8
**threw** [1] - 41:19
**throughout** [1] - 50:21
**throwing** [1] - 23:19
**thrown** [1] - 34:24
**Thursday** [1] - 1:4
**ticket** [1] - 20:14

**tired** [1] - 6:14
**today** [10] - 2:23, 3:9, 9:1, 15:11, 18:14, 22:7, 42:9, 43:13, 49:5, 51:9
**Todd** [6] - 22:16, 23:8, 24:8, 28:13, 28:20, 29:24
**tomorrow** [8] - 49:6, 51:10, 55:6, 55:9, 55:15, 56:4, 56:7, 56:13
**took** [5] - 15:1, 15:6, 24:25, 29:12, 29:13
**top** [1] - 14:8
**town** [1] - 56:13
**transcript** [4] - 1:25, 10:7, 57:5, 57:6
**TRANSCRIPT** [1] - 1:9
**transcription** [1] - 1:25
**trash** [1] - 23:19
**treat** [1] - 31:21
**treated** [5] - 5:20, 31:22
**treatment** [3] - 31:19, 32:6, 42:24
**treatments** [1] - 6:8
**treats** [1] - 7:8
**TRIAL** [1] - 1:9
**trial** [3] - 6:5, 10:15, 54:13
**trick** [1] - 10:1
**tried** [1] - 23:5
**tries** [1] - 31:20
**true** [5] - 40:1, 42:14, 43:25, 57:4, 57:6
**trust** [1] - 42:18
**truth** [6] - 8:22, 9:25, 11:7, 16:25, 17:5, 17:25
**truthful** [2] - 17:14, 41:8
**truthfulness** [1] - 18:19
**try** [6] - 10:1, 26:11, 45:7, 47:14, 55:25, 56:2
**trying** [14] - 7:15, 7:22, 8:3, 9:24, 15:7, 28:16, 28:18, 29:10, 30:23, 31:7, 31:8, 31:12, 41:24, 54:13
**turned** [2] - 10:1, 49:23
**turtling** [1] - 30:20
**twice** [2] - 7:6, 9:2
**two** [13] - 2:17, 5:18, 7:13, 7:16, 10:14, 10:15, 14:11, 17:18,

22:2, 24:12, 39:20, 51:8, 54:4

**U**

**U.S** [1] - 1:22
**unanimous** [4] - 45:14, 46:24, 47:4, 47:5
**under** [11] - 2:16, 10:4, 18:14, 23:6, 26:3, 33:19, 36:20, 37:7, 37:24, 42:15, 45:11
**undermine** [1] - 19:22
**underneath** [1] - 12:6
**understood** [2] - 39:9, 41:12
**undisputed** [1] - 4:18
**undoubtedly** [1] - 18:18
**unfortunately** [1] - 37:5
**unit** [2] - 23:2, 23:3
**United** [2] - 2:21, 57:11
**UNITED** [2] - 1:1, 1:10
**universal** [1] - 4:10
**unless** [1] - 51:14
**unobstructed** [2] - 5:18, 14:10
**unrebutted** [1] - 4:20
**Up** [1] - 10:14
**up** [32] - 4:10, 5:7, 5:8, 9:11, 9:18, 18:12, 19:24, 20:6, 21:4, 21:8, 21:24, 22:10, 23:5, 23:20, 24:18, 25:22, 27:2, 28:14, 29:10, 29:11, 30:13, 30:17, 31:8, 33:9, 34:25, 39:23, 40:18, 41:21, 43:3, 44:16, 44:21, 47:22
**uphold** [3] - 2:21, 20:2
**useful** [3] - 46:10, 46:16, 46:19
**utter** [1] - 27:12

**V**

**value** [1] - 43:25, 44:5
**vanishes** [1] - 10:11
**various** [1] - 50:20
**verdict** [28] - 18:23, 20:8, 21:10, 21:25, 38:2, 38:4, 38:17, 39:21, 44:6, 44:17, 45:14, 46:6, 46:13, 46:21, 46:23, 46:25, 47:2, 47:3, 47:7, 47:12, 47:20, 48:10,

48:12, 48:14, 48:15, 48:16, 48:18
**verdicts** [2] - 46:24, 47:17
**version** [2] - 14:25, 52:13
**version's** [1] - 17:3
**versions** [1] - 53:16
**victim** [1] - 12:24
**video** [51] - 7:17, 7:19, 7:22, 8:22, 9:12, 9:13, 9:17, 9:22, 10:1, 10:2, 10:9, 11:3, 11:16, 13:25, 14:3, 22:22, 24:3, 25:3, 25:9, 25:11, 26:22, 27:18, 27:24, 28:15, 29:17, 30:2, 30:4, 30:7, 38:13, 39:24, 40:1, 40:3, 40:8, 40:11, 40:14, 42:10, 47:22, 49:17, 49:19, 49:20, 50:12, 50:13, 50:19, 50:24, 51:1, 53:1, 53:24, 54:15, 56:1
**Video** [1] - 30:15
**videographer** [1] - 40:10
**videos** [5] - 9:15, 10:11, 35:24, 40:17, 51:8
**videotaped** [1] - 10:6
**view** [9] - 5:18, 14:10, 18:6, 25:16, 47:22, 47:23, 51:8, 54:5, 55:20
**viewing** [1] - 25:6
**views** [2] - 44:22, 49:7
**Vineyard** [1] - 56:16
**violated** [3] - 3:2, 3:3, 15:13
**violates** [2] - 2:14, 2:15
**violation** [2] - 4:2, 36:7
**violently** [1] - 43:16
**visible** [1] - 12:8
**visibly** [2] - 5:24, 23:21
**voice** [1] - 46:11
**voices** [1] - 5:4
**vote** [3] - 45:17, 45:25, 46:17
**voting** [1] - 45:13
**vs** [1] - 1:5

**W**

**wait** [2] - 48:19, 52:5
**walk** [1] - 20:9

**walking** [4] - 23:20, 25:17, 28:14, 33:9
**wall** [1] - 34:25
**wants** [3] - 23:12, 24:4, 32:16, 36:24
**Washington** [9] - 1:4, 1:13, 1:16, 1:20, 1:23, 5:1, 5:5, 22:3, 57:12
**watch** [3] - 30:12, 38:12, 49:21
**watched** [1] - 10:2
**watching** [1] - 49:20
**ways** [1] - 17:10
**weapon** [1] - 7:3
**weapons** [1] - 15:4
**weeks** [3] - 10:14, 10:15, 17:18
**weigh** [1] - 37:10
**weight** [1] - 46:5
**well-esteemed** [1] - 13:2
**WESTFAHL** [1] - 1:2
**Westfahl** [90] - 2:20, 4:4, 4:8, 4:22, 5:3, 5:10, 5:11, 5:14, 5:15, 5:16, 5:20, 5:21, 5:23, 6:2, 6:7, 6:14, 6:18, 7:1, 7:9, 7:21, 8:3, 8:17, 8:21, 11:11, 11:12, 11:14, 12:1, 12:2, 12:16, 12:21, 12:24, 13:6, 13:24, 14:14, 14:16, 14:17, 14:20, 15:11, 15:23, 16:1, 16:9, 17:4, 17:19, 18:21, 19:2, 19:12, 20:6, 20:9, 20:11, 21:5, 21:15, 22:8, 23:4, 24:14, 24:16, 24:17, 24:24, 25:24, 26:4, 26:6, 26:9, 26:14, 27:3, 27:6, 27:15, 29:1, 31:10, 31:15, 32:10, 32:15, 33:6, 34:4, 34:12, 36:7, 36:18, 36:21, 36:22, 37:2, 37:7, 38:14, 40:21, 41:18, 41:23, 42:1, 42:8, 43:10, 43:21, 43:24
**Westfahl's** [18] - 2:24, 3:2, 3:19, 5:12, 5:23, 6:12, 9:17, 12:5, 12:7, 12:11, 12:13, 12:19, 14:18, 15:9, 15:14, 27:22, 28:17, 31:13
**White** [2] - 50:23,

52:14

**white** [1] - 16:3

**whole** [3] - 3:16, 19:12, 48:6

**wilderness** [1] - 34:17

**William** [1] - 22:15

**WILLIAM** [1] - 1:18

**wish** [2] - 49:9, 56:19

**withdraw** [1] - 54:11

**withdrawing** [1] - 54:17

**witness** [7] - 17:10, 17:11, 17:13, 17:14, 17:24, 17:25, 18:16

**witnessed** [1] - 14:13

**witnesses** [12] - 3:11, 5:20, 7:13, 7:16, 13:1, 13:21, 17:8, 18:7, 22:22, 32:13, 32:15, 40:3

**witnesses'** [1] - 24:23

**wonder** [2] - 27:1, 27:5

**word** [2] - 3:9, 41:11

**words** [6] - 2:25, 11:5, 22:1, 22:5, 46:4, 46:24

**world** [2] - 4:23, 4:24

**World** [1] - 5:2

**worried** [1] - 37:19

**worry** [1] - 31:25

**wounds** [2] - 7:7, 7:8

**wrap** [1] - 21:8

**write** [2] - 34:21, 47:5

**writing** [1] - 45:10

**wronged** [1] - 15:12

**wrongfully** [1] - 4:8

**wrote** [2] - 16:6, 42:5

## X

**x-ray** [1] - 31:24

## Y

**years** [6] - 17:19, 22:7, 36:2, 43:5, 44:2, 44:3

**yelling** [2] - 13:12, 35:20

**yesterday** [2] - 3:10, 27:20

**yourself** [4] - 25:21, 26:11, 45:21, 48:21

## Z

**zooms** [1] - 40:12