**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN WESTFAHL               ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.                           ) | Civil Action No. 1:11-CV-02210-CRC |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*,   ) | |
| ) | |
| Defendants.          ) | |

### DEFENDANTS' MOTION TO CONTINUE OCTOBER 13, 2015, STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b), Defendants District of Columbia (the District) and Robert Andrew Robinson, by and through undersigned counsel, hereby move this Honorable Court to continue the October 13, 2015, status hearing until December 4, 2015.  As grounds therefor, Defendants represent as follows:

1. By its Minute Order dated August 17, 2015, this Court granted Plaintiff's Motion for an Order Pursuant to LCvR 54.2 and set a status hearing for October 13, 2015.

2. In its Order, the Court directed the parties to meet and confer "to attempt to reach agreement on an award of reasonable attorney fees and other litigation costs to Plaintiff." *See* August 17, 2015, Minute Order.

3. Proceeding with a status hearing on October 13, 2015, would not be efficient or productive for the following reasons:  *First,* Plaintiff has not yet extended any settlement demand.  *Second,* the parties have not yet met in accordance with the Court's August 17, 2015, Order.  *Third,* lead counsel Ms. Featherstone began leave on September 21, 2015, and will not return to the office until November 16, 2015.  Defendants believe that she, as their lead counsel, needs to participate in any meeting between the parties to discuss a potential settlement.  *Fourth*,

co-counsel William J. Chang is scheduled to begin a trial on October 5, 2015, in *Senior Dwelling*, *Inc*. *v*. *District of Columbia*, Case No. 2014 CA 000643 B, in the Superior Court of the District of Columbia, before Judge Brian Holeman.  That trial is scheduled to last a week.

3. The Defendants now move to continue the October 13, 2015, status hearing until December 4, 2015, or thereafter.[1]  Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."  This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

4. No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendants request that the Court continue the status hearing set for October 13, 2015, to December 4, 2015, or thereafter.  A memorandum of points and authorities in support of this motion is attached hereto.

DATE:  September 29, 2015            Respectfully submitted,

                                          KARL A. RACINE
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General, Civil Litigation Division

                                          */s/ Patricia A. Oxendine*
                                          PATRICIA A. OXENDINE
                                          D.C. Bar No. 428132
                                          Chief, Civil Litigation Division, Sec. IV

---

[1] Ms. Featherstone is scheduled to begin a one week trial on December 14, 2015, in *Grimes v. District of Columbia*, C.A. No. 2012 CA 005941 B, in the Superior Court for the District of Columbia, Judge Brian Holeman, presiding.

/s/ *William J. Chang*
WILLIAM J. CHANG[2]
Assistant Attorneys General
441 4th Street, N.W., Suite 630 South
Washington D.C. 20001
Telephone: (202) 724-5695;
(202) 724-6295
Facsimile: (202) 741-8924
Email: William.chang@dc.gov

## LCvR 7.1(m) CERTIFICATION

I hereby certify that on September 28, 2015, Plaintiff's counsel opposed the Defendants' request to continue the October 13, 2015, hearing for 60 days and even for 45 days. Therefore, this motion should be treated as contested.

/s/ *William J. Chang*
WILLIAM J. CHANG
Assistant Attorney General

---

[2] Appearing pursuant to LCvR 83.2(f).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN WESTFAHL )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>    Defendants. ) | Civil Action No. 1:11-CV-02210-CRC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE OCTOBER 13, 2015, STATUS CONFERENCE**

In support of their Motion to Continue the October 13, 2015, Status Hearing, Defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. The record herein.

DATE: September 29, 2015

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Sec. IV

           /s/ *William J. Chang*
           WILLIAM J. CHANG[3]
           Assistant Attorneys General
           441 4th Street, N.W., Suite 630 South
           Washington D.C. 20001
           Telephone: (202) 724-5695; (202) 724-6295
           Facsimile: (202) 741-8924
           Email: William.chang@dc.gov

---

[3] Appearing pursuant to LCvR 83.2(f).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN WESTFAHL )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>  Defendants. ) | Civil Action No. 1:11-CV-02210-CRC |

## ORDER

Upon consideration of the Defendants' Motion to Continue the October 13, 2015, Status Conference, supporting Memorandum of Points and Authorities, any opposition thereto, and the record herein, it is this \_\_\_\_ day _____, 2015:

**ORDERED**, that the said motion be, and hereby is, **GRANTED** for the reasons set forth in the motion, and it is:

**FURTHER ORDERED**, that the October 13, 2015, status conference is hereby continued until _____, 2015, at _____.

**SO ORDERED.**

_____
JUDGE CHRISTOPHER R. COOPER
U.S. District Court for the District of Columbia